UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DENNIS CAUCHON,**

    **Plaintiff,**

    v.

**DWAYNE STEWARD,** *et al.***,**

    **Defendants.**

**Case No. 2:25-cv-75**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiff Dennis Cauchon's Notice of Withdrawing Motion for Temporary Restraining Order and Injunction. (ECF No. 32.) On February 27, 2025, Mr. Cauchon filed an Amended Complaint (ECF No. 31) in which he longer brings the state law claims raised in his initial Complaint (ECF No. 1) on behalf of himself and derivatively on behalf of Harm Reduction Ohio. Those state law claims formed the basis of Mr. Cauchon's Motion for a Temporary Restraining Order and Preliminary Injunction. (ECF No. 3.) Accordingly, Mr. Cauchon filed notice with the Court explaining that he withdraws his Motion for a Temporary Restraining Order and Preliminary Injunction in accordance with the Amended Complaint. (ECF No. 32.)

Following Plaintiff's notice of withdrawal, Defendants filed a Notice Relating to Need for Evidentiary Hearing on Issue of Plaintiff's Alleged Status as a Board Member. (ECF No. 33.) Defendants explain that because Mr. Cauchon no longer seeks a temporary restraining order or preliminary injunction, an evidentiary hearing is no longer required on the issue of whether Mr. Cauchon was a Board Member of Harm Reduction Ohio. (*Id.*) Mr. Cauchon and Defendants still contest that issue, but the Court agrees that an evidentiary hearing on the matter is no longer required at this time.

The Court **DENIES AS MOOT** Mr. Cauchon's Motion for a Temporary Restraining Order and Preliminary Injunction. (ECF No. 3.) The evidentiary hearing scheduled for March 7, 2025, is **VACATED**. (ECF Nos. 25, 26, 30.)

The Clerk is **DIRECTED** to terminate "Dennis Cauchon, derivatively by and on behalf of Harm Reduction Ohio" as a Plaintiff, leaving "Dennis Cauchon" as the sole Plaintiff.

This case remains open.

**IT IS SO ORDERED.**

**3/4/2025**                                    s/Edmund A. Sargus, Jr.
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**