## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DENNIS CAUCHON,**

       **Plaintiff,**

    **v.**

**DWAYNE STEWARD,** *et al.*,

       **Defendants.**

**Case No. 2:25-cv-75**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

## <u>ORDER</u>

This matter is before the Court on Defendants' Emergency Motion to Vacate Order Requiring Expedited Discovery. (ECF No. 36.) On February 11, 2025, the Court ordered expedited discovery in this matter relating to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (ECF No. 3.) The Court delayed the expedited discovery deadline until March 13, 2025. (ECF Nos. 17, 24.) Plaintiff then filed an Amended Complaint and no longer brings the state law claims underlying his Motion for a Temporary Restraining Order and Preliminary Injunction. (ECF No. 31.) Accordingly, the Court denied that Motion as moot and vacated a related evidentiary hearing. (ECF No. 34.)

Defendants now move to vacate the March 13, 2025 expedited discovery deadline. (ECF No. 36.) Plaintiff did not consent to Defendants' request to vacate the discovery deadline. (*Id.* PageID 633.) Defendants request that discovery proceed normally under the Federal Rules of Civil Procedure, with Defendants' responses due thirty days after the parties' Rule 26(f) conference. (*Id.*); *see* Fed. R. Civ. P. 26(d)(1).

For good cause shown, the Court **GRANTS** Defendants' Motion to Vacate Order Requiring Expedited Discovery. (ECF No. 36.) The Court **VACATES** the expedited discovery

deadline of March 13, 2025. (ECF Nos. 17, 24.) Discovery shall proceed in this matter in normal course under the Federal Rules of Civil Procedure.

This case remains open.

**IT IS SO ORDERED.**

**3/12/2025**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**