**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS CAUCHON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 2:25-cv-0075** |
| | ) | **Judge Edmund A. Sargus** |
| **DWAYNE STEWARD, et al.** | ) | |
| | ) | **Magistrate Judge Chelsey M. Vascura** |
| **Defendants.** | ) | |

**Plaintiff's Motion for Leave to File Documents under Seal**

Plaintiff Dennis Cauchon respectfully moves the Court for leave to file documents under seal and to file corresponding filings with redactions under Fed. R. Civ. P. 5.2(d) and S.D. Ohio Civ. R. 5.2.1. The requested documents to be filed under seal and corresponding redactions sought are as follows.

- Exhibit 35 to Plaintiff Cauchon's proposed Second Amended Complaint, containing two Employment Agreements between Velocity BioGroup ("Velocity") and AmandaLynn Reese, reflecting that Ms. Reese's had undisclosed full-time employment with Velocity working for Hikma Pharmaceuticals (maker of Kloxxado), while purportedly working full-time for HRO;

- A redacted Motion for Leave to File Second Amended Complaint, which contains redactions of direct quotations from the Velocity Employment Agreements that third-party Velocity has designated as confidential under the governing Stipulated Protective Order in this case (ECF No. 44); and,

- A redacted proposed Second Amended Complaint, which contains redactions of direct quotations from the Velocity Employment Agreements that third-party Velocity has designated as confidential under the governing Protective Order in place in this case.

Exhibit 35 should be filed under seal, and quotes to it in the Motion for Leave and proposed Second Amended Complaint should be redacted because they contain and refer to information included in Exhibit 35 that has been designated as confidential by non-party Velocity under the Stipulated Protective Order entered in this case. (ECF No. 44 at Page ID 750). Under the terms of the Stipulated Protective Order, Plaintiff Cauchon conferred with Velocity on this Motion, and Velocity does not oppose the relief sought, but does oppose the referenced employment agreements between Ms. Reese and Velocity being filed in the public record. *Id.*

The governing standard provides that a party requesting to seal a document must show a compelling reason why the document should be sealed, and the seal must be narrowly tailored to serve that reason. *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 305 (6th Cir. 2016). Indeed "[t]his Court has repeatedly 'recognized that protecting confidential information that would otherwise allow competitors an inside look at a company's business strategies is a compelling reason to restrict public access to filings.'" *Total Quality Logistics v. Riffe*, No. 1:19-cv-23, 2020 U.S. Dist. LEXIS 181325, *5 (S.D. Ohio Sept. 30, 2020) (quoting *Ethicon Endo-Surgery, Inc. v. Covidien, Inc.*, No. 1:11-CV-871, 2017 U.S. Dist. LEXIS 152588, *8 (S.D. Ohio Sept. 20, 2017)). Moreover, this Court has granted similar motions to seal when the information to be sealed was designated as confidential business information under a protective order. *See Movant Ameritas Life Ins. Corp. v. Wilmington Sav. Fund Soc'y (In re Peyton)*, No. 1:24-mc-0010, 2024 U.S. Dist. LEXIS 168313, at *3-5 (S.D. Ohio Sep. 18, 2024).

Good cause exists to seal Exhibit 35 because it has been designated as confidential by non-party Velocity under the Stipulated Protective Order. Exhibit 35 contains information designated as confidential which Velocity states provides insights into Velocity's strategic

approach to lobbying efforts in support of the naloxone brand, Kloxxado, on behalf of its client, Hikma Pharmaceuticals.

Respectfully submitted,

Christopher W. Tackett (0087776)
Evan C. Ecos (0097742)
Adrian Radilla (0104701)
**Bailey Cavalieri LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 229-3286
Fax: (614) 221-3155
Email: ctackett@baileycav.com
eecos@baileycav.com
aradilla@baileycav.com

*Counsel for Plaintiff Dennis Cauchon*

**CERTIFICATE OF SERVICE**

I certify a copy of the foregoing Motion for Leave to File under Seal has been served on July 22, 2025 via the Court's ECF filing system upon all parties of record, including the following:

Steven A. Change (0088321)
Melvin J. Davis (0079224)
Mrinali Sethi (0101295)
REMINGER CO., L.P.A.
schang@reminger.com
mdavis@reminger.com
msethi@reminger.com

*Counsel for Defendants*

*/s/ Christopher W. Tackett*
Christopher W. Tackett (0087776)