UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Dennis Cauchon, et al. | : | |
| Plaintiffs, | : | Case No. 2:25-cv-0075 |
| v. | : | Judge Edmund A. Sargus |
| Dwayne Steward, et al. | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

**Motion for Leave to Withdraw as Counsel**

In accordance with S.D. Ohio Civ.R. 83.4(b), Plaintiff's record counsel of Bailey Cavalieri LLC ("Counsel") respectfully requests leave to withdraw as counsel for Plaintiff Dennis Cauchon, individually and derivatively on behalf of Harm Reduction Ohio.

Under the Local Rules, "[n]o attorney of record may withdraw . . . without first: (i) providing written notice to the client, to all counsel including the withdrawing attorney and any unrepresented parties, and (ii) obtaining leave of Court." S.D. Ohio Civ.R. 83.4(b).

Proper notice of this motion has been provided to Mr. Cauchon and all counsel of record. And good cause for leave to withdraw exists because:

1. Mr. Cauchon has not met his financial obligations to Counsel under the governing engagement agreement, despite being provided with multiple opportunities and reasonable warnings regarding Counsel's withdrawal if his obligations remain unfulfilled; and

2. Irreconcilable differences between Mr. Cauchon and Counsel make continued representation unsustainable.

1

Ohio Prof.Cond.R. 1.16(b)(4)-(5).

As Counsel have complied with S.D. Ohio Civ.R. 83.4(b) and their obligations under the Ohio Rules of Professional Conduct, Counsel respectfully request that the Court grant their motion for leave to withdraw as counsel for Plaintiffs.

Respectfully submitted,

_____
Christopher W. Tackett (0087776)
Evan Ecos (0097742)
Adrian Radilla (0104701)
**Bailey Cavalieri LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Tel: (614) 229-3286
Fax: (614) 221-3155
Email: ctackett@baileycav.com
          aradilla@baileycav.com

*Counsel for Plaintiff Dennis Cauchon*

## Certificate of Service

I certify a copy of this document has been on December 15, 2025, via this Court's ECF system.

*/s/ Christopher W. Tackett*
Christopher W. Tackett (0087776)
