# MASTER EXHIBIT INDEX

Plaintiff's Motion for Partial Summary Judgment — Count Two (All Defendants) and Count One (Defendant Harm Reduction Ohio)

Cauchon v. Steward, No. 2:25-cv-00075 (S.D. Ohio) · August 31, 2026 · 64 exhibits, 375 pages

Numbering. Exhibits are numbered 1–64 in a single consecutive series.

Columns. "Bates / source" gives the production numbers or, for court filings and served discovery, the source. "Pp." is the page count of the exhibit as filed, including its cover sheet. "SOF ¶¶" identifies the paragraphs of the Statement of Undisputed Facts that cite the exhibit (Count Two ¶¶ 1–29; Count One ¶¶ 30–87). "Mem. Part(s)" identifies the Parts of the Memorandum in Support in which the exhibit is cited. "Decl. ¶" is the paragraph of the Declaration of Dennis Cauchon that authenticates it.

| Ex. | Document | Bates / source | Pp. | SOF ¶¶ | Mem. Part(s) | Decl. ¶ |
|---|---|---|---|---|---|---|
| **1** | HRO Articles of Incorporation (certified copy) | CAUCHON_000975–979 | 6 | 1 | III | — (FRE 902(4)) |
| **2** | Harm Reduction Ohio Bylaws | CAUCHON_000015–017 | 4 | 2–3, 14 | III, IV, VII | 2 |
| **3** | HRO Board Meeting Minutes, Sept. 14, 2018 | CAUCHON_000932–937 | 7 | 4–5, 7 | III | 4 |
| **4** | HRO Board Meeting Minutes, Mar. 9, 2024 | ECF No. 22-18, PageID 531–533 | 4 | 5, 10 | III | 5 |
| **5** | HRO Board Meeting Minutes, July 26, 2019 | CAUCHON_000945–948 | 5 | 5, 7 | III | 42 |
| **6** | Turner-Bicknell Rule 30(b)(6) Deposition — certified excerpts | Certified transcript (July 30, 2026) | 19 | 6 | III, IV | 25 |
| **7** | Steward Deposition — certified excerpts | Certified transcript (July 31, 2026) | 18 | 6 | III, IV | 26 |
| **8** | Nov. 14, 2023 Board email and 2022 Form 990, Part VII (excerpt) | CAUCHON_002859, 002870 | 3 | 8 | III | 12 |
| **9** | Apr. 2024 auditor email chain and "2023 HRO Board Members" list | CAUCHON_002900–903 | 5 | 8 | III | 17 |
| **10** | HRO staff and board roster, Sept. 2018 | CAUCHON_000988–992 | 6 | 8 | III | 42 |
| **11** | HRO board contact list, Jan. 22, 2019 (both produced versions) | CAUCHON_000999–001003 | 6 | 8 | III | 42 |
| **12** | HRO board roster, July 2019 | CAUCHON_000980–981 | 3 | 8 | III | 42 |
| **13** | Email to Open Society Foundations with Sept. 2019 board roster (excerpt) | CAUCHON_002904–906 | 4 | 8 | III | 42 |
| **14** | HRO board roster, Apr. 2023 | CAUCHON_000983–984 | 3 | 8 | III | 42 |
| **15** | Mar. 20, 2019 HRO report to Open Society Foundations | CAUCHON_000996–998 | 4 | 8 | III | 42 |
| **16** | Internet Archive (Wayback Machine) captures of HRO's board page | CAUCHON_001011–013, 001020–025, 001088–089 | 12 | 8 | III | 16 |
| **17** | Affidavit of Laura Cash | ECF No. 71-3, PageID 1316–1317 | 3 | 9 | III | 14 |
| **18** | HRO board member term records, Dec. 2022 and Dec. 2023 transmittals with terms chart | CAUCHON_002854–858 | 6 | 10 | III, IV | 18 |
| **19** | HRO board meeting records, Dec. 23, 2022 | CAUCHON_000966 | 2 | 10 | III | 19 |
| **20** | HRO Board Meeting Minutes, Sept. 5, 2024 | HRO_000100–101 | 3 | 10, 13, 15, 17 | III | 7 |

