**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 1

## HRO ARTICLES OF INCORPORATION (CERTIFIED COPY)

**CAUCHON_000975–979**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

DOC ID --> 201805703424

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 03/06/2018 | 201805703424 | DOMESTIC NONPROFIT CORP - ARTICLES (ARN) | 99.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

DENNIS GLYNN CAUCHON
935 RIVER ROAD
SUITE G
GRANVILLE, OH 43023

# STATE OF OHIO

## CERTIFICATE

### Ohio Secretary of State, Jon Husted

**4143099**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**HARM REDUCTION OHIO**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **DOMESTIC NONPROFIT CORP - ARTICLES** | **201805703424** |
| **Effective Date: 02/27/2018** | |

THE SEAL OF THE SECRETARY OF STATE OF OHIO

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 6th day of March, A.D. 2018.

Jon Husted

**Ohio Secretary of State**

Form 532B Prescribed by:

Date Electronically Filed: 2/26/2018

**JON HUSTED**
Ohio Secretary of State

Toll Free: (877) SOS-FILE (877-767-3453) | Central Ohio: (614) 466-3910
*www.OhioSecretaryofState.gov* | *busserv@OhioSecretaryofState.gov*
File online or for more information: *www.OHBusinessCentral.com*

For screen readers, follow instructions located at this path.

# Initial Articles of Incorporation

## (Nonprofit, Domestic Corporation)

## Filing Fee: $99

**(114-ARN)**

**Form Must Be Typed**

**First:** Name of Corporation: Harm Reduction Ohio

**Second:** Location of Principal Office in Ohio

City: GRANVILLE
State: OHIO
County: LICKING

**Optional:** Effective Date (MM/DD/YYYY): 2/27/2018
(The legal existence of the corporation begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing.)

**Third:** Purpose for which corporation is formed

Please see attachment

** Note: for Nonprofit Corporations: The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit corporation secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided. **

** Note: ORC Chapter 1702 allows for additional provisions to be included in the Articles of Incorporation that are filed with this office. If including any of these additional provisions, please do so by including them in an attachment to this form. **

## Original Appointment of Statutory Agent

The undersigned, being at least a majority of the incorporators of

Harm Reduction Ohio
(Name of Corporation)

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is:

DENNIS CAUCHON
(Name of Statutory Agent)

935 RIVER ROAD, SUITE G
(Mailing Address)

| GRANVILLE | OH | 43023 |
|---|---|---|
| (Mailing City) | (Mailing State) | (Mailing ZIP Code) |

Must be signed by the incorporators or a majority of the incorporators.

DENNIS CAUCHON
(Signature)

(Signature)

(Signature)

## Acceptance of Appointment

The Undersigned, DENNIS CAUCHON (Name of Statutory Agent), named herein as the

Statutory agent for Harm Reduction Ohio (Name of Corporation)

hereby acknowledges and accepts the appointment of statutory agent for said corporation.

Statutory Agent Signature DENNIS CAUCHON
(Individual Agent's Signature / Signature on Behalf of Business Serving as Agent)

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Articles and original appointment of agent must be signed by the incorporator(s).

If the incorporator is an individual, then they must sign in the "signature" box and print his/her name in the "Print Name" box.

If the incorporator is a business entity, not an individual, then please print the entity name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print his/her name and title/authority in the "Print Name" box.

DENNIS CAUCHON
Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

**Articles of Incorporation of Harm Reduction Ohio**

The undersigned, who is citizen of the United States, desiring to form a Non-Profit Corporation under the Non-Profit Corporation Law of Ohio, does hereby certify:

First: The name of the Corporation shall be Harm Reduction Ohio.

Second: The place in Ohio where the principal office of the Corporation is to be located is the City of Granville, Licking County.

Third: Said corporation is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

Fourth: The name and address of the person who is the initial trustee of the corporation is Dennis Cauchon, 935 River Road, Suite G, Granville, OH 43023.

Fifth: No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

Sixth: Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

In witness whereof, we have hereunto subscribed our name on this 26th day of February, 2018.

Dennis Cauchon, incorporator 2/26/2018