**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 2

## HARM REDUCTION OHIO BYLAWS

**CAUCHON_000015–017**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# BYLAWS OF HARM REDUCTION OHIO

Adopted: January 29, 2019______________________________________________

## ARTICLE I — NAME AND PURPOSE

*Section 1* — The name of the organization shall be Harm Reduction Ohio. It shall be a nonprofit organization incorporated under the laws of the State of Ohio.

*Section 2* —Harm Reduction Ohio is organized exclusively for charitable, scientific and education purposes. The purpose of this corporation is:

- To support and conduct research, education, and informational activities to increase awareness of drug policy guided by science, health, compassion and human rights.
- To combat overdose death and other harms caused by drug use and policies.
- To promote health-centered drug policies.
- To reduce the role of criminalization in drug policies.
- To reduce stigma and bias in drug policies.

## ARTICLE II — MEMBERSHIP

*Section 1* — Membership shall consist of the board of directors.

## ARTICLE III — BOARD OF DIRECTORS

*Section 1* — The board is responsible for overall policy and direction of the organization and delegates responsibility of day-to-day operations to the staff and committees. The board shall have up to ten, but not fewer than three members. The board receives no compensation other than reasonable expenses.

*Section 2* — All board members shall serve two-year terms, but are eligible for re-election for up to five consecutive terms.

*Section 3* — The board shall meet at least quarterly, at an agreed upon time and place. An official board meeting requires that each board member have written notice at least two weeks in advance.

*Section 4* — During the last quarter of each fiscal year of the corporation, the board of directors shall elect Directors to replace those whose terms will expire at the end of the fiscal year. This election shall take place during a regular meeting of the directors, called in accordance with the provisions of these bylaws.

*Section 5* — New directors shall be elected by a majority of directors present at such a meeting, provided there is a quorum present. Directors so elected shall serve a term beginning on the first day of the next fiscal year.

*Section 6* — A quorum must be attended by at least forty percent of board members for business transactions to take place and motions to pass.

*Section 7* — There shall be four officers of the board, consisting of a chair, vice-chair, secretary and treasurer. Their duties are as follows:

*The chair* shall convene regularly scheduled board meetings, shall preside or arrange for other members of the Executive Committee to preside at each meeting in the following order: vice-chair, secretary, treasurer.

*The vice-chair* shall chair committees on special subjects as designated by the board or appoint another director to chair a special subject committee.

*The secretary* shall be responsible for keeping records of board actions, including overseeing the taking of minutes at all board meetings, sending out meeting announcements, distributing copies of minutes and the agenda to each board member, and assuring that corporate records are maintained.

*The treasurer* shall make a report at each board meeting. The treasurer shall chair the finance committee, assist in the preparation of the budget, help develop fundraising plans, and make financial information available to board members and the public.

*Section 8* — When a vacancy on the board exists mid-term, the secretary must receive nominations for new members from present board members two weeks in advance of a board meeting. These nominations shall be sent out to board members with the regular board meeting announcement, to be voted upon at the next board meeting. These vacancies will be filled only to the end of the particular board member's term.

*Section 9* — Resignation from the board must be in writing and received by the secretary. A board member shall be terminated from the board due to excess absences, more than two unexcused absences from board meetings in a year. A board member may be removed for other reasons by a three-fourths vote of the remaining directors.

*Section 10* — Special meetings of the board shall be called upon the request of the chair, or one-third of the board. Notices of special meetings shall be sent out by the secretary to each board member at least two weeks in advance.

## ARTICLE IV — COMMITTEES

*Section 1* — The board may create committees as needed, such as fundraising, public relations, data collection, etc. The board Chair appoints all committee chairs.

*Section 2* — The four officers serve as the members of the Executive Committee. Except for the power to amend the articles of incorporation and bylaws, the Executive

Committee shall have all the powers and authority of the board of directors in the intervals between meetings of the board of directors, and is subject to the direction and control of the full board.

*Section 3* — The treasurer is the chair of the Finance Committee, which includes three other board members. The Finance Committee is responsible for developing and reviewing fiscal procedures, fundraising plan, and annual budget with staff and other board members. The board must approve the budget and all expenditures must be within budget. Any major change in the budget must be approved by the board or the Executive Committee. The fiscal year shall be the calendar year. Annual reports are required to be submitted to the board showing income, expenditures, and pending income. The financial records shall be made available to board members. IRS Form 990 is public information and shall be made available to board members and the public.

**ARTICLE V — DIRECTOR AND STAFF**

*Section 1* — The president of the organization is hired by the board. The president has day-to-day responsibilities for the organization, including carrying out the organization's goals and policies. The president will attend all board meetings, report on the progress of the organization, answer questions of the board members and carry out the duties described in the job description. The board can designate other duties as necessary.

**ARTICLE VI — AMENDMENTS**

*Section 1* — These bylaws may be amended when necessary by two-thirds majority of the board of directors. Proposed amendments must be submitted to the secretary to be sent out with regular board announcements.

**CERTIFICATION**

These bylaws were approved at a meeting of the board of directors by a two-thirds majority vote on September 14, 2018.

________________________________________________________________

President Date