**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 3

## HRO BOARD MEETING MINUTES, SEPTEMBER 14, 2018

**CAUCHON_000932–937**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# HARM REDUCTION OHIO

**Health · Science · Compassion · Human Rights**

## September 14, 2018
## Board Meeting Notes

## Attendees

| BOARD MEMBER | Present | BOARD MEMBER | Present |
|---|---|---|---|
| Dennis Cauchon | ✔ | Will Sawyer | ✔ |
| Laura Cash | ✔ | Anne Trich | ✔ |
| Colleen Garlock | ✔ | Tasha Turner Bickner | ✔ |
| Jose Rodriguez | ✔ | Janet Wray | A |

## Scribe

Carole Robinson

## Guests

Taylor Bennett

## Agenda

Old Business

1. n/a

New Business

1. Introductions
2. Elect chair, vice chair, secretary, treasurer
3. Approve HRO corporate bylaws
4. Approve HRO financial control policies
5. President's report on financials and organizational structure
6. Strategic direction/business plan:
7. Membership organization
8. Harm reduction training function
9. Grant update
10. HRO priorities over next three months and 12 months
11. Director priorities: What can HRO do for *your* harm reduction goals?
12. Set time, location of next meeting

## Old Business

- n/a

## New Business

1. Introductions
   a. Complete
2. Elect chair, vice chair, secretary, treasurer
   a. Chairman: Dennis Cauchon
   b. Vice-Chairman: Jose Rodriguez
   c. Treasurer: Anne Trinh
   d. Secretary: Laura Cash
3. Approve HRO corporate bylaws
   a. Board members to review in advance of next meeting
4. Approve HRO financial control policies
   a. Board members to review in advance of next meeting
5. President's report on financials and organizational structure

a. See discussion

## Discussion:

Negative issues impacting harm reduction in Ohio:

- Compassion fatigue from 1st responders and family members
- No PSAs on the human disease of addiction
- Lack of momentum to legalize
- Stigma, it is similar to the that of AIDS victims during the early stages of the the movement
- Lack of a "people before policy" thought process, as seen in Portugal
- Much work to accomplish goals

Agreed Upon Actions

- Form advisory group of former drug users and active drug users.
  - Safe space for addicts to find support and to be empowered
  - Similar to Jose's grassroots group at OSU
- Consider forming Speakers Bureau to increase voice of drug-using community
- Overdoses need more local new coverage (i.e. 29 ODs in Franklin County a couple weeks ago and it was barely mention in the media)
- Victims need to be personalized
- Dr. Will summed up by stating "Addiction is a human disease, what's yours?"

Defining HRO: discussion points:

- Harm reduction practices advocacy through organizing panel discussions, providing expert panelists, providing education, training
- Become a resource for health officials, avoid adversarial relationships. HRO can publicly state what local health officials cannot due to their positions.
- Represent human rights of drug users in government discussion
- Service Organization (to provide value and financially sustain HRO)
- Goals of health, science and compassion all flow from human rights

- HRO is an not activist organization, although our volunteers may sometimes be
    - Empower activists by providing tools and resources to promote harm reduction in Ohio, becoming a single source for HR-related information
    - Provide professional science-based resources to activists
    - "Knowledge is power" -- HRO will provide activists with the knowledge, skills and resources to be successful
    - Responsive to the needs to Ohio CBOs

Actions Discussed (some new, some established, in the planning stage)

- send board members regular updates on what HRO is doing and who we are working with to determine if the board is able to assist.
- Apply for funding to support Syringe Exchange Programs (SEP) by performing the necessary best practice training, developing tool kits and possibly bulk purchasing of supplies to reduce costs. HRO would charge for these services to fund HRO, including advocacy efforts. User advisory committee
- Seek partners and publicity for future conferences
- Narcan distribution, likely directly through obtaining TDDD license and becoming becoming centralized distributors for CBOs
- Develop Ohio-centric harm reduction fact sheets, such as on naloxone and syringe programs
- Publish policy recommendation when draft legislation is released. Be the go-to place for harm reduction in Ohio.
- Change the narrative about drug users and individuals who overdose - humanize the statistics
- Promote addiction science
- Support decriminalizing drug use - normalize and de-stigmatize drug users
- Connect drug users to studies and services
- Develop membership for HRO

Identified high priorities:

- Syringe program
  - support creation of new syringe programs
  - provide CBOs with training, knowledge and materials
  - organize CBOs throughout Ohio
  - provide experts and expertise, including training to CBOs and health departments
- TDDD license - this is needed to start Naloxone INarcan) distribution.
  - Ohio is one of the few states that distributes naloxone primarily through 1st responders. This is less effective than distributing to lay first responders.
  - HRO will work to open the Naloxone to laypersons
- Be responsive to opportunities throughout Ohio to support individuals, CBOs, and health authorities in harm reduction efforts.
- Educate and develop fact sheets including LISW orientation

### Important Date to Remember:

- Portugal Drug Czar,Dr. João Goulão, will be in Columbus on October 30, 2018 - his schedule is not yet known.

## Next Meeting

TBD, the next meeting may be a full day board retreat

## Next Meeting Agenda Items

- Develop HRO's top priorities for 2019
- Leverage the board's relationships and knowledge

## Upcoming Events

# HARM REDUCTION OHIO

**Health · Science · Compassion · Human Rights**

---

**September 27-28, 2018**
**Title:** "From Punishment to Public Health: Embracing Evidence-based Solutions to Ending the Overdose Crisis."
**Location:** Ohio State University law school
**Partners:** Drug Policy Alliance, Ohio State University law school Drug Enforcement and Policy Center, Ohio State University College of Public Health, Harm Reduction Coalition, ACLU-Ohio

**November 28-29, 2018**
**Title:** "Harm Reduction Institute: Ohio Syringe Program Conference."
**Location:** Columbus Foundation
**Partners:** Columbus Foundation, Ohio State University College of Public Health, Nord Family Foundation, Center for Community Solutions, Harm Reduction Coalition, Centers for Disease Control, Equitas Health.

**April or May 2019**
**Title:** Harm Reduction Ohio Conference
**Location:** Columbus