**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 4

## HRO BOARD MEETING MINUTES, MARCH 9, 2024

## ECF No. 22-18, PageID 531–533

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Exhibit 52**

Harm Reduction Ohio Board Meeting

3/9/24

Board members in attendance: Dennis Cauchon, Jamie Decker, Tasha Turner Bicknell, Anne Trinh, Dwayne Steward, Billy Gold. Staff/minute taker in attendance: Erin Pottenger

The meeting began by Zoom at 10 a.m.

Dennis gave an overview on finances and operations. HRO finances are strong and financially stable for 2024. HRO is currently hiring and expanding capacity.

Molly Fantini was hired as a naloxone distribution specialist, taking shipping off Erin and Kelsey's hands. Molly is a 19-year-old Newark resident (and Granville native) with lived experience. She will start part-time at HRO and go part-time at FedEx, where she has worked full-time for two years.

HRO will do a full audit again in 2024 with the goal of getting high marks. Dwyane agreed to help us with this.

Our $400,000-dollar Community Reinvestment Grant from Medicaid insurers grant has very few requirements and gives us the ability to really add services to affected areas. We plan to use it for naloxboxes, a mobile syringe unit (still looking at location options), and perhaps vending machines.

Our first choice for the mobile unit location is currently the Youngstown/Warren area. Our second choice would be Appalachian counties where a mobile unit would be beneficial to reaching rural people who live farther away from the city centers. We hope to organize a mobile SSP and fund start up (such as vehicle purchase) but operations would be run by local people and the SSP would be sustained locally. Tasha suggested renting the mobile vehicle rather than purchasing it. She noted there would be many costs associated with upkeep if a vehicle is owned

Our ODH grant, which started paying in February, is focused on getting naloxone out to targeted areas.

Dennis talked about starting meetings with opioid impacted families to discuss families seeking opioid settlement funding. Two meetings have been held. Health Impact Ohio may be the grant's long-term administrator and fiscal sponsor.

Anne recommended using some of HRO's unrestricted money to work on strategies that support financial sustainability. Anne says we need to think big and create organizational capacity. What do we want HRO to look like in the future?

Dennis stated that HRO will likely file suit to challenge the budget rider exempting making OneOhio exempt from open meetings and public records laws. He estimated legal fees will be about $15,000-20,000, plus or minus $10,000 depending on what is needed.

The meeting was opened up to board discussion:

The board reiterated how HRO being able to expand and contract due to projects and finances available would be of huge value to HRO. They asked Dennis to think about what kind of a legacy he wants to leave. They want him to work on building an identity for HRO, with clear objectives and goals. It was stated that he should consider drawing up a succession plan. Tasha suggested using the Ready4Change succession plan report for harm reduction organizations to guide the work. She noted she had sent a copy to Dennis. Dennis said he has been working with Erin to get HRO organized and ready for the future. He said an IT consultant was coming in to help HRO revamp IT security and capacity. Also, NEXT was making long-overdue changes to the online naloxone ordering process.

The board discussed membership and representation. Laura Cash has not been replaced. Anne said she would rather support capacity-building than being a board member, if we could find a replacement.

Board members said they were confused about their roles and want to clarify them. They said they would love to participate in board development. Dwayne agrees to help with that. Everyone discussed having an in-person board meeting this summer to work on board roles. The board talked about making sure HRO staff has development opportunities. Anne said PSU HOPES, where she works, offers $3,000 a year for each employee to do training. Dennis said HRO already pays for some staff training but would be good to formalize the benefit.

Dennis said that HRO plans for two staff trips to harm reduction groups in Michigan and New York to learn about improving our operations.

Tasha said Harm Reduction International conference will be held in April 2025 in Colombia. The location closer to the United States will make it easier for U.S.

**Exhibit 52**

residents to attend. Tasha says the conference is excellent. She has attended and presented at previous conferences.

The meeting was adjourned at 11:30 a.m.