**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 5

## HRO BOARD MEETING MINUTES, JULY 26, 2019
## CAUCHON'S RECORDED BOARD ACTIONS

**CAUCHON_000945–948**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

HARM REDUCTION OHIO

July 26, 2019

# Board Meeting Notes

## Attendees

| **BOARD MEMBER** | **Present** |
|---|---|
| Dennis Cauchon | ✔ |
| Laura Cash | ✔ |
| Colleen Garlock | ✔ |
| Tasha Turner-Bicknell | ✔ |
| Anne Trinh | A |

## Scribe

Carole Robinson

## Guests

None

## Agenda

Old Business

1. Approve January Board Meeting Minutes

New Business

1. Nominate Ann Trinh for Board of Directors
2. Elect Officers
3. Financial Update
4. Review capacity building plan and make assignments
5. Budget, compensation

6. Set date/time of next meeting
7. Adjourn

## Old Business

- January Board Meeting minutes approved

## New Business

1. Dennis Cauchon nominated Ann Trinh for the Board of Directors. Nomination was seconded by Laura Cash and board voted to approve.

2. Election of Board Officers
   - Chair: Ann Trinh
     (nominated by Dennis Cauchon, seconded by Colleen Garlock)
   - Vice-Chair: Colleen Garlock
     (nominated by Dennis Cauchon, seconded by Tasha Turner Bickner)
   - Secretary: Laura Cash
     (nominated by Tasha Turner Bickner, seconded by Dennis Cauchon)
   - Treasurer: Tabled

   **Action Item:**
   Election of Treasurer will be discussed with Ann Trinh and voted on at the next board meeting.

3. Financial update

   Open Society Foundation grant funds ($60,000) are expected by the end of summer. This grant is for 6 months and we may be eligible for another $60,000 in 6 months.

   ODH's first year grant funds ($30,000) are expected in late September to early October.

   Tasha Turner-Bicknell will be paid to develop a curriculum for naloxone distribution training.
   - Training is anticipated to happen in mid-September

   Tasha Turner-Bicknell stated she is available 1 day per week to work on community projects and suggests HRO target high-need counties to educate on harm reduction. Dennis Cauchon stated this could fulfill a community outreach position to visit health departments to create consulting and project opportunities for HRO and to provide education on harm reduction and naloxone distribution.

Dennis Cauchon estimates HRO may distribute 10,000 naloxone kits in the first year after naloxoneforall.org starts (via online and other methods) and is working on identifying funding sources within Ohio. The ODH grant provides 1,250 Narcan kits guaranteed with more possible if available.

4. Capacity Building

Anne Trinh will oversee looking at consultant options to oversee capacity building. Anne and Dennis have been asking other organizations and community leaders for suggestions on names. Possible consultants will be presented to board at the next meeting for a likely vote.

1. Improve board functioning: Assigned to Colleen Garlock
    - Develop plan to expand board to 7 members. (Under bylaws, existing board members nominate and approve new directors.)
        a) Board members will reach out to people who might be good board members. Colleen has social work contacts which she will evaluate for potential board nominees. Tasha
        b) Agreed upon process: Dennis and Carole will collect resumes and distribute to the full board to review via email. After receiving feedback from board members, Colleen will narrow down candidates for a discussion and board vote at next meeting

2. Create fundraising plan, assigned to Ann Trinh or board treasurer (to be named).
    - Tasha Turner Bicknell is provided with grant writing administrative support and suggest that HRO can partner with UC on large grants in the future.

3. Create Diverse and Inclusive Organization, assigned to Tasha Turner Bicknell
    - Tasha highly recommends Tavon Hall at Carcole. She'll talk to him to see if he is interested in board service or other HRO opportunities.

4. Formalize hiring and compensation practices. Tabled, consultant input valued.
5. Formalize policies for volunteers. Assigned to Laura Cash

Carole will assist Laura as she has much of this much of his already developed.

6. Self-assessment of progress, process and productivity: Tabled, pending consultant.

Discussion:

Tasha suggested and the board agreed that HRO should develop plans on key initiatives. Some suggestions:

- Naloxone distribution
- Trainers trained
- Networks developed, such as with hospitals
- Conferences
- New syringe programs
- Stigma reduction

Dennis Cauchon stated agreement and added that HRO will continue to function like a fast-growing start-up in the next year and this needs to be considered in plans and assessment criteria.

5. Budget, Compensation

a) Board agreed on the following budget and compensation items:

- Dennis Cauchon will be provided with a salary of $50,000 a year to begin when the next anticipated grant arrives.
- Mileage reimbursement will be provided to HRO staff members at a rate of 30 cents per mile when the next anticipated grant arrives.
- HRO will reimburse board members for mileage and one overnight accommodation when the next anticipated grant arrives. Overnight accommodation reimbursement will be capped at $150.00 and mileage will be reimbursed at 30 cents per mile.

## Next Meeting

Saturday, October 19th, at noon or 1pm and will be held in Columbus.