**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 8

## NOVEMBER 14, 2023 BOARD EMAIL AND 2022 FORM 990, PART VII (EXCERPT)

**CAUCHON_002859, 002870**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO's tax return and meeting minutes from Oct. 29 board meeting
**Date:** November 14, 2023 at 10:24 AM
**To:** Billy Golden bgolden@nastad.org, Dwayne Steward dwayneasteward@gmail.com, Anne C. Trinh trinh.89@osu.edu, Tasha Turner-Bicknell turnerta@ucmail.uc.edu, mollybtrue mollybtrue@yahoo.com, Colleen M. Garlock colleengarlock@gmail.com , Jamie Decker jamesdecker68@gmail.com, Dennis Cauchon dennis@HarmReductionOhio.org
**Cc:** Erin Pottenger erin@harmreductionohio.org

DC

HRO's tax return was completed today and is attached. It was done and will be filed by our accountant.

Also attached are meeting minutes from the October board meeting. (Thanks, Erin!)

On the ODH contract…it's sitting on the desk of the last person who needs to approve it. I hope that happens this week … but who knows. Last week, Erin handled a small hiccup: getting our Certificate of Insurance updated to show our $8 million in liability insurance includes workers compensation supplemental.

Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**HRO 2022 Tax Return Form 990 - FOR CLIENT REVIEW ...**

Board Meeting

Oct 29th, 2023

10am

In attendance: Colleen, Jamie, Molly, Dennis, Dwayne, and Erin

## Part VII Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position: Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) Dennis Cauchon<br>President | 50.00 | X | | X | | | | 59,842 | 0 | 0 |
| (2) Tasha Turner-Bicknell<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (3) Dwayne Steward<br>Board Vice Chair | 1.00 | X | | | | | | 0 | 0 | 0 |
| (4) Colleen Garlock<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (5) Laura Cash<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (6) Anne Trinh<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (7) Molly True<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (8) Billy Golden<br>Board Chair | 2.00 | X | | | | | | 0 | 0 | 0 |
| (9) James Decker<br>Board Member | 1.00 | X | | | | | | 0 | 0 | 0 |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |