**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 9

### APRIL 2024 AUDITOR EMAIL CHAIN AND "2023 HRO BOARD MEMBERS" LIST

### CAUCHON_002900–903

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Jonellyn Ciudadano** jonellyn@HWAALLIANCE.COM
**Subject:** Re: HRO update
**Date:** April 24, 2024 at 8:55 PM
**To:** Erin Pottenger erin@harmreductionohio.org, Merry Joy A Untal merryjoy@HWAALLIANCE.COM, Dennis Cauchon dennis@HarmReductionOhio.org

JC

Hello Erin/Dennis,

I hope this email finds you well. It's a great pleasure to be part of the continued collaboration for the upcoming HRO 2023 audit. Your ongoing confidence and trust to our team is deeply appreciated.

In preparation for the engagement, I am reviewing the BOD list and would like to clarify who else are the officers in addition to the Board President. Specifically, could you provide information of who is serving as our BOD Treasurer? Furthermore, if it is convenient, I would be grateful for a comprehensive list delineating the various positions held by each member of the Board.

Thank you for your assistance.

Sincerely,

**Jonellyn Ciudadano, CPA PH**

HWA
ALLIANCE OF CPA FIRMS

6100 Oak Tree Blvd, Ste. 200 • Independence, Ohio 44131
(216) 541.0090

470 Olde Worthington Rd, Ste. 200 • Westerville, Ohio 43082

2115 One Oasis Condo, Mabolo, Cebu City, Cebu, PH 6000
(032) (419-1838)

The Wright Way is Your Right Solution

*I have sent this at a time that is convenient for me, it is not my expectation that you read or respond to this email outside of your regular working hours. Feel free to take your time! :)*

---

**From:** Erin Pottenger <erin@harmreductionohio.org>
**Sent:** Thursday, April 25, 2024 4:56 AM
**To:** Merry Joy A Untal <merryjoy@HWAALLIANCE.COM>; Dennis Cauchon <Dennis@harmreductionohio.org>
**Cc:** Jonellyn Ciudadano <jonellyn@HWAALLIANCE.COM>
**Subject:** Re: HRO update

2023 HRO Board Members.docx

---

**From:** Merry Joy A Untal <merryjoy@HWAALLIANCE.COM>
**Sent:** Wednesday, April 24, 2024 8:00 AM
**To:** Dennis Cauchon <Dennis@harmreductionohio.org>
**Cc:** Erin Pottenger <erin@harmreductionohio.org>; Jonellyn Ciudadano

**Cc:** Erin Pottenger <erin@harmreductionohio.org>; Jonellyn Ciudadano
<jonellyn@HWAALLIANCE.COM>
**Subject:** Re: HRO update

*Hello Dennis,*

*This is excellent news!*

*Since we're pushing the audit to the next quarter, we can kick off in July and hold the entrance meeting then. This gives you plenty of time to prepare all necessary documents in the CAL.*

*Could we set a date for the formal entrance meeting?*

*Thank you, Dennis!*

*Warm Regards,*

**Merry Joy A. Untal, CPA(PH), MMA**

HWA
ALLIANCE OF CPA FIRMS

6100 Oak Tree Blvd, Ste. 200 • Independence, Ohio 44131
(216) 541.0090

470 Olde Worthington Rd, Ste. 200 • Westerville, Ohio 43082
Cell No. (216) 816.0699

50 California Street, Suite 1500, San Francisco California 94111
770-765-0990

The Wright Way is Your Right Solution

***I've sent this at a time that works well for me, and I totally understand if you prefer to read and reply during your regular work hours – no pressure at all! :)***

---

**From:** Dennis Cauchon
**Sent:** Wednesday, April 24, 2024 04:13 AM
**To:** Merry Joy A Untal
**Cc:** Erin Pottenger
**Subject:** HRO update

We met with our bookkeepers today.

1) I am halfway done coding all 2023 transactions and creating a master sheet to help bookkeeper classify things accurately in future.
2) Erin is putting together a list of board members and emails to provide you, so you can send board members required SAS and RFP forms for them to return.
3) Erin working with Chase Bank to get paper documents of accounts closed last year that no longer appear online in Chase (or, in some cases, Quickbooks.) Will provide these pdfs to our bookkeepers to make proper transaction matches.

Then it's on to other audit tasks. We should have a good foundation in a week or so to let you get started on your work.

Just wanted to let you know we're moving to do what we need to do. Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

## HRO Board Members

Billy Golden - Chair - bgolden@nastad.org

Manager, Drug User Health, National Alliance of State & Territorial AIDS Directors; Cincinnati; former coordinator, Cincinnati Exchange Project

Dwayne Steward –Vice Chair- dwayneasteward@gmail.com

Founder/CEO, Make it Better Consultant; Former Chief People, Culture & Programs Officer, Equitas Health, Columbus; former journalist, leader in efforts to improve public health in LGBTQ community.

Molly True - mollybtrue@yahoo.com

Writer, Cincinnati; Advocate for people with lived experience

Tasha Turner-Bicknell - turnerta@ucmail.uc.edu

DNP, RN, Assistant Professor of Clinical Nursing, University of Cincinnati College of Nursing

Anne Trinh - trinh.89@osu.edu

Epidemiologist; Senior Program Manager, Opioid Innovation Fund, Ohio State University College of Public Health

Jamie Decker - jamesdecker68@gmail.com

Harm Reduction Coordinator/Peer Support Specialist, syringe service program, Hancock County Public Health

Colleen Garlock - colleengarlock@gmail.com

LSW and MSW, Signature Health, Mentor; dual therapist, specializing in harm reduction approaches and trauma-sensitive care.

Dennis Cauchon – dennis@harmreductionohio.org

President and Founder, Harm Reduction Ohio