**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 10

## HRO STAFF AND BOARD ROSTER, SEPTEMBER 2018

**CAUCHON_000988–992**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# HARM REDUCTION OHIO

**Health · Science · Compassion · Human Rights**

## STAFF

September 2018

### Dennis Cauchon

**President**

Dennis Cauchon, president of Harm Reduction Ohio, founded the organization in 2016 in response to soaring levels of overdose death in Ohio. Cauchon previously worked as a national reporter and editor at USA TODAY, taking a corporate buyout after 27 years to try to address social the social problems he covered as a reporter. During his time at USA TODAY, he reported on the World Trade Center, the O.J. Simpson trial, 19 hurricanes and many other topics. He won a variety of awards for journalism, especially investigative journalism, including the H.L. Mencken Award for Investigative Reporting, the Champion of Justice Award from the National Association of Criminal Defense Attorneys and the nation's top award for regional business reporting from the Dartmouth College Tuck School of Business. In 1997, he spent a year at the University of Michigan Medical School on a Knight Journalism Fellowship. He also worked for The Clarion-Ledger in Jackson, Miss., The Sun-Herald in Biloxi, Miss., and Foster's Daily Democrat in Dover, N.H. He is a native of Dover, N.H., and a graduate of the University of New Hampshire. He is the father of two boys and has lived in Granville, Ohio, since 2002.

### Sheila Humphrey

**Dayton Director**

Sheila has lost many friends over the years to heroin and fentanyl, yet her journey to Harm Reduction Ohio started after her son and his girlfriend overdosed on heroin in Dayton Ohio. Luckily, they were both discovered in time and their lives were saved.  While still

reeling from the trauma of her son's overdose, Sheila took on the task of navigating Ohio's addiction treatment network, eventually getting both her son and his girlfriend into to treatment. Through many ups and downs and Sheila's tenacity, they are both in recovery and have been clean for 2 years.

Many moms would stop and take a deep breath after all that, but not Sheila, she visited both of her Senators on Capitol Hill to tell her story, seeking assistance and compassion for drug users. Senator Portman was so impacted by her story he told it on the Senate floor. For the next 5 years, Sheila advocated for families of addicts, taking part in rallies and outreach programs.

When Sheila learned of Harm Reduction Ohio, she found an organization that more than just advocates harm reduction, she found an organization that takes action and matches her drive to make a difference for Ohio drug users and their families.

In her role, Sheila saves lives by distributing fentanyl test strips for the Montgomery County Health Department at FOA meetings, and during outreach events, with Conversations 4 Change, and by personally going into the Dayton community to serve hard-to-reach and at-risk drug users. She also distributes narcan kits through Project Dawn along with personal hygiene supplies - that she coordinates through the health department and donations from her friends.

## Taylor Bennett

**Director of Advocacy**

Taylor earned a master of science degree in Human Development and Family Sciences from the University of Wyoming in 2011. While there, her studies focused on stress, coping, and resiliency through the lens of the developmental ecosystem. Her research and thesis

examined the positive impact a child with a disability may have on their family, a continuation and extension of her undergraduate work in education and disability studies at Morehead State University in her home state of Kentucky, where she graduated with her BA in 2007.

As former heroin user, she provides a valuable perspective that is unique to her specific academic background and lived experience. Currently, she is dedicated to identifying the immediate harm reduction service needs of communities of people who use drugs in rural areas and populations experiencing increased rates of overdose in the state of Ohio. She's currently working to increase access to naloxone across the state and especially within these communities. In addition to identifying these needs, she is also focused on the drug policies and greater community concerns that prevent access to those services, such as removing the barriers to community distribution of naloxone.

## Carole Robinson

**Administrator**

Carole recently joined HRO, she has over 25 years of Human Resources leadership experience and non-profit management experience, as well as a passion for community service. Carole has served on many Board of Directors, including both Mental Health America Franklin County and Licking County and Project Main Street (Newark Ohio).

## Board of Directors

September 2018

## Tasha Turner-Bicknell

DNP, RN, Instructor Adjunct, University of Cincinnati College of Nursing

## Laura Cash, Secretary

Board Member/National Director of Chapters, GRASP (Grief Recovery After a Substance Passing) and Broken No More (substance use forum); Board Member, Ohio Change Addiction Now; M.A., Education, Delaware, Ohio

## Dennis Cauchon, Chairman

President, Harm Reduction Ohio

## Colleen (Maloney) Garlock

CDCA, CYT, RYT, medication-assisted treatment, case manager, Signature Health, Willoughby, Ohio

## Jose R. Rodriguez, Vice Chair

Director of External Relations and Strategic Initiatives, Ohio State University College of Public Health, Columbus

## Will Sawyer, M.D.

Family physician, Sharonville Family Medicine; infection prevention specialist, Henry the Hand Foundation; medical degree, University of Cincinnati College of Medicine

## Anne C. Trinh, Treasurer

MPH, epidemiologist, Senior Program Manager – Opioid Administration, Ohio State University College of Public Health

## Janet N. Wray

PhD, RN, Associate Professor of Nursing, Division of Health Sciences, Mount St. Joseph University, Cincinnati