**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 11

## HRO BOARD CONTACT LIST, JANUARY 22, 2019 (BOTH PRODUCED VERSIONS)

**CAUCHON_000999–001003**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Original filename:** 2018 10 Board Contact List.xlsx

**Source:** Google Drive (Google Sheets export)

**File date:** October 2018 (per filename); document body indicates "Updated January 22, 2019"

**Note:** Native metadata not preserved by source export.

| First Name | Last Name | Credentials | Job Title | Department | Company | Email | Office | Cell |
|---|---|---|---|---|---|---|---|---|
| Anne C. | Trinh | MPH, | epidemiologist, Senior Program Manager | Opioid Administration | Ohio State University College of Public Health | trinh.89@osu.edu | 614-292-4323 | |
| Colleen (Maloney) | Garlock | CDCA, CYT, RYT | Medication-assisted treatment, case manager | Ohio Chapter, Families for a Sensible Drug Policy. | Signature Health | colleengarlock@gmail.com | 440-364-2751 | |
| Dennis | Cauchon | | | | Harm Reduction Ohio | Dennis@harmreductionohio.org | 740-973-3814 | 740-973-3814 |
| Elizabeth | Onzima | LSW | Intake Specialist/Prevention Educator | | CompDrug | eonzima@compdrug.org | (614) 224-4506 ext 164 | |
| Janet N | Wray | PhD, RN | Associate Professor of Nursing | Division of Health Sciences | Mount St. Joseph University | janet.wray@msj.edu | 513-244-4260 | |
| Jose R | Rodriguez | | Director of External Relations and Strategic Initiatives, Ohio | | State University College of Public Health | rodriguez.923@osu.edu | 614-247-4325 | 614-270-9121 |
| Laura | Cash | | | | GRASP Chapter Coordinator | ljs1615@aol.com | 419-722-2759 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Melissa | Greene | MASW, LSW | | West Side Pride Center Manager, Department of Neighborhoods | City of Columbus | MEGreen@columbus.gov | (614) 724-2033 | |
| Tasha | Turner-Bicknell | DNP, RN | Instructor Adjunct | | UC College of Nursing | turnerta@ucmail.uc.edu | 513-558-4975 | |
| Will | Sawyer | MD | | | Henry the Hand Foundation (501c3), Sharonville Family Medicine | dr.will@fuse.net | 513.769.HAND(4263) | |
| Updated January 22, 2019 | | | | | | | | |

**Original filename:** Board Contact List 01 22 2019.xlsx

**Created:** January 22, 2019

**Last modified:** January 22, 2019

**Last modified by:** Dennis Cauchon

HEALTH SCIENCE COMPASSION HUMAN RIGHTS
HARM REDUCTION OHIO

| First Name | Last Name | Credentials | Job Title | Department | Company | Email | Office | Cell |
|---|---|---|---|---|---|---|---|---|
| Anne C. | Trinh | MPH | Epidemiologist, Senior Program Manager | Opioid Administration | Ohio State University College of Public Health | trinh.89@osu.edu | 614-292-4323 | |
| Colleen (Maloney) | Garlock | CDCA, CYT, RYT | Medication-assisted treatment, case manager | Ohio Chapter, Families for a Sensible Drug Policy. | Signature Health | colleengarlock@gmail.com | 440-364-2751 | |
| Dennis | Cauchon | | President | | Harm Reduction Ohio | Dennis@harmreductionohio.org | 740-973-3814 | 740-973-3814 |
| Elizabeth | Onzima | LSW | Intake Specialist/Prevention Educator | | CompDrug | eonzima@compdrug.org | (614) 224-4506 ext 164 | |
| Janet N | Wray | PhD, RN | Associate Professor of Nursing | Division of Health Sciences | Mount St. Joseph University | janet.wray@msj.edu | 513-244-4260 | |
| Jose R | Rodriguez | | Director of External Relations and Strategic Initiatives, Ohio | | State University College of Public Health | rodriguez.923@osu.edu | 614-247-4325 | 614-270-9121 |
| Laura | Cash | | | | GRASP Chapter Coordinator | ljs1615@aol.com | 419-722-2759 | |
| Melissa | Greene | MASW, LSW | | West Side Pride Center Manager, Department of Neighborhoods | City of Columbus | MEGreen@columbus.gov | (614) 724-2033 | |
| Tasha | Turner-Bicknell | DNP, RN | Instructor Adjunct | | UC College of Nursing | turnerta@ucmail.uc.edu | 513-558-4975 | |
| Will | Sawyer | MD | | | Henry the Hand Foundation (501c3), Sharonville Family Medicine | dr.will@fuse.net | 513.769.HAND(4263) | |

Updated January 22, 2019