**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 12

### HRO BOARD ROSTER, JULY 2019

### CAUCHON_000980–981

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

HARM REDUCTION OHIO

# Board of Directors: July 2019



**Dennis Cauchon**, President and founder, Harm Reduction Ohio. Former national reporter, USA TODAY; Knight journalism fellow at University of Michigan Medical School, studied "History of False Ideas". Tel: (740)973-3814 E-Mail Dennis@HarmReductionOhio.org

---



**Colleen (Maloney) Garlock**, CDCA, CYT, RYT, medication-assisted treatment, case manager, Signature Health, Willoughby, Ohio. Phone: 440-364-2751. Email: colleengarlock@gmail.com

---



**Tasha Turner-Bicknell**, DNP, RN, Assistant Professor of Clinical Nursing, University of Cincinnati College of Nursing, 3110 Vine St., Cincinnati OH 45267-0038. Tel: (513)558-4975 E-mail: turnerta@ucmail.uc.edu

---



**Laura Cash**, Board Member/National Director of Chapters, GRASP (Grief Recovery After a Substance Passing) and Broken No More (substance use forum); Board Member, Ohio Change Addiction Now; M.A., Education, Delaware, Ohio. Tel: (419)722-2759 E-mail: www.broken-no-more.org

---

HARM REDUCTION OHIO

# Board of Directors: July 2019



**Dennis Cauchon**, President and founder, Harm Reduction Ohio. Former national reporter, USA TODAY; Knight journalism fellow at University of Michigan Medical School, studied "History of False Ideas".
Tel: (740)973-3814, E-Mail Dennis@HarmReductionOhio.org



**Anne C. Trinh**, MPH, epidemiologist, Senior Program Manager – Opioid Administration, Ohio State University College of Public Health, 841 Neil Ave. 382-1 Cunz Hall, Columbus, OH 43210
Tel: 614-292-4323
Email: trinh.89@osu.edu



**Colleen (Maloney) Garlock**, CDCA, CYT, RYT, medication-assisted treatment, case manager, Signature Health, Willoughby, Ohio.
Tel: 440-364-2751
Email: colleengarlock@gmail.com



**Tasha Turner-Bicknell**, DNP, RN, Assistant Professor of Clinical Nursing, University of Cincinnati College of Nursing, 3110 Vine St., Cincinnati OH 45267-0038.
Tel: (513)558-4975
Email: turnerta@ucmail.uc.edu



**Laura Cash**, Board Member/National Director of Chapters, GRASP (Grief Recovery After a Substance Passing) and Broken No More (substance use forum); Board Member, Ohio Change Addiction Now; M.A., Education, Delaware, Ohio.
Tel: (419)722-2759, E-mail: www.broken-no-more.org