**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 13

## EMAIL TO OPEN SOCIETY FOUNDATIONS WITH SEPTEMBER 2019 BOARD ROSTER — EXCERPT

**CAUCHON_002904–906**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

*One paragraph of the transmittal email, describing a prospective board candidate's personal history, has been redacted by Plaintiff as irrelevant to the purpose for which this exhibit is offered. The document was produced in discovery without redaction at CAUCHON_002904–906.*

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO Board of Directors and CVs/resumes
**Date:** October 6, 2019 at 7:11 PM
**To:** Sarah Evans sarah.evans@opensocietyfoundations.org

DC

Attached is the current list of board members and their CVs.

At the last meeting, the board voted to add two members at the October 19 meeting. The goal is to increase the board from 5 to 7 members, with the goal of increasing diversity and the representation of people with lived experience. Everyone was asked to talk to people about their interest and bring two names to the table October 19. So I can't say who will be added. I think it's likely Tavon Hall, an HIV educator at Caracole (an 18-county AIDS Service Organization) will be added. Everyone likes and admires Tavon, so (I think) he's a shoe-in. Caracole is a great HRO supporter and harm reduction practitioner generally.

[redacted]

REDACTED BY PLAINTIFF
NONPARTY PERSONAL INFORMATION UNRELATED TO THIS MOTION

I can't say for sure who the board will add, though. All directors were asked to bring the names of two candidates, so we could have as many as 10 possibilities.

Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/

*"Let's save some lives today!"*

**HRO Board of Directors September 2019.docx**

**HRO Board CVs**





Tavon Center




Jamie in Buckeyes football tee-shirt

# Harm Reduction Ohio Board of Directors, September 2019

**Anne C. Trinh, HRO board chair.** MPH. Ohio State University, College of Public Health, Senior Program Manager, coordinates university-wide efforts to respond to opioid crisis. Columbus, OH.

**Colleen M. Garlock, HRO vice chair.** LSW, CDCA. Master of Social Work student. Case Manager-MAT Program, Signature Health, Inc., Willoughby, OH

**Laura J. Cash, HRO secretary-treasurer. M.A.** Ohio coordinator, Grief After Recovery Substance Passing (GRASP). Member, National Board of Directors Broken No More/GRASP. Director, Ohio CAN (Change Addiction Now). Delaware, OH.

**Tasha Turner-Bicknell, DNP, RN.** Assistant Professor of Clinical Nursing, University of Cincinnati. Presentations include “The opioid test: How Ohio’s heroin crisis is challenging the punishment and treatment paradigm,” Harm Reduction International Conference, Porto, Portugal.

**Dennis Cauchon**, President, Harm Reduction Ohio. Former national reporter/national editor, USA TODAY. Former editor, *The Clemency Report*.