**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 14

## HRO BOARD ROSTER, APRIL 2023

## CAUCHON_000983–984

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Original filename:** HRO Board of Directors 2022.docx

**Created:** October 2, 2019

**Last modified:** April 18, 2023

**Last modified by:** Dennis Cauchon

# Harm Reduction Ohio Board of Directors

**Billy Golden, HRO Board Chair.** Manager, Drug User Health, NASTAD (Formerly National Alliance of State and Territorial AIDS Directors).

**Dwayne Steward, HRO Board Vice Chair.** MPA. Interim Chief People, Culture & Programs Officer, Equitas Health.

**Colleen M. Garlock, HRO Board Secretary-Treasurer.** MSW, LSW, CDCA. Dual Therapist, Signature Health.

**Dennis Cauchon, President, Harm Reduction Ohio.**

**Laura J. Cash.** M.A. Ohio coordinator, Grief After Recovery Substance Passing (GRASP). Member, National Board of Directors Broken No More/GRASP. Director, Ohio CAN (Change Addiction Now).

**Anne C. Trinh.** MPH. Ohio State University, College of Public Health, Senior Program Manager, Addiction Innovation Fund, Evaluator and Community Engagement Specialist, The Center for Health Outcomes and Policy Evaluation Studies (HOPES).

**Tasha Turner-Bicknell.** DNP, RN. Associate Professor, Director, Public Health Nursing DNP and Certificate Programs, University of Cincinnati College of Nursing.

**James Decker.** OCPRS, Harm Reduction Coordinator/Peer Support Specialist Hancock Public Health.

**Molly B. True.** Society of Professional Journalists, Ohio Department of Health - Community Advisory Board - HIV Prevention & Care.