**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF’S SUMMARY-JUDGMENT EXHIBIT 15

## MARCH 20, 2019 HRO REPORT TO OPEN SOCIETY FOUNDATIONS

**CAUCHON_000996–998**

Submitted in Support of Plaintiff’s Motion for Partial Summary Judgment

**Original filename:** OS I.3 Governance.docx

**Created:** March 7, 2019

**Last modified:** March 20, 2019

**Last modified by:** Dennis Cauchon

HARM REDUCTION OHIO

**Open Society Grant Application**

# I. General support grant description

## I.3 Governance

Harm Reduction Ohio is led my Dennis Cauchon, the President of the organization and Chairman of the Board of Directors (resume attached). Dennis is a former national reporter and editor at USA TODAY who was moved to action by the staggering number of overdose deaths and rising infectious disease rates in Ohio. Using his investigative skills, Dennis began collecting data from public health entities which identified misinformation and dangerous rumors surrounding the overdose epidemic in Ohio at the time. Dennis created the Harm Reduction Ohio website and began publishing his findings and reaching out to other organizations to share this fact-based data.

Dennis continued to grow the organization and publish cutting edge reports on drug use in Ohio and statistical analysis of public health data. Early in 2018 the organization added its first three volunteers with lived experience, Taylor Bennett, Directors of Outreach; Dylan Stanley, Director of (???); and Sheila Humphreys, Harm Reduction Coordinator.

In mid-2018 Dennis began to form its first Board of Directors, who first met in September 2018. Harm Reduction Ohio original had an 11-member board including members from across the state working in academia, medical and/or mental health practices, harm reduction specialist, public health, and individuals directly impacted by an overdose death.

It become apparent that HRO needed to revise it board make up to reflect the inherent conflict between advocacy work and a board primarily employed in the public sector. HRO greatly appreciates the support, expertise and professionalism of its original board and continues to appreciate their on-going support.

Currently, HRO has reached out to other state-wide harm reduction groups (outside of Ohio) who have experienced similar board transitions for advice and counsel on board planning. We currently have several strong candidates.

We anticipate that new board members will be selected and ready for our next regularly scheduled board meeting in April 2019.

The board meets four times a year, usually once in person and the other times via a conference call. There is a scribe at each meeting and Board Meetings notes are distributed and approved after each meeting.



CAUCHON_000997

The board has established and adopted the following policies:

- Financial Policy, including budget
- Bylaws
- Conflict of Interest Policy
- Whistleblower Policy

In August of 2018, Harm Reduction Ohio hired Carole Robinson as its Administrator (resume attached). Carole has over 20 years of human resources experience leading human resources teams for organizations as diverse as Volvo, Planned Parenthood and a for-profit hospital. Having a passion and long history of non-profit service she took on the day-to-day tasks related to running the non-profit; developing processes, procedures, and branding; managing accounting, stock and distribution; and coordinating events, volunteers and interns.