**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 16

## INTERNET ARCHIVE (WAYBACK MACHINE) CAPTURES OF HRO'S BOARD PAGE

**CAUCHON_001011–013, 001020–025 (pp. 1–9); CAUCHON_001088–089 (pp. 10–11)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# Harm Reduction Ohio Web Site - Director Tracking

The Wayback Machine is a digital archive operated by the Internet Archive, a nonprofit organization. It periodically saves copies of public web pages so users can later view how those pages appeared on specific dates in the past. Each archived copy is called a "capture."

The Wayback Machine archived Harm Reduction Ohio's About page 124 times on 73 separate days between April 26, 2020, and February 7, 2025. The following chart shows the dates when Dennis Cauchon was listed as a Director and/or President of HRO.

As shown, Mr. Cauchon was listed as both a Director and the President of HRO on every captured day from April 26, 2020 (the date of the first capture), through November 14, 2024. He was no longer listed as President as of December 4, 2024, and no longer listed as a Director as of January 3, 2025.

**Source:** The Wayback Machine web site is located here: https://web.archive.org/

| Dates | Dennis Director | Dennis President |
|---|---|---|
| April 26, 2020 | Yes | Yes |
| May 21, 2020 | Yes | Yes |
| May 26, 2020 | Yes | Yes |
| June 21, 2020 | Yes | Yes |
| July 25, 2020 | Yes | Yes |
| September 30, 2020 | Yes | Yes |
| October 5, 2020 | Yes | Yes |
| November 30, 2020 | Yes | Yes |
| December 5, 2020 | Yes | Yes |
| January 5, 2021 | Yes | Yes |
| January 26, 2021 | Yes | Yes |
| July 9, 2021 | Yes | Yes |
| August 5, 2021 | Yes | Yes |
| October 24, 2021 | Yes | Yes |
| December 1, 2021 | Yes | Yes |
| February 21, 2022 | Yes | Yes |
| March 26, 2022 | Yes | Yes |
| May 28, 2022 | Yes | Yes |
| June 29, 2022 | Yes | Yes |

| Dates | Dennis Director | Dennis President |
|---|---|---|
| August 13, 2022 | Yes | Yes |
| September 28, 2022 | Yes | Yes |
| November 30, 2022 | Yes | Yes |
| February 9, 2023 | Yes | Yes |
| March 27, 2023 | Yes | Yes |
| April 26, 2023 | Yes | Yes |
| May 12, 2023 | Yes | Yes |
| June 9, 2023 | Yes | Yes |
| June 15, 2023 | Yes | Yes |
| June 18, 2023 | Yes | Yes |
| June 21, 2023 | Yes | Yes |
| June 28, 2023 | Yes | Yes |
| June 30, 2023 | Yes | Yes |
| July 1, 2023 | Yes | Yes |
| July 4, 2023 | Yes | Yes |
| September 1, 2023 | Yes | Yes |
| October 22, 2023 | Yes | Yes |
| October 23, 2023 | Yes | Yes |
| December 9, 2023 | Yes | Yes |
| December 15, 2023 | Yes | Yes |
| December 22, 2023 | Yes | Yes |
| February 1, 2024 | Yes | Yes |
| March 30, 2024 | Yes | Yes |
| April 6, 2024 | Yes | Yes |
| May 12, 2024 | Yes | Yes |
| June 4, 2024 | Yes | Yes |
| June 21, 2024 | Yes | Yes |
| June 28, 2024 | Yes | Yes |
| July 2, 2024 | Yes | Yes |

| Dates | Dennis Director | Dennis President |
|---|---|---|
| July 4, 2024 | Yes | Yes |
| July 9, 2024 | Yes | Yes |
| July 10, 2024 | Yes | Yes |
| July 18, 2024 | Yes | Yes |
| August 4, 2024 | Yes | Yes |
| August 5, 2024 | Yes | Yes |
| August 22, 2024 | Yes | Yes |
| August 24, 2024 | Yes | Yes |
| August 28, 2024 | Yes | Yes |
| October 2, 2024 | Yes | Yes |
| October 29, 2024 | Yes | Yes |
| November 1, 2024 | Yes | Yes |
| November 2, 2024 | Yes | Yes |
| November 4, 2024 | Yes | Yes |
| November 5, 2024 | Yes | Yes |
| November 6, 2024 | Yes | Yes |
| November 7, 2024 | Yes | Yes |
| November 8, 2024 | Yes | Yes |
| November 14, 2024 | Yes | Yes |
| December 4, 2024 | Yes | **No** |
| January 3, 2025 | **No** | **No** |
| January 4, 2025 | **No** | **No** |
| January 5, 2025 | **No** | **No** |
| January 19, 2025 | **No** | **No** |
| February 7, 2025 | **No** | **No** |

INTERNET ARCHIVE WayBackMachine
https://www.harmreductionohio.org/about
124 captures
26 Apr 2020 – 25 Sep 2025
MAR APR 26 2019 2020

HARM REDUCTION OHIO

## What We Stand For
## Who we are

Harm Reduction Ohio is a 501(c)3 non-profit organization that supports drug policies based on science, health, compassion and human rights. We are the only layperson organization legally authorized to distribute naloxone in Ohio.

Harm Reduction Ohio strives to:

- reduce harms associated with drug use and drug policy.
- empower people who use drugs to care for themselves and one another.
- promote health equity through compassionate, nonjudgmental medical services.
- educate the public, policymakers and medical community about treating drug users with respect and without stigma.
- end the criminalization of people who use drugs.

