**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 17

## AFFIDAVIT OF LAURA CASH

**ECF No. 71-3, PageID 1316–1317**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# Affidavit of Laura Cash

I, **Laura Cash**, being first duly sworn, state as follows:

1. I am over the age of 18, reside in Upper Arlington, Ohio, and am competent to testify to the matters stated herein, which are based on my personal knowledge.
2. I served as a member of the Board of Directors of Harm Reduction Ohio, Inc. ("HRO") from the first board meeting on September 14, 2018, through the fourteenth board meeting on December 23, 2022.
3. I joined the HRO Board because my son, Mark, died of an overdose, and I wanted to support harm reduction efforts.
4. During my board service, it was my understanding and observation that Dennis Cauchon was a member of the HRO Board of Directors.
5. Other HRO board members and officers knew Mr. Cauchon was a board member and treated and recognized him as such.
6. Based on meetings I attended and communications I received or reviewed:
   a. Mr. Cauchon was included in board communications and regularly participated in board meetings as a director, including voting on matters before the Board and making and seconding motions.
   b. He was referred to as a director/board member by other board members or officers in meetings and written communications.
   c. Board business was conducted with his participation in the capacity of a board member.
   d. Board materials and/or minutes I reviewed listed or reflected Mr. Cauchon as a board member.
7. During my tenure (September 14, 2018–December 23, 2022), in meetings I attended and in board communications I received or reviewed, I did not observe any board member question or dispute Mr. Cauchon's status as a board member.
8. I am not aware of any board action during my tenure (2018–2022) that removed or replaced Mr. Cauchon as a director, and no such action was noticed to me.
9. If requested, I can provide additional detail regarding specific meetings, dates, and communications supporting the foregoing.

Further affiant sayeth naught.

Date: October 4, 2025

Signature: Laura Cash
Laura Cash

Notary Jurat (Ohio)

State of Ohio )
: ss.
County of Franklin )

Subscribed and sworn to (or affirmed) before me on this 4 day of October, 2025, by Laura Cash, who [**is personally known to me / produced identification:** License ].

Notary Public, State of Ohio
Printed Name: Devon Basinger
My Commission Expires: 08/07/2029
[Seal]

DEVON BASINGER - NOTARY PUBLIC
COMM EXP. AUG 7, 2029
STATE OF OHIO