**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 18

## HRO BOARD MEMBER TERM RECORDS

## DECEMBER 22, 2022 AND DECEMBER 12, 2023 TRANSMITTAL EMAILS WITH TERMS CHART

**CAUCHON_002854–858**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO Board member terms
**Date:** December 22, 2022 at 12:19 PM
**To:** Mallory Bolen mallory@harmreductionohio.org

DC

**HRO Board members terms dates.xlsx**

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

| HRO Board member | Join Board Date | In term number | Current Term ends | Term limit date | To re-elected to the board at 12/23/22 meeting |
|---|---|---|---|---|---|
| Anne Trinh | 7/26/19 | 2 | 7/26/23 | 7/26/29 | |
| Dwayne Steward | 1/16/21 | 1 | 1/16/23 | 1/16/31 | Dwayne Steward |
| Colleen Garlock | 1/16/21 | 1 | 1/16/23 | 1/17/31 | Colleen Garlock |
| Laura Cash | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |
| Tasha Turner-Bicknell | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |
| Billy Golden | 1/11/20 | 2 | 1/11/24 | 1/11/30 | |
| Jamie Decker | 1/11/20 | 2 | 1/11/24 | 1/11/30 | |
| Molly B. Good | 1/16/21 | 1 | 1/16/23 | 1/16/31 | Molly B. Good |
| Dennis Cauchon | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO Board member terms
**Date:** December 12, 2023 at 11:46 AM
**To:** Erin Pottenger erin@harmreductionohio.org

DC

From December 2022…

**HRO Board members terms dates.xlsx**

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

| HRO Board member | Join Board Date | In term number | Current Term ends | Term limit date | To re-elect to terms at 12/23/22 meeting |
|---|---|---|---|---|---|
| Anne Trinh | 7/26/19 | 2 | 7/26/23 | 7/26/29 | |
| Dwayne Steward | 1/16/21 | 1 | 1/16/23 | 1/16/31 | Dwayne Steward |
| Colleen Garlock | 1/16/21 | 1 | 1/16/23 | 1/17/31 | Colleen Garlock |
| Laura Cash | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |
| Tasha Turner-Bicknell | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |
| Billy Golden | 1/11/20 | 2 | 1/11/24 | 1/11/30 | |
| Jamie Decker | 1/11/20 | 2 | 1/11/24 | 1/11/30 | |
| Molly B. Good | 1/16/21 | 1 | 1/16/23 | 1/16/31 | Molly B. Good |
| Dennis Cauchon | 7/23/18 | 3 | 7/23/24 | 7/23/28 | |

**DOCUMENT PRODUCED IN NATIVE FORMAT**

File name: HRO Board members terms dates.xlsx

Microsoft Excel spreadsheet

Attachment to December 22, 2022 email from Dennis Cauchon
to Mallory Bolen (CAUCHON_002854)