**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 19

## HRO BOARD MEETING RECORDS, DECEMBER 23, 2022

**CAUCHON_000966**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# HRO Board Meeting 12/23/2022

Board Chair:

- Anne will be stepping down as board chair.

Board Bylaws:

- To be re-evaluated at February meeting.
- Committee will be established via email to review bylaws and make suggestions.

Board Terms:

- Up for reelection: Dwayne, Colleen, Molly
- Reelected by majority vote: Dwayne, Colleen, and Molly

Lawsuit Update

- Cost $24,000 so far.
- 2 lawsuits – Franklin County and Ohio Supreme Court
- About open meetings and how decisions are made in secret.
- Attorney General has been paying their lawsuit expenses, but OneOhio will pay their own expenses beginning in February.

Grant Update

- Caresource grant - $100,000 for naloxboxes.
    - From community re-investment fund.
    - Working with Toledo public health for harm reduction vending machine with syringes.
    - Need to collect very good data to be able to evaluate the initiative and create a narrative about it.
- ODH contract –
    - 2-year contract for close to $1million.
    - Competitive contract given to 1 organization.

Budget & Financials

- Report and breakdown sent to all members.

Syringe Conference

- In spring – aiming for May or June.