**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF’S SUMMARY-JUDGMENT EXHIBIT 20

## HRO BOARD MEETING MINUTES, SEPTEMBER 5, 2024

**HRO_000100–101**

Submitted in Support of Plaintiff’s Motion for Partial Summary Judgment

## MPJI ADIVSORY BOARD
## MEETING MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 9/5/2024 | **Start time:** | 1 p.m. |
| **Location:** | Google Meet | **End time:** | 2 p.m. |

**Meeting Agenda**

- Call to Order/Welcome
- Discuss emergency situation and board positions
- Closing/Adjournment

**Attendance**

| | | | Absent |
|---|---|---|---|
| Dwayne | Molly | Jamie | Dennis |
| Colleen | Anne | Billy | |
| Tasha | | | |

**Notes**

**Topic, Discussions, Issues, Decisions**

- Dwayne calls the meeting to order and informs the board that we'll begin using Roberts Rules of Order to assist in making the meetings more organized and professional.

- The board discusses the board chair position. Due to capacity limits Billy has decided to step down as board chair and verbally resigns to the board.
- Dwayne enters a motion to accept Billy's resignation
- Colleen seconds
- Board unanimously accpets Billy's resignation
- Dwayne volunteers to step in as Interim Board Chair to carry the agency through this moment of transition
- Billy enters a motion to vote in Dwayne as Interim Board Chair
- Molly seconds
- The board unanimosly votes Dwayne as Interim Board Chair

- After defining to the board the details of Executive Session per Robert Rules of Order, Dwayne enters a motion for the board to enter Executive Session
- Tasha seconds
- The board unanmimously agrees to enter Executive Session at 1:05 pm
- Dwayne enters a motion to exit Executive Session
- Tasha seconds
- The board unanimosly agrees to exit Executive Session at 2:05 pm

- Anne provides an update regarding next steps
- Dwayne adjorns the meeting at 2:07 pm

| Action Items | | |
|---|---|---|
| **Action** | **Responsible** | **Due Date** |
| Contact Dennis with update | Dwayne | 9/6/24 |
| Email ODH details and next steps | Dwayne | 9/6/24 |
| Contact staff and schedule Board office hours | Dwayne | 9/6/24 |
| | | |
| | | |

| Next Meeting | | | | | |
|---|---|---|---|---|---|
| **Date:** | 9/7/2024 | **Time:** | 12:30 pm | **Location:** | Google Meet |