**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 21

## HRO BOARD MEETING MINUTES, OCTOBER 13, 2024 (REGULAR SESSION) AND REDACTED COPY PROVIDED TO CAUCHON ON OCTOBER 26, 2024

**HRO_000108–109 (pp. 1–2); CAUCHON_000898–899 (pp. 3–4)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# HARM REDUCTION OHIO
# BOARD MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 10/13/2024 | **Start time:** | 3:08PM |
| **Location:** | Zoom | **End time:** | 3:10 PM |

## Meeting Agenda

- Call to order
- Approval of agenda
- Approval of minutes
- Executive Session
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne | Molly | Tasha | Dennis |
| Colleen | Billy | Jamie | Anne |
| | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwyane called to order meeting at 3:08PM
- Board unanimously approved agenda
- Tasha seconded and meeting commenced
- Board reviewed minutes of last meeting
- Dwayne moved to approve 9/15/24 meeting minutes
- Billy seconded and minutes were approved
- Executive Session commenced at 3:10PM
- Board ended Executive session at 4:06PM
- Billy entered a motion to re-instate AmandaLynn to role of Chief Program Director as of 10/16/24
- Colleen seconded
- Board members voted and unanimously agreed to re-instate AmandaLynn
- Colleen entered a motion to terminate Dennis Cauchon as Executive Director/President of Harm Reduction Ohio, based on the investigation conducted by Law Office of Maritza S. Nelson, LLC, and the final report issued to the board of HRO; the terms of dismissal are pending
- Tasha seconded
- All remaining present board members voted unanimously to terminate Dennis Cauchon
- Board adjourned meeting at 4:09PM

| Action Items | | |
|---|---|---|
| **Action** | **Responsible** | **Due Date** |
| Dwayne will work with law firm to finalize reinstatemnt of AmandaLynn and termination of Dennis through his attorney | Dwayne/Board | By 10-16-24 |
| Google meet with board and staff | Board/Staff | Weekly/As needed |

| Next Meeting | | | | | |
|---|---|---|---|---|---|
| **Date:** | TBD | **Time:** | TBD | **Location:** | TBD |

# HARM REDUCTION OHIO
# BOARD MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 10/13/2024 | **Start time:** | 3:08PM |
| **Location:** | Zoom | **End time:** | 4:10 PM |

## Meeting Agenda

- Call to order
- Approval of agenda
- Approval of minutes
- Executive Session
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne | Molly | Tasha | Dennis |
| Colleen | Billy | Jamie | Anne |
| | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwayne called to order meeting at 3:08PM
- Board unanimously approved agenda
- Tasha seconded and meeting commenced
- Board reviewed minutes of last meeting
- Dwayne moved to approve 9/15/24 meeting minutes
- Billy seconded and minutes were approved
- Executive Session commenced at 3:10PM
- Board ended Executive session at 4:06PM
- Billy entered a motion to re-instate AmandaLynn to role of Chief Program Director as of 10/16/24
- Colleen seconded
- Board members voted and unanimously agreed to re-instate AmandaLynn
- [redacted]
- Board adjourned meeting at 4:09PM

| Action Items | | |
|---|---|---|
| **Action** | **Responsible** | **Due Date** |
| Dwayne will work with law firm to finalize reinstatemnt of AmandaLynn [redacted] | Dwayne/Board | By 10-16-24 |
| Google meet with board and staff | Board/Staff | Weekly/As needed |

| Next Meeting | | | | | |
|---|---|---|---|---|---|
| **Date:** | TBD | **Time:** | TBD | **Location:** | TBD |