**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 22

### NOVEMBER 4, 2024 TERMINATION EMAIL AND LETTER

**HRO_000189–192**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Turner-Bicknell, Tasha (turnerta)**

| | |
|---|---|
| **Subject:** | Official Notice of Termination |
| **Date:** | Monday, November 4, 2024 at 4:53:12 PM Eastern Standard Time |
| **From:** | Board Members |
| **To:** | Dennis Cauchon |
| **CC:** | mollybtrue@yahoo.com, Trinh, Anne, Turner-Bicknell, Tasha (turnerta), dwayneasteward@gmail.com, jamesdecker68@gmail.com, Billy Golden, colleengarlock@gmail.com |
| **Attachments:** | DCauchon Termination Letter- Signed.pdf |

**External Email: Use Caution**

Hello Dennis,

The HRO Board of Directors have voted unanimously to terminate your employment at Harm Reduction Ohio, effective immediately. After an extensive investigation, consistent complaints from staff regarding inappropriate behavior, and consistent insubordination we have no choice but to terminate in order to protect the agency from further damage.

See official termination letter attached. Please sign the document to confirm receipt and send this back to this email asap. Please collect your belongings from the HRO offices, return control of all systems to HRO staff, and return all HRO equipment by Tuesday, Nov. 5 at 5 pm. There have been reports that you have changed the locks at the HRO office, if you have done this, please return the locs to the original state. If these requests are not completed by the deadline we will be forced to take legal action.

Sincerely,
HRO Board of Directors

HARM REDUCTION OHIO

November 4, 2024

Dennis Cauchon
327 E. Broadway
Granville, Ohio 43023

Dear Dennis Cauchon,

Your employment with Harm Reduction Ohio, an Ohio nonprofit corporation ("HRO"), has been terminated effective immediately (the "Effective Date"). We engaged legal counsel to conduct an outside investigation of your conflict of interest allegation against AmandaLynn Reese, as well as her retaliation and hostile work environment allegations against you, and several complaints from current and former HRO employees that soon followed. The investigation determined that AmandaLynn does not have a conflict of interest with respect to the Ohio Department of Health ("ODH") contract. Your September 3 letter to ODH claiming that a conflict of interest existed and should have been reported by HRO was based on and contained numerous inaccurate and misleading statements.

The outside investigation also considered your retaliation claim. As you know, our employee handbook includes a whistleblower policy that requires all directors, officers, employees and volunteers to "practice honesty and integrity in fulfilling our responsibilities" and to "comply with all applicable laws and regulations." The policy encourages everyone affiliated with HRO "to raise serious concerns internally so that HRO can address and correct inappropriate conduct and actions." The policy expressly forbids anyone from retaliating "against any board member, officer, employee, or volunteer who *in good faith* reports an ethics violation, or a suspected violation of law . . . or suspected violation of any regulation governing the operations of HRO" (emphasis added). Furthermore, "Anyone filing a written complaint concerning a violation or suspected violation must be acting in good faith *and have reasonable grounds for believing the information disclosed indicates a violation*. Any allegations that prove not to be substantiated and which prove to have been made maliciously or knowingly to be false will be viewed as a serious disciplinary offense" (emphasis added).

Your September 3 report to ODH violated this policy. Prior to sending your letter to ODH, you stated that AmandaLynn's work for Velocity BioGroup was not likely a conflict that would affect the ODH contract, and you acknowledged that HRO needed to "know the details" before making any decisions. You agreed that legal counsel should conduct an investigation and prepare a report. You repeatedly acknowledged that HRO needed to maintain the status quo until legal counsel could advise the organization. Despite these statements, you chose to send your letter to ODH, potentially jeopardizing significant funding, prior to an investigation begin completed, without having all of the facts, and while disregarding advice from our legal counsel. Instead of listening to our legal counsel, you chose to rely on advice from Chat GPT (in direct contravention of the

terms of service for Chat GPT). We do not consider this an act of good faith or reasonable grounds for your report to ODH.

You then placed the organization in further jeopardy with your sudden and inexplicable decision to promote Patrick Bourland and give him a significant raise, potentially in violation of equal pay laws.

Finally, your insubordination throughout this entire investigative process, including failing to participate in the investigation, failing to recognize the authority of the board of directors, threatening to return to the office despite being placed on administrative leave so that you can "assert your power" are all grounds for termination of your employment.

Except as set forth in this letter, the Effective Date will be your employment termination date for all purposes, meaning you will no longer be entitled to any further compensation, monies, or other benefits from Harm Reduction Ohio, including coverage under any benefits plans or programs sponsored by Harm Reduction Ohio.

Your final paycheck, subject to all withholdings and deductions as required by law, through November 4, 2024 will be paid in accordance with our standard payroll procedures.

You must immediately return all Harm Reduction Ohio property, including identification cards or badges, access codes or devices, keys, laptops, computers, telephones, mobile phones, hand-held electronic devices, credit cards, electronically stored documents or files, physical files, passwords and login information, and any other Harm Reduction Ohio property and information in your possession.

Please acknowledge below your receipt of this letter and return a copy of the letter back to Harm Reduction Ohio at board@harmreductionohio.org.

Yours sincerely,

Harm Reduction Ohio, Board of Directors

| | |
|---|---|
| ............................................................ | ............................................................ |
| Dwayne Steward, Director | James Decker, Director |
| Colleen M Garlock | M B True |
| ............................................................ | ............................................................ |
| Colleen Garlock, Director | Molly True, Director |
| | Tasha Turner-Bicknell |
| ............................................................ | ............................................................ |
| Anne Trinh, Director | Tasha Turner-Bicknell, Director |
| ............................................................ | |
| Billy Golden, Director | |

Acknowledged:

.....................................................
Dennis Cauchon
Date .......................................................