**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 23

## DEFENDANTS' VERIFIED SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13

**No Bates (served discovery response)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dennis Cauchon, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE Edmund A. Sargus, Jr. |
| | ) | |
| v. | ) | CASE NO.: 2:25-cv-00075-EAS-CMV |
| | ) | |
| | ) | |
| DWAYNE STEWARD, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories**

Pursuant to Rules 26, and 33 of the Federal Rules of Civil Procedure, Defendants Dwayne Steward, Billy Golden, and Tasha Turner-Bicknell ("Defendants") hereby submit their supplemental responses and objections to Plaintiff Dennis Cauchon's First Set of Interrogatories (the "Discovery Requests").

**GENERAL OBJECTIONS**

1. Defendants object to the Discovery Requests to the extent that they seek information protected by the attorney-client privilege, the work product doctrine, and/or which is otherwise privileged or protected from disclosure and will not disclose such information.

2. Defendants object to the Discovery Requests to the extent that they seek information that is neither relevant nor proportionate to the needs of the case.

3. Defendants object to the Discovery Requests to the extent that they seek information or the identity of persons beyond the scope of discoverable matters.

4. Defendants object to the Discovery Requests to the extent that they are vague, overly broad, and unduly burdensome or request confidential proprietary information.

5. Defendants object to the Discovery Requests and instructions to the extent that they attempt to impose any obligations beyond those provided by the Federal Rules of Civil Procedure, local rules, and/or any order of the Court.

6. Defendants state that they are responding to the Discovery Requests to the best of their present knowledge, information, and belief, and expressly reserve the right to supplement the responses herein, if necessary.

7. Defendants object to the Discovery Requests to the extent that they seek information and/or documents that are already within Plaintiff's possession, custody, or control, including documents he has already received through public-records requests, and other requests directed to Defendants prior to, and during, the pendency of this lawsuit.

8. In providing responses to the Discovery Requests, Defendants do not waive and expressly reserve all objections as to competency, relevancy, materiality, and admissibility of the answers as well as all objections to any other discovery request.

## INTERROGATORIES

**INTERROGATORY NO. 13**
Identify each and every board meeting that has occurred since September 1, 2024, through present, including the date, time, and method of notice for the meeting.

**Answer:** Objection. This Interrogatory is overly broad, unduly burdensome, and seeks information that is not relevant or proportional to the needs of this case. Specifically, Plaintiff's request for information relating to board meetings after his termination has no bearing on the issues in this case. Further objecting, this information is confidential and proprietary and not subject to disclosure to a third party who is no longer affiliated with HRO. Subject to and without waiving any objection, Defendants state that board meetings occurred between Sept. 1, 2024, through Nov. 5, 2024, on the following dates:

- Sept. 5, 2024, 1:00 p.m. – emergency board meeting noticed on Sept. 4, 2024, via email.
- Sept. 7, 2024, 12:30 p.m. – emergency board meeting noticed on Sept. 5, 2024, at the end of prior board meeting.

- Sept. 15, 2024, 10:09 a.m. – emergency board meeting originally noticed on Sept. 3, 2024, via email.
- Sept. 25, 2024, 6:00 p.m. – emergency board meeting noticed on Sept. 25, 2024, via email.
- Oct. 13, 2024, 3:08 p.m. – emergency board meeting noticed on October 11, 2024, via text.
- Oct. 27, 2024, 10:05 a.m. – emergency board meeting convened at the request of Mr. Cauchon, noticed via email on Oct. 14, 2024, and Oct. 15, 2024.

*/s/ Steven A. Chang*
Steven A. Chang, Esq. (Trial Attorney) (0088321)
Melvin J. Davis, Esq. (0079224)
Mrinali Sethi (0101295)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 228-1311; FAX: (614) 232-2410
mdavis@reminger.com
schang@reminger.com

*Counsel for Defendants Dwayne Steward, Raina (William) Golden and Tasha Turner-Bicknell, and Harm Reduction Ohio*

Elizabeth L. Moyo (0081051) (Trial Attorney)
Jhay T. Spottswood-Harrison (0097749)
Porter Wright Morris & Arthur, LLP
41 South High Street, 29th Floor
Columbus, Ohio 43215
(614) 227-2000; FAX: (614) 227-2100
emoyo@porterwright.com
jspottswoodharrison@porterwright.com

*Counsel for Counterclaim Plaintiff Harm Reduction Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents* was served on all parties and counsel today, April 28, 2026.

__________________________
Steven A. Chang, Esq. (0088321)

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents* was served on all parties and counsel today, May 8, 2026.

*/s/ Steven A. Chang*
Steven A. Chang, Esq. (0088321)

**VERIFICATION**

STATE OF Ohio )
) SS:
COUNTY OF Franklin )

I, Dwayne Steward, after being first duly sworn according to law, state that I have reviewed *Defendants Dwayne Steward, Billy Golden, and Tasha Turner-Bicknell's Responses to Plaintiff's First Set of Interrogatories*, served on April 28, 2025, and as supplemented on April 28, 2026, and the responses to the interrogatories contained therein are true and correct to the best of my knowledge, information, and belief.

[signature]

Sworn to or affirmed and subscribed before me by Dwayne Steward this date of April 30, 2026.

[signature]

Notary Public, State of OHIO
My Commission Expires: 5/2/27

NOTARIAL SEAL
STATE OF OHIO

Dylan Murphy
Notary Public, State of Ohio
My Commission Expires:
5/2/2027

**VERIFICATION**

STATE OF Ohio )
)		SS:
COUNTY OF Hamilton )

I, Raina Golden, after being first duly sworn according to law, state that I have reviewed *Defendants Dwayne Steward, Billy Golden, and Tasha Turner-Bicknell's Responses to Plaintiff's First Set of Interrogatories*, served on April 28, 2025, and as supplemented on April 28, 2026, and the responses to the interrogatories contained therein are true and correct to the best of my knowledge, information, and belief.

[signature]

Sworn to or affirmed and subscribed before me by Raina A Golden this date of ~~April~~ May 01 1st, 2026.

[signature]
Notary Public, State of OHIO
My Commission Expires: 09/19/2030

OUSMANE LY - NOTARY PUBLIC
COMM EXP: SEP 19, 2030
STATE OF OHIO

**VERIFICATION**

STATE OF Ohio )
) SS:
COUNTY OF Hamilton )

I, Tasha Turner-Bicknell, after being first duly sworn according to law, state that I have reviewed *Defendants Dwayne Steward, Billy Golden, and Tasha Turner-Bicknell's Responses to Plaintiff's First Set of Interrogatories*, served on April 28, 2025, and as supplemented on April 28, 2026, and the responses to the interrogatories contained therein are true and correct to the best of my knowledge, information, and belief.

T. Turner-Bicknell

Sworn to or affirmed and subscribed before me by Tasha Turner-Bicknell this date of April 30, 2026.

[signature]

Notary Public, State of Ohio

My Commission Expires: NEVER

TIMOTHY J. BICKNELL, ATTORNEY
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.