**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 24

## DEFENSE COUNSEL EMAIL IDENTIFYING HRO_001436 AS THE CLAIMED SEPTEMBER 5, 2024 NOTICE,

## WITH THE PRODUCED CALENDAR ENTRY HRO_001436

**No Bates (litigation correspondence); HRO_001436 (p. 3)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Mrinali Sethi** MSethi@reminger.com
**Subject:** Cauchon v. Steward et al. I Follow up from Meet and Confer
**Date:** May 29, 2026 at 6:17 PM
**To:** Dennis Cauchon denniscauchon@gmail.com, David Shearer dshearer@garveyshearer.com
**Cc:** Steven A. Chang schang@reminger.com, Moyo, Elizabeth L. emoyo@porterwright.com, Sudhoff, Helen K. hsudhoff@porterwright.com

MS

All,

As a follow-up to last week's meet and confer, Defendants provide the following:

- Separated responses for HRO and the Board Defendants to Plaintiff's 2nd set of Interrogatories and Requests for Production are attached.
- A supplemental production containing the email noticing the 9/25/24 board meeting, the 9/25/24 board meeting minutes, and the transmittal email for the 9/15/24 meeting minutes. In our due diligence, we also located executive meeting minutes for the 9/15/24 meeting, which are produced as well. (HRO_001649-HRO_001493).
- A supplemental privilege log.

Additionally, to resolve a few outstanding issues:

- The Draft ODH letter is logged on page 2 of the privilege log.
- The email notices for the board meetings are produced as follows:
    - 9/5/24 – HRO_001436
    - 9/15/24 – HRO_001441
    - 9/25/24 – HRO_001469
    - 10/27/24 – HRO_000167
- The transmittal email for the 10/13/24 meeting minutes has been produced at HRO_001465.

Thanks,

Mrinali

My Bio I Website I vCard

T 614-232-2440
F 614-232-2410
M 614-634-0984

www.reminger.com



**Mrinali Sethi, Esq.**
**Attorney**
**Reminger Co., LPA**
MSethi@reminger.com
955 Yard Street Suite 330
Columbus, OH 43212

REMINGER
RESULTS. PERIOD.

**Office Move Notice**

Please be advised that the Reminger Columbus office has moved to its new location.

**New Address:**
955 Yard Street, Suite 330
Columbus, OH 43212

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware by **Mimecast Ltd**.

**2026-05-29 Steward Golden Bicknell Response to 2nd Set...**

**HRO_001469-HRO_001493 .pdf**

**2026-05-29 HRO Response to 2nd Set of ROGs and RFPs.pdf**

**Defendants' Privilege Log (5.29.26).pdf**
192 KB

# HRO Emergency Board Only Meeting

Created by: Dwayne Steward · Your response: ✔Yes, I'm going

Time

1pm - 2pm (Eastern Time - New York)

Date

Thu Sep 5, 2024

Guests

- ✔ bgolden@nastad.org
- ✔ Dwayne Steward
- ✔ jamesdecker68@gmail.com
- ✔ mollybtrue@yahoo.com
- ✔ trinh.89@osu.edu
- ✔ turnerta@ucmail.uc.edu
- colleengarlock@gmail.com

My Notes