**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 25

## OCTOBER 15, 2024 STEWARD EMAIL — IDENTIFIED BY DEFENDANTS' COUNSEL AS NOTICE OF THE OCTOBER 27, 2024 MEETING

**HRO_000167**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Re: New request for HRO board meeting
**Date:** Tuesday, October 15, 2024 at 11:39:31 AM Eastern Daylight Time
**From:** Dwayne Steward
**To:** Dennis Cauchon
**CC:** Colleen Garlock, Anne C. Trinh, Billy Golden, James Decker, Turner-Bicknell, Tasha (turnerta), mollybtrue

External Email: Use Caution

Hello Dennis, that board is available on Oct. 27 at 10 am. You have been sent an invite with the Zoom link. An agenda is forthcoming. We look forward to you joining us.

On Tue, Oct 15, 2024 at 9:46 AM Dennis Cauchon <dennisCauchon@gmail.com> wrote:

> Thanks, Dwayne. This is a step forward. I assume I am being included as a board member.
>
> On Oct 14, 2024, at 4:58 PM, Dwayne Steward <dwayneasteward@gmail.com> wrote:
>
> Hello Dennis,
>
> The Harm Reduction Ohio Board of Directors agrees that there are several key issues facing the agency that need to be addressed. We do not think it is appropriate for staff to be engaged in board logistics, especially given recent complaints, so we will work amongst ourselves to find a time that works for folks in the near future to convene. We will be in touch soon with a date, time, and a link to the video call.
>
> Sincerely,
> Dwayne Steward
>
> On Mon, Oct 14, 2024 at 2:19 PM Dennis Cauchon <denniscauchon@gmail.com> wrote:
>
>> Dear Fellow Directors,
>>
>> I've always taken my responsibilities to HRO very seriously and I trust that you do too. Currently our HRO board has before it several very important matters that relate to HRO's legal obligations to the State of Ohio and the federal government under the current contract. My understanding is that we, as directors, are legally obligated to carefully oversee these matters and could potentially be personally liable if we fail to do so. I have the added burden of being the signatory and point of contact on the contract with the State of Ohio.
>>
>> I have important concerns related to this contract that we as a board need to discuss. I have been trying in vain to get us as a board to meet and address these issues. I've reached out to you and attorney Maritza Nelson and am being told that I have no right, apparently either as a director or the president of HRO, to meet with the board to discuss these issues. I have notified Maritza of my concern that recent board meetings have not been held in compliance with the HRO bylaws and Ohio law. I do not want us to be in a position where decisions about the well-being of HRO are made without considering available information or made outside of the requirements of law. To that end, I am again asking that the board formally meet to thoroughly discuss the issues before the board and then make reasoned decisions based upon that information. I think the board needs to consider and discuss what I have to say and then formally vote on the issues.
>>
>> In the past, we have always treated each other with trust and respect. That tradition is worth honoring now more than ever. I, again, propose that we schedule a meeting as soon as possible and have a frank, informed and open discussion. (I suggest asking Cecile to send a Doodle poll.) If