**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 26

## SEPTEMBER 5, 2024 CEASE-AND-DESIST EMAIL

**HRO_000149**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

| | |
|---|---|
| **From:** | Dwayne Steward <dwayneasteward@gmail.com> |
| **Sent time:** | 09/05/2024 01:02:42 PM |
| **To:** | Dennis Cauchon <dennis@harmreductionohio.org> |
| **Cc:** | Billy Golden <bgolden@nastad.org> |
| **Subject:** | Cease and Desist |

Hello Dennis,

Billy Golden and I are sending this message to you as the acting Board Chair and Board Vice Chair. The HRO Board of Directors has received several complaints from staff alleging a hostile work environment. We must take these complaints seriously and we are legally required to launch an official third party investigation in order to alleviate further risk to the agency. I will be in touch with ODH to explain the situation. You are directed by the board of directors to cease and desist all activities related to conflict of interest matters, including but not limited to communications with funders, staff, and community partners. No staff decisions should be made until the board officially contacts you with further directions in the next 24 hours.

Pursuant to Ohio Revised Code a 501c3 board of directors has purview and governance over the agency and any complaints alleged against the Executive Director/CEO and can intervene when the ED is under investigation.

Please reply in the affirmative the you have received this information and understand the contents therein.

Sincerely,
Dwayne Steward

Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627