**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 27

## SEPTEMBER 5, 2024 ADMINISTRATIVE-LEAVE EMAIL

## HRO_000150

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Administrative Leave
**Date:** Thursday, September 5, 2024 at 2:24:29 PM Eastern Daylight Time
**From:** Dwayne Steward
**To:** Dennis Cauchon
**CC:** Billy Golden, Trinh, Anne, Colleen M. Garlock, James Decker, Turner-Bicknell, Tasha (turnerta), mollybtrue

External Email: Use Caution

Hello Dennis,

As mentioned in previous communications, there have been written and verbal staff complaints that have been received by the board regarding your role in creating a hostile work environment at Harm Reduction Ohio. **All members of the HRO Board of Directors met today during an emergency meeting where it was unanimously decided to place you on paid admin leave until the completion of an investigation. Please plan to end your work day immediately.**

Access to your email will be terminated during the duration of the investigation. Please provide a personal email in order for us to communicate with you during the period.

The board plans to bring in a third party to investigate the complaints and also investigate the conflict of interest that is under review. We have decided on an attorney and will be bringing them on contract with HRO in the coming days to begin the investigation. (The attorney that you have contracted with currently will remain on contract and his scope will be tailored to the completion of the Handbook and the Conflict of Interest policy and disclosure form.)

The board will be stepping in momentarily to lead the agency and will work with the current staff to move forward the logistics of the investigation. We will also be bringing in a consultant to manage the agency in the interim so that operations are not affected.

Thank you for your cooperation with the investigation. We understand this news may be difficult but the Board of Directors believes the end result of this professional process will strengthen Harm Reduction and its mission for many years to come.

Sincerely,
Dwayne Steward
Board of Directors, Chair
Harm Reduction Ohio