**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 28

## SCHEDULING EMAILS AND CALENDAR INVITATION FOR THE SEPTEMBER 15, 2024 HRO BOARD MEETING

**CAUCHON_003012–018**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Cecile Katz** cecile@harmreductionohio.org
**Subject:** Board members email addresses
**Date:** August 7, 2024 at 4:18 PM
**To:** Dennis Cauchon Dennis@harmreductionohio.org

CK

When you get a chance, please provide me with the board's members email addresses. Thanks!

**Cecile Katz**
Administrator, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023

cecile@harmreductionohio.org

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO board and rail addresses
**Date:** August 7, 2024 at 6:29 PM
**To:** Cecile Katz cecile@harmreductionohio.org

DC

bgolden@nastad.org
dwayne@makeitbetterconsulting.com
trinh.89@osu.edu
turnerta@ucmail.uc.edu
colleengarlock@gmail.com
jamesdecker68@gmail.com
mollybtrue@yahoo.com
dennis@harmreductionohio.org

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

> On Aug 7, 2024, at 4:18 PM, Cecile Katz <cecile@harmreductionohio.org> wrote:
>
> When you get a chance, please provide me with the board's members email addresses. Thanks!
>
> **Cecile Katz**
> Administrator, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
>
> cecile@harmreductionohio.org

**From:** **Cecile Katz** cecile@harmreductionohio.org
**Subject:** Harm Reduction Ohio - September Board Meeting (virtual)
**Date:** August 8, 2024 at 1:28 PM
**To:** Cecile Katz cecile@harmreductionohio.org

CK

Hi everyone,

HRO would like to schedule a board meeting for September. Please fill out this quick Google form to help chose a date that can work for the majority of you. Agenda will follow once we narrow down a date.

Thank you so much!

https://forms.gle/kH6Pr73WsRVL97Ti7

Best,

**Cecile Katz**
Administrator, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023

cecile@harmreductionohio.org

**From:** **Cecile Katz** cecile@harmreductionohio.org
**Subject:** Next HRO's board meeting
**Date:** August 22, 2024 at 5:09 PM
**To:** Dennis Cauchon Dennis@harmreductionohio.org, Dwayne Steward dwayne@makeitbetterconsulting.com

CK

Hi Dennis and Dwayne,

Per my email dated 08/08/24 about HRO's next board meeting, it looks like a majority of the Board is available on 09/15/24, 10-12pm.

Following today's meeting, I just wanted to make sure that it is still ok to schedule it/create Zoom link

In the past, who was in charge of drafting the agenda?

Thanks and have a good evening,

**Cecile Katz**
Administrator, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023

cecile@harmreductionohio.org

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Re: Next HRO's board meeting
**Date:** August 22, 2024 at 5:14 PM
**To:** Cecile Katz cecile@harmreductionohio.org

DC

That works for me. Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

> On Aug 22, 2024, at 5:09 PM, Cecile Katz <cecile@harmreductionohio.org> wrote:
>
> Hi Dennis and Dwayne,
>
> Per my email dated 08/08/24 about HRO's next board meeting, it looks like a majority of the Board is available on 09/15/24, 10-12pm.
>
> Following today's meeting, I just wanted to make sure that it is still ok to schedule it/create Zoom link
>
> In the past, who was in charge of drafting the agenda?
>
> Thanks and have a good evening,
>
> **Cecile Katz**
> Administrator, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
>
> cecile@harmreductionohio.org

**From:** **Dwayne Steward** dwayne@makeitbetterconsulting.com
**Subject:** Re: Next HRO's board meeting
**Date:** August 22, 2024 at 5:47 PM
**To:** Cecile Katz cecile@harmreductionohio.org
**Cc:** Dennis Cauchon Dennis@harmreductionohio.org

DS

Thanks Cecile. This works for me. Typically Dennis has managed the Board agenda. Dennis, let me know if you want help with this.

Thanks again!
Dwayne

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

On Thu, Aug 22, 2024 at 5:09 PM Cecile Katz <cecile@harmreductionohio.org> wrote:

> Hi Dennis and Dwayne,
>
> Per my email dated 08/08/24 about HRO's next board meeting, it looks like a majority of the Board is available on 09/15/24, 10-12pm.
>
> Following today's meeting, I just wanted to make sure that it is still ok to schedule it/create Zoom link
>
> In the past, who was in charge of drafting the agenda?
>
> Thanks and have a good evening,
>
> **Cecile Katz**
> Administrator, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
>
> cecile@harmreductionohio.org

Info

HRO September 2024 Board Meeting

Add Location

us05web.zoom.us

Join

Sep 15, 2024 10 AM to 11 AM

Add Invitees

https://us05web.zoom.us/j/84291093126?pwd=SyxZ2k1ScfuzhjOdWy7IwkEbnqkGfO.1

Show in Mail...

Add Attachment...

Show