**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 29

## HRO DIRECTORS' TEXT MESSAGES, SEPTEMBER 3–4, 2024
## TURNER-BICKNELL, GOLDEN, AND STEWARD

**HRO_001275–284**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

3:49 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

iMessage
Tue, Sep 3 at 10:49 AM

Dwayne Steward

Just fyi, Dennis is going to be sending an email to the board letting folks know that he's disclosing the conflict with AmandaLynn to ODH. And he's putting AmandaLynn on paid admin leave.

Tasha Turner-Bicknell

Was this the recommendation of the attorney?

Dwayne Steward

No

So Dennis just decided this was what he wanted to do? How can we respond to this? Suggestions? Because I am not feeling very diplomatic right now

Dwayne Steward

He just told me he expects to

Subject

iMessage

3:49 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

Dwayne Steward

He just told me he expects to terminate after the paid leave period

Tasha Turner-Bicknell

What in the world? I don't understand - I guess he wasn't open to anything we had to say last week

He told us that the board would decide if it was a conflict. Can he be reminded of that?

Tasha Turner-Bicknell

I don't see how there are grounds for termination? We rolled back the COI document deadline - what is his cause?

Dwayne Steward

He's decided that she's been lying to him for a year and has put the agency at risk. He said it's a personnel issue and it's outside the purview of the board. He

Subject

iMessage

3:49 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

personnel issue and it's outside the purview of the board. He talked to some friend in California who does regulatory work and they told him he needs to disclose to ODH immediately. He's written a letter to AmandaLynn that he ran by the hired lawyer (who said during the meeting that his expertise is with nonprofit boards and he doesn't have a lot of experience with nonprofit employees) but it seems like the lawyer he hired is just doing what he says

Edited

He flippantly said "the board can find me in the wrong and do a vote of no confidence if they like, but this is not in the boards purview"

I think we should do an emergency meeting of the board without him after he sends the email

Tasha Turner-Bicknell

Subject

iMessage

3:49 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

Tasha Turner-Bicknell

I feel like he punishing her for getting us involved. This is a worse outcome than the COI form.

I agree.

Dwayne Steward

I agree he's being petty

Edited

I agree as well/ punishment and emergency board meeting

Dwayne Steward

I told him this is going to wreak havoc on staff morale and it will cause folks to leave, he said he doesn't think that will happen

He's gone too far. I can say that I wont be sticking around if he proceeds in firing her

Dwayne Steward

I don't think any of us will stick around

Subject

iMessage

3:49

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

Dwayne Steward

I don't think any of us will stick around

Edited

I cant imagine.

Wed, Sep 4 at 9:53 AM

Dwayne Steward

Let me know if you still want to bring the board together. He's got ODH on his side now because the letter he sent was extremely inflammatory and overstated and makes claims that haven't been proven. I told him to make changes to the letter before he sent it and he didn't

Tasha Turner-Bicknell

I would like to. I don't think the board is aware of the details.

1 Reply

Dwayne Steward

Billy did you want to send an email

Subject

iMessage

3:49 SOS

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

Wed, Sep 4 at 9:53 AM

Dwayne Steward

Let me know if you still want to bring the board together. He's got ODH on his side now because the letter he sent was extremely inflammatory and overstated and makes claims that haven't been proven. I told him to make changes to the letter before he sent it and he didn't

Tasha Turner-Bicknell

I would like to. I don't think the board is aware of the details.

1 Reply

Dwayne Steward

Billy did you want to send an email or did you want me to?

Yes, I would very much like to meet as well. And Dwayne, I was going to ask you the same.

Subject

iMessage

3:50 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

I am hitting the road for in a few minutes for some work so if it is something you're able to do that would be great.

I would like to. I don't think the board is aware of the details.

Agreed.

Dwayne Steward

I can send it. No worries

👍

Many thanks!
I should be pretty available for the next few days during the days and evenings.

Wed, Sep 4 at 12:48 PM

Dwayne Steward

Email sent. If you have phone numbers of folks on the board

Subject

iMessage

3:50 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

please contact them and urge them to complete the doodle poll today. I just texted Anne Trinh

I don't have anyone else's number

I have Colleen's number and Molly's. I will text them. I don't have Jamies number. but if no one else on the board has it, I can probably get it from one of my teammates

Wed, Sep 4 at 1:56 PM

Tasha Turner-Bicknell

I can reach out to Jamie

Dwayne Steward

Jamie, Anne and Molly have filled out the doodle poll

It's looking like tomorrow at 1 or 2 is the best time for everyone. Can

Subject

iMessage

3:50 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

is the best time for everyone. Can you make that work billy?

Edited

👍

Hey there. I could make either work. 1 o'clock will probably be easier though. If 2 o'clock is the preferred time I'll probably just have to hop off a bit early.

Dwayne Steward

1 pm works for everyone. So that fine. Can you check in with Colleen? I'll send an agenda and video invite

Wed, Sep 4 at 3:24 PM

Will do

Wed, Sep 4 at 4:31 PM

🩷

Colleen is good for 1 o'clock tomorrow as well.

Subject

iMessage

3:50 LTE

New iMessage Cancel

To: Tasha Turner-Bicknell, Dwayne Steward

Also, AmandalLynn filed a formal grievance against Dennis to the board. She emailed it to me today, I believe she thought I was still board chair until our board meeting on the 15th.
I'd like to go ahead and forward it to you both ahead of our meeting tomorrow.

Tasha Turner-Bicknell

I think dwayne sent it to all

Dwayne Steward

Yes I saw that and sent it to everyone. It should definitely be a topic tomorrow

Oh perfect! I think for some reason I thought I just got it! Agree, it should be something we talk about tomorrow for sure

Thu, Sep 5 at 3:03 PM

Dwayne Steward

Can you send me Colleen, Molly, &

Subject

iMessage