| Ex. | Document | Bates / source | Pp. | SOF ¶¶ | Mem. Part(s) | Decl. ¶ |
|---|---|---|---|---|---|---|
| **21** | HRO Board Meeting Minutes, Oct. 13, 2024, and redacted copy provided Oct. 26, 2024 | HRO_000108–109; CAUCHON_000898–899 | 5 | 10, 13, 19, 76 | III, V | 9 |
| **22** | Nov. 4, 2024 termination email and letter | HRO_000189–192 | 5 | 12, 25, 68, 80 | III, V | 13 |
| **23** | Defendants' verified supplemental response to Interrogatory No. 13 | No Bates (served discovery response) | 9 | 13, 18, 26, 28 | III | 3 |
| **24** | Defense counsel email identifying the claimed Sept. 5, 2024 notice, with the produced calendar entry | No Bates (litigation correspondence); HRO_001436 | 4 | 13, 17–18, 20 | III | 42 |
| **25** | Oct. 15, 2024 Steward email — identified by Defendants' counsel as notice of the Oct. 27, 2024 meeting | HRO_000167 | 2 | 13, 20 | III | 42 |
| **26** | Sept. 5, 2024 cease-and-desist email | HRO_000149 | 2 | 14, 63 | III, V | 6 |
| **27** | Sept. 5, 2024 administrative-leave email | HRO_000150 | 2 | 16 | III | 8 |
| **28** | Scheduling emails and calendar invitation for the Sept. 15, 2024 Board meeting | CAUCHON_003012–018 | 8 | 17 | III | 24 |
| **29** | HRO directors' text messages, Sept. 3–4, 2024 (Turner-Bicknell, Golden, Steward) | HRO_001275–284 | 11 | 17, 70 | III, V | 28 |
| **30** | Oct. 27, 2024 Board meeting record — notice emails, agenda, non-waiver email, transcript, minutes | HRO_001512–1519, 001528, 001520, 001529–1531; CAUCHON_000902–906 | 19 | 20–24, 27 | III | 10–11 |
| **31** | HRO investigator (Nelson) report — excerpts | HRO_001398–399, 001408–409, 001423, 001427–430 | 10 | 22, 45, 66–67, 74–75 | III, V | 28 |
| **32** | Directors' group texts, Oct. 23–25, 2024 | HRO_001022–037 | 17 | 77 | V | 28 |
| **33** | Sept. 11, 2024 Cauchon email to the full Board | HRO_000159 | 2 | 8 | III | 42 |
| **34** | Sept. 18, 2024 Cauchon follow-up email to the full Board | HRO_000160 | 2 | 8 | III | 42 |
| **35** | Oct. 4, 2024 Cauchon email to the full Board requesting a Board meeting | HRO_000162 | 2 | 73 | IV, V | 42 |
| **36** | HRO payroll record — "Employee Pay Stub," Oct. 25, 2024 | CAUCHON_002925 | 2 | 30 | V | 27 |
| **37** | State of Ohio Contract CSP016816, effective Nov. 15, 2023 (excerpt) | CAUCHON_002990–993 | 5 | 32, 42 | V | 30 |
| **38** | ODH Request for Proposals No. SRC0000009421 (excerpt) | ECF No. 1-2, PageID 49, 73, 93, 94 | 5 | 42 | I, V | 34 |
| **39** | HRO contract renewal email and executed renewal, Aug. 29, 2024 | CAUCHON_002996–3000 | 6 | 34 | V | 31 |
| **40** | Ohio Checkbook — ODH payments to HRO, "Federal Public Health Programs," FY2025 | CAUCHON_002994–995 | 3 | 35, 37 | V | 30 |
| **41** | HRO July 2024 invoice to ODH under Contract CSP016816 | CAUCHON_002988–989 | 3 | 36 | V | 30 |
| **42** | OMHAS–ODH Interagency Agreement, SOS 3.0 Year II (excerpt) | CAUCHON_002982–987 | 7 | 38 | V | 30 |