**Harm Reduction Ohio Board of Directors**



Anne Trinh, Chair

Senior Program Manager, Opioid Innovation Fund, Ohio State University College of Public Health






Tavon Hall

Health educator, Caracole Inc., Cincinnati





James Decker

HRO Corporate cont

https://www.harmreductionohio.org/about/
Go
APR 26 2020

Fund, Ohio State University College of Public Health



Tasha Turner-Bicknell

DNP, RN, Assistant Professor of Clinical Nursing, University of Cincinnati College of Nursing



Laura Cash

Board Member/National Director of Chapters,



Tavon Hall

Health educator, Caracole Inc., Cincinnati



Billy Golden

Harm Reduction Service Coordinator, Caracole Inc., Cincinnati; former coordinator, Cincinnati Exchange Project



James Decker

James Decker, peer support specialist, Blanchard Valley Health System, Findlay



Dennis Cauchon

President and founder. Former national reporter, USA TODAY.

INTERNET ARCHIVE WaybackMachine https://www.harmreductionohio.org/about/ Go MAR APR 26 2019 2020

# Harm Reduction Ohio Team

Our staff, volunteers and somewhere in-between.




Billy McCall

Syringe Program Advocacy Director



Sheila Humphrey-Craig

HRO Dayton/Montgomery County Coordinator; creator, HRO model Safe Consumption Site




Tonja Catron

Miami County Coordinator



Tammy Whitis

Creative Services Director



Linda Smolak

Controller; Hepatitis C Project Director






INTERNET ARCHIVE WaybackMachine https://www.harmreductionohio.org/about/ Go MAR APR 26 2019 2020 26 Apr 2020 - 25 Sep 2025




Allison Loeber

Naloxone Distribution Specialist



Mary Loesch

Homeless Outreach Coordinator




Controller; Hepatitis C Project Director



Shae Dalyrmple

Communications Director




Dennis Cauchon

President and Founder, Harm Reduction Ohio






Tracey Kemper-Hermann

Ross County Codinator



Jenny Foote Nath

All-around naloxone and all-purpose aide

CAUCHON_001023

https://www.harmreductionohio.org/about
124 captures
26 Apr 2020 – 25 Sep 2025
MAR APR 26 2019 2020



Ashley Rosser

Cuyahoga County Coordinator




Jereme Mosquito

Portage County Coordinator

## How to volunteer with

HARM REDUCTION OHIO

Become a Harm Reduction Ohio volunteer. Let's save some lives together!

HRO Volunteer Form

First Name

Last Name

City

State

Zip

Email

Phone/Text

What issues interest you most? Why?

HRO Corporate cont

SUBMIT

Contact Us

Contact us if you have other questions.

**Contact Harm Reduction Ohio**

Name

Email Address

Message

SEND

Find Us

**Harm Reduction Ohio**
935 River Road, Suite G
Granville, Ohio 43023

About Us

**Harm Reduction Ohio supports drug policies grounded in science, compassion and human rights.**

INTERNET ARCHIVE WaybackMachine https://www.harmreductionohio.org/about/ Go JUL AUG OCT 28 2023 2024 2025
134 captures
26 Apr 2020 – 14 Dec 2025


# Board of Directors



Billy Golden

Chair

Manager, Drug User Health, National Alliance of State & Territorial AIDS Directors; Cincinnati; former coordinator, Cincinnati Exchange Project



Dennis Cauchon

Board Member

President and Founder, Harm Reduction Ohio, with Gryffin, the harm reduction dog



Colleen Garlock

Board Member

LSW and MSW, Signature Health, Mentor; dual therapist, specializing in harm reduction approaches and trauma-sensitive care.



Anne Trinh

Board Member

Epidemiologist; Senior Program Manager, Opioid Innovation Fund, Ohio State University College of Public Health



Dwayne Steward

Vice Chair

Founder/CEO, Make it Better Consultant; Former Chief People, Culture & Programs Officer, Equitas Health, Columbus; former journalist, leader in efforts to improve public health in LGBTQ community.



James Decker

Board Member

Harm Reduction Coordinator/Peer Support Specialist, syringe service program, Hancock County Public Health



Molly B. True

Board Member

Writer, Cincinnati; Advocate for people with lived experience



Tasha Turner-Bicknell

Board Member

DNP, RN, Assistant Professor of Clinical Nursing, University of Cincinnati College of Nursing

INTERNET ARCHIVE WaybackMachine
https://www.harmreductionohio.org/about/ Go
134 captures
26 Apr 2020 – 14 Dec 2025
JUL AUG OCT
28
2023 2024 2025

# Staff & Key Volunteers



Dennis Cauchon

Founder/President



Molly Fantini

Naloxone and Social Media Manager



Abby Spears

S.E.O Region 3 Coordinator



AmandaLynn Reese

Chief Program Officer



Patrick Bourland

Naloxone Program Administrator / C.O. Region 5 Coordinator



Kelsey Bates

S.W.O. Region 4 Coordinator / Black Community Strategy Specialist



Cecile Katz

Administrator



Kyle Johnston

N.W.O. Region 2 Coordinator / Black Community Strategy Specialist




Dylan Stanley

Outreach Coordinator (Rest in Peace)

DECEASED: Dylan died August 28, 2020, at age 30. She was a vibrant personality, loving mother and great harm reductionist. We miss her dearly.

---

# Board of Directors









CAUCHON_001089