| Ex. | Document | Bates / source | Pp. | SOF ¶¶ | Mem. Part(s) | Decl. ¶ |
|---|---|---|---|---|---|---|
| **43** | State of Ohio FY2025 Single Audit (excerpt) — Assistance Listing 93.788 | CAUCHON_002979–981 | 4 | 39 | V | 30 |
| **44** | Conflict of Interest Statement, p. 109 of HRO's contract application (July 2023) | HRO_000579 | 2 | 41, 45 | I, V | 28 |
| **45** | HRO contract application (July 2023) — staffing plan designating Reese as 1.0 FTE Project Manager | HRO_000471–472, 000532–534 | 6 | 43 | V | 28 |
| **46** | July 2023 signed time-commitment statement of AmandaLynn Reese, with transmittal emails | CAUCHON_003008, 001214, 003009, 001216 | 5 | 44 | V | 29 |
| **47** | July 16, 2024 emails: Cauchon report to Steward on Reese's Velocity role, and Steward's replies | CAUCHON_002966–971 | 7 | 46, 69 | V | 29 |
| **48** | July 23–24, 2024 "Conflict issues" email thread, with Reese's Aug. 21, 2024 forward to Golden | HRO_000245–246; REESE_000008 | 4 | 47–48 | V | 32 |
| **49** | Reese's Aug. 22, 2024 "draft disclosure" email to Steward, with Steward's Oct. 1, 2024 forward | REESE_000032–034; HRO_000422 | 5 | 48 | V | 36 |
| **50** | Aug. 19–20, 2024 Cauchon–Steward emails on disclosure duties, as forwarded by Steward | HRO_000319–322 | 5 | 50–51 | V | 28 |
| **51** | Aug. 20, 2024 text message exchange, Cauchon and Steward | CAUCHON_002951 | 2 | 51 | V | 29 |
| **52** | Aug. 21, 2024 email from Cecile Katz reporting Reese's 2024 paid-time-off usage | CAUCHON_002958 | 2 | 52 | V | 29 |
| **53** | Aug. 21, 2024 text message exchange, Cauchon and Steward | CAUCHON_002952 | 2 | 53 | V | 29 |
| **54** | Aug. 22 – Sept. 16, 2024 public records request for state pharmacy naloxone ordering data | CAUCHON_002953–957 | 6 | 54 | V | 29 |
| **55** | Sept. 3, 2024 Steward–Cauchon emails on the draft ODH disclosure letter | CAUCHON_003011, 000861 | 3 | 55 | V | 29 |
| **56** | Sept. 3, 2024 Conflict Disclosure Notice to ODH, with transmittal and acknowledgment emails | HRO_000292–297 | 7 | 55–58, 86 | V | 28 |
| **57** | Sept. 3, 2024 Cauchon email to the HRO Board with the Notice, forward to counsel, and replies | CAUCHON_000202, 003001–005 | 7 | 55, 59, 71, 87 | V | 29 |
| **58** | Sept. 4–5, 2024 conflict-review emails — excerpts | CAUCHON_002926–930, 002939–940, 002947–948 | 10 | 60–61 | V | 29 |
| **59** | Sept. 5, 2024 Cauchon email to the Board — program status and conflict mitigation plan | HRO_000148 | 2 | 62 | V | 28 |
| **60** | Sept. 6, 2024 Steward–Cauchon texts: retaliation notice, reply, and forward to the Board | HRO_000849–850; CAUCHON_000881 | 4 | 64 | V | 33 |
| **61** | Oct. 22, 2024 formal retaliation complaint, with Oct. 23 transmittal and Garlock acknowledgment | CAUCHON_003006–007, 000882–885 | 7 | 65 | V | 29 |

| Ex. | Document | Bates / source | Pp. | SOF ¶¶ | Mem. Part(s) | Decl. ¶ |
|---|---|---|---|---|---|---|
| **62** | Sept. 5, 2024 Steward email to ODH reporting Cauchon's administrative leave | HRO_000172–173 | 3 | 72 | V | 28 |
| **63** | Directors' group texts, Nov. 2–4, 2024 — excerpts | HRO_001071–072, 001077–086, 001094–098 | 18 | 78–79 | V | 28 |
| **64** | Reese Deposition excerpts (July 24, 2026) | Dep. pp. 1–2, 103–105, 119–121, cert. | 10 | 85 | V | 38 |

Authentication note. Exhibit 1 is a certified copy of a public record obtained from the Ohio Secretary of State (Doc. No. 201805703424) and is self-authenticating under Fed. R. Evid. 902(4); it is the only exhibit not separately authenticated by paragraph in the Declaration.

All 64 exhibits are cited in the Memorandum in Support. Every Bates number cited in the Memorandum has been verified against the exhibit it is cited to.