**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 30

## OCTOBER 27, 2024 HRO BOARD MEETING RECORD
## NOTICE EMAILS, AGENDA, NON-WAIVER EMAIL, TRANSCRIPT, AND MINUTES

**HRO_001512–1519 (pp. 1–8); HRO_001528 (p. 9); HRO_001520 (p. 10); CAUCHON_000902–906 (pp. 11–15); HRO_001529–1531 (pp. 16–18)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** Dwayne Steward <dwayneasteward@gmail.com>
**Sent time:** 10/15/2024 11:39:14 AM
**To:** Dennis Cauchon <denniscauchon@gmail.com>
**Cc:** Colleen Garlock <colleengarlock@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; Billy Golden <bgolden@nastad.org>; James Decker <jamesdecker68@gmail.com>; Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>; mollybtrue <mollybtrue@yahoo.com>
**Subject:** Re: New request for HRO board meeting

**External Email: Use Caution**

Hello Dennis, that board is available on Oct. 27 at 10 am. You have been sent an invite with the Zoom link. An agenda is forthcoming. We look forward to you joining us.

On Tue, Oct 15, 2024 at 9:46 AM Dennis Cauchon <denniscauchon@gmail.com> wrote:

> Thanks, Dwayne. This is a step forward. I assume I am being included as a board member.
>
> On Oct 14, 2024, at 4:58 PM, Dwayne Steward <dwayneasteward@gmail.com> wrote:
>
> Hello Dennis,
>
> The Harm Reduction Ohio Board of Directors agrees that there are several key issues facing the agency that need to be addressed. We do not think it is appropriate for staff to be engaged in board logistics, especially given recent complaints, so we will work amongst ourselves to find a time that works for folks in the near future to convene. We will be in touch soon with a date, time, and a link to the video call.
>
> Sincerely,
> Dwayne Steward
>
> On Mon, Oct 14, 2024 at 2:19 PM Dennis Cauchon <denniscauchon@gmail.com> wrote:
>
>> Dear Fellow Directors,
>>
>> I've always taken my responsibilities to HRO very seriously and I trust that you do too. Currently our HRO board has before it several very important matters that relate to HRO's legal obligations to the State of Ohio and the federal government under the current contract. My understanding is that we, as directors, are legally obligated to carefully oversee these matters and could potentially be personally liable if we fail to do so. I have the added burden of being the signatory and point of contact on the contract with the State of Ohio.
>>
>> I have important concerns related to this contract that we as a board need to discuss. I have been trying in vain to get us as a board to meet and address these issues. I've reached out to you and attorney Maritza Nelson and am being told that I have no right, apparently either as a director or the president of HRO, to meet with the board to discuss these issues. I have notified Maritza of my concern that recent board meetings have not been held in compliance with the HRO bylaws and Ohio law. I do not want us to be in a position where decisions about the well-being of HRO are made without considering available information or made outside of the requirements of law. To that end, I am again asking that the board formally meet to thoroughly discuss the issues before the board and then make reasoned decisions based upon that information. I think the board needs to consider and discuss what I have to say and then formally vote on the issues.
>>
>> In the past, we have always treated each other with trust and respect. That tradition is worth honoring now more than ever. I, again, propose that we schedule a meeting as soon as possible and have a frank, informed and open discussion. (I suggest asking Cecile to send a Doodle poll.) If decisions need to be made, any conflicted directors can certainly recuse themselves, as necessary. Please respond and let me know where you stand on this.
>>
>> Thanks very much.
>>
>> Dennis
>
> --
> Dwayne Steward, MPA
> Writer. Speaker. Activist.

makeitbetterconsulting.com
614-859-9627

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

**From:** Dwayne Steward <dwayneasteward@gmail.com>
**Sent time:** 10/15/2024 07:03:07 PM
**To:** Dennis Cauchon <denniscauchon@gmail.com>
**Cc:** Colleen Garlock <colleengarlock@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; Billy Golden <bgolden@nastad.org>; James Decker <jamesdecker68@gmail.com>; Tasha Turner-Bicknell (turnerta) <turnerta@ucmail.uc.edu>; mollybtrue <mollybtrue@yahoo.com>; dennis G Cauchon <denniscauchon@gmail.com>
**Subject:** Re: New request for HRO board meeting

---

Thanks Dennis for the reply. We're looking forward to meeting with you.

Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

On Tue, Oct 15, 2024 at 4:14 PM Dennis Cauchon <denniscauchon@gmail.com> wrote:

> Dwayne,
>
> Thanks for your message on the meeting date.
>
> For the record, I am a board member and so am to be afforded all rights of a board member. I point this out for your consideration as you determine how properly to convene and conduct a meeting that complies with Ohio law. The goal, after all, is to make sure that all important issues for HRO are properly considered by the board and that any resulting board decisions have binding legal effect. Thanks.
>
> On Oct 15, 2024, at 11:39 AM, Dwayne Steward <dwayneasteward@gmail.com> wrote:
>
> Hello Dennis, that board is available on Oct. 27 at 10 am. You have been sent an invite with the Zoom link. An agenda is forthcoming. We look forward to you joining us.
>
> On Tue, Oct 15, 2024 at 9:46 AM Dennis Cauchon <denniscauchon@gmail.com> wrote:
>
>> Thanks, Dwayne. This is a step forward. I assume I am being included as a board member.
>>
>> On Oct 14, 2024, at 4:58 PM, Dwayne Steward <dwayneasteward@gmail.com> wrote:
>>
>> Hello Dennis,
>>
>> The Harm Reduction Ohio Board of Directors agrees that there are several key issues facing the agency that need to be addressed. We do not think it is appropriate for staff to be engaged in board logistics, especially given recent complaints, so we will work amongst ourselves to find a time that works for folks in the near future to convene. We will be in touch soon with a date, time, and a link to the video call.
>>
>> Sincerely,
>> Dwayne Steward
>>
>> On Mon, Oct 14, 2024 at 2:19 PM Dennis Cauchon <denniscauchon@gmail.com> wrote:
>>
>>> Dear Fellow Directors,
>>>
>>> I've always taken my responsibilities to HRO very seriously and I trust that you do too. Currently our HRO board has before it several very important matters that relate to HRO's legal obligations to the State of Ohio and the federal government under the current contract. My understanding is that we, as directors, are legally obligated to carefully oversee these matters and could potentially be personally liable if we fail to do so. I have the added burden of being the signatory and point of contact on the contract with the State of Ohio.
>>>
>>> I have important concerns related to this contract that we as a board need to discuss. I have been trying in vain to get us as a board to meet and address these issues. I've reached out to you and attorney Maritza Nelson and am being told that I have no right, apparently either as a director or the

president of HRO, to meet with the board to discuss these issues. I have notified Maritza of my concern that recent board meetings have not been held in compliance with the HRO bylaws and Ohio law. I do not want us to be in a position where decisions about the well-being of HRO are made without considering available information or made outside of the requirements of law. To that end, I am again asking that the board formally meet to thoroughly discuss the issues before the board and then make reasoned decisions based upon that information. I think the board needs to consider and discuss what I have to say and then formally vote on the issues.

In the past, we have always treated each other with trust and respect. That tradition is worth honoring now more than ever. I, again, propose that we schedule a meeting as soon as possible and have a frank, informed and open discussion. (I suggest asking Cecile to send a Doodle poll.) If decisions need to be made, any conflicted directors can certainly recuse themselves, as necessary. Please respond and let me know where you stand on this.

Thanks very much.

Dennis

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

**From:** Dwayne Steward <dwayneasteward@gmail.com>
**Sent time:** 10/15/2024 11:37:52 AM
**To:** turnerta@ucmail.uc.edu; mollybtrue@yahoo.com; trinh.89@osu.edu; bgolden@nastad.org; jamesdecker68@gmail.com; colleengarlock@gmail.com; denniscauchon@gmail.com
**Subject:** Updated invitation: HRO Board Meeting @ Sun Oct 27, 2024 10am - 11am (EDT) (turnerta@ucmail.uc.edu)
**Attachments:** invite.ics

**External Email: Use Caution**

**This event has been updated**
**Changed:** conferencing, description

**Description** CHANGED
Dwayne Steward is inviting you to a scheduled Zoom meeting.

Topic: Dwayne Steward's Zoom Meeting
Time: Oct 27, 2024 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/81449995403?pwd=pleFNe29pMu71aY5vgS0bVoLv27NqE.1

Meeting ID: 814 4999 5403
Passcode: 039191

---

One tap mobile
+13052241968,,81449995403#,,,,*039191# US
+13092053325,,81449995403#,,,,*039191# US

---

Dial by your location
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 646 931 3860 US
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US

Meeting ID: 814 4999 5403
Passcode: 039191

Find your local number: https://us02web.zoom.us/u/kTwQ74vnN

**When**

Sunday Oct 27, 2024 · 10am – 11am (Eastern Time - New York)

**Guests**

Dwayne Steward - organizer
mollybtrue@yahoo.com
trinh.89@osu.edu
turnerta@ucmail.uc.edu
bgolden@nastad.org
jamesdecker68@gmail.com
colleengarlock@gmail.com
denniscauchon@gmail.com

**View all guest info**

**Reply** forturnerta@ucmail.uc.edu

Yes | No | Maybe | More options

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP.Learn more

**From:** Dwayne Steward <dwayneasteward@gmail.com>
**Sent time:** 10/26/2024 06:12:05 PM
**To:** bgolden@nastad.org; colleengarlock@gmail.com; denniscauchon@gmail.com; jamesdecker68@gmail.com; mollybtrue@yahoo.com; trinh.89@osu.edu; Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>; Dwayne Steward <dwayneasteward@gmail.com>
**Subject:** HRO Board Meeting

**External Email: Use Caution**

Hello everyone, see Zoom link for our board meeting tomorrow below:

Dwayne Steward is inviting you to a scheduled Zoom meeting.

Topic: Dwayne Steward's Zoom Meeting
Time: Oct 27, 2024 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/81449995403?pwd=pIeFNe29pMu71aY5vgS0bVoLv27NqE.1

Meeting ID: 814 4999 5403
Passcode: 039191

---

One tap mobile
+13052241968,,81449995403#,,,,*039191# US
+13092053325,,81449995403#,,,,*039191# US

---

Dial by your location
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 646 931 3860 US
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US

Meeting ID: 814 4999 5403
Passcode: 039191

Find your local number: https://us02web.zoom.us/u/kTwQ74vnN

## HRO Board Meeting

Sunday Oct 27, 2024 · 10am – 11am (Eastern Time - New York)

Dwayne Steward is inviting you to a scheduled Zoom meeting.

Topic: Dwayne Steward's Zoom Meeting
Time: Oct 27, 2024 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/81449995403?pwd=pleFNe29pMu71aY5vgS0bVoLv27NqE.1

Meeting ID: 814 4999 5403
Passcode: 039191

---

One tap mobile
+13052241968,,81449995403#,,,,*039191# US
+13092053325,,81449995403#,,,,*039191# US

---

Dial by your location
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 646 931 3860 US
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US

Meeting ID: 814 4999 5403
Passcode: 039191

Find your local number: https://us02web.zoom.us/u/kTwQ74vnN

**Guests**

Dwayne Steward - organizer
mollybtrue@yahoo.com
trinh.89@osu.edu
turnerta@ucmail.uc.edu
bgolden@nastad.org
jamesdecker68@gmail.com
colleengarlock@gmail.com
denniscauchon@gmail.com

HARM REDUCTION OHIO

Health. Science · Compassion · Human Rights

# Harm Reduction Ohio Board Meeting
# Sunday, October 27, 2024
# 10 a.m.

Meeting link:

## https://meet.google.com/pbw-xudw-ngi?hs=224

## Agenda

1. Call meeting to order
2. Approve prior meeting minutes
3. Executive Director statement and updates
4. Additional comments
5. Motions and votes
6. Adjourn meeting

**From:** Dennis Cauchon <denniscauchon@gmail.com>
**Sent time:** 10/26/2024 04:54:34 PM
**To:** James Decker <jamesdecker68@gmail.com>
**Cc:** Dwayne Steward <dwayne@makeitbetterconsulting.com>; Anne C. Trinh <trinh.89@osu.edu>; mollybtrue <mollybtrue@yahoo.com>; Billy Golden <bgolden@nastad.org>; Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>; Colleen Garlock <colleengarlock@gmail.com>; Dennis G Cauchon <denniscauchon@gmail.com>; Dennis Cauchon <dennis@harmreductionohio.org>
**Subject:** Re: Tomorrow's Agenda and last meeting minutes
**Attachments:** HRO Board meeting agenda for 10-27-24.docx HRO Board Meeting Minutes 10-13-24.pdf

---

**External Email: Use Caution**

Jamie,

HRO meeting minutes show that you are the elected board secretary, rather than Colleen. Thus, this email is directed to you.

I want to thank the board for acknowledging that I am a voting member of HRO's board and for sending me the agenda, meeting minutes and link for tomorrow's gathering. So there is no misunderstanding, I ask that you confirm that you recognize that I am being invited in my capacity as a voting board member — or please state clearly that you do not recognize me as a voting board member.

I do <u>not</u> waive proper notice for a board meeting to be held tomorrow. I object to any claim that tomorrow's gathering is an HRO board meeting. The lack of proper notice and equal access to board materials denies me adequate time and information to prepare for a board meeting.

Tomorrow's meeting is an opportunity for us to start a discussion of the steps needed to deal with the matters before us. We haven't had a board meeting since March 9. 2024. We need to properly convene a board meeting with due advance notice and information provided to all directors. I hope we can start that process tomorrow.

Some things I need for tomorrow:

- **Correct link**. The link on the agenda provided by Colleen is a Google Meet link. The calendar invite that Dwayne sent earlier provides a Zoom link. Please let me know which link is correct.
- **Meeting minutes.** Please send me unredacted meeting minutes for the 10/13/24 gathering plus any other material provided to the other board members. As you likely know, board members have a right to unredacted meeting minutes, even for executive sessions.

I look forward to talking tomorrow.

Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@harmreductionohio.org
denniscauchon@gmail.com
HarmReductionOhio.org

*"Let's save some lives together today."*

> On Oct 26, 2024, at 12:42 PM, Colleen M. Garlock <colleengarlock@gmail.com> wrote:
>
> All
>
> Please see attached.
>
> Talk tomorrow,
> Colleen

**Exhibit 34**

# Harm Reduction Ohio, Board of Directors
## October 27, 2024, 10 a.m., By Zoom

**Dwayne Steward** 4:52
Hello.

**Jamie Decker**
Good morning.

**Dwayne** 5:09
I'm just waiting for a couple of more folks, so we'll wait a couple minutes.

**Anne Trinh**
Good morning.

**Dwayne** 5:22
Hello. Just waiting for Molly at this point.

**Billy Golden** 5:56
I gotta go grab My hearing aids. I'll be right back.

**Dwayne**
All Right.

**Dwayne** 8:18
We'll just wait one more minute for Molly and if she doesn't show we'll keep moving. We have quorum, so.

**Dwayne** 9:19
Okay, we'll go ahead and get started, and then maybe Molly will hopefully join us. Before we get started, I know there were folks were interested in us recording this meeting. Do we have consent from everyone's recorded meeting?

**Dennis** 9:38
Am I recognized at this meeting as a voting board member?

**Dwayne** 9:45
Yes. Actually, yes.

CAUCHON_000902

**Exhibit 34**

**Dennis** 9:48
I do not waive proper notice and object to this meeting. This meeting was improperly convened under Ohio law and our bylaws.

**Dwayne** 10:03
Okay. Thank you for your statement. We'll keep moving forward. Is there consent to record?

**Unknown female member:**
Yes?

**Unknown female member:**
Yes.

**Jamie**
Sure

**Dwayne** 10:26
I saw yes from everybody. Is there consent to record, Dennis?

**Dennis** 10:30
I do not vote. This is not a meeting.

**Dwayne** 10:45
All right.

**Zoom voice**
Recording in progress.

**Dwayne** 10:54
All right. So, I'm calling the meeting to order at 10:05. So before the first agenda item. Dennis, just so you're aware. Billy did step down as chair, and the board voted me in as the interim chair. And I know there's been confusion around your attendance at the meetings. During your administrative leave, the board felt it unethical for you to be a part of the investigation that was about you, which is why you weren't in attendance. You requested this board meeting, and so that's why we are having it today.

**Dennis** 11:34

**Exhibit 34**

I requested a properly noticed board meeting. This is not a properly noticed board meeting, and I object to this being called a board meeting.

**Dwayne** 11:44
No, we've heard you. That's been put in the record. Thank you. The first order of business is to vote on the minutes. The minutes were sent out. Do I have a motion to approve the minutes?

**Anne**
I can say motion

**Tasha Turner-Bicknell**
I'll second.

**Dwayne** 12:15
Anne motioned. Tasha seconded. All in favor, say aye.

**Various people**
Aye.

Dwayne
All opposed?

**Dennis**
Dennis does not vote.

**Dwayne**
So Dennis is listed as an abstention.

**Dennis** 12:26
I'm not an abstention. I don't vote. Please record me as not participating.

**Dwayne** 12:36
Alrighty. The motion carries by majority. The next point of the agenda, Dennis, was your statement and your updates.

**Dennis** 12:57
On the agenda, it says Executive Director. Harm Reduction Ohio does not have an executive director. It has a president. I speak in my capacity as a board member.

**Exhibit 34**

I'm asking again that we properly convene a board meeting that requires providing all directors due advance notice and all directors with information provided to all board members. This will allow us to start discussing and acting on important issues that need to be addressed. We have not had a board meeting since March 9th. The board has taken no valid actions. I have not been placed on leave. Amanda Lynn has not been reinstated. An investigator has not been hired to review or report on issues including Amanda Lynn's apparent conflict of interest, the efforts by three directors to block the legally required disclosure of that apparent conflict to the Ohio Department of Health, the retaliatory measures taken by three board members against me for making the legally required disclosure, claims that I created a hostile work environment. Nothing since Amanda Lynn's conflict was discovered has been presented to the full board. Thank you.

**Dwayne** 14:18
All right. Thank you for your statement, Dennis. Are there any comments from board members around Dennis's statement?

All right…so I will just say…I'm just a little confused, but it's fine. We can keep moving forward because, like I said, Dennis, you asked for this meeting. It's put them together in the same way.

**Dennis** 15:07
I asked for a properly noticed meeting. I did not ask for an improperly noticed meeting. To be clear.

**Dwayne** 15:12
Right. But I would, I think we could all be, probably, sounds like we have a different definition of proper notice. Which is fine. Everyone was noticed at the same way to get into this meeting today. So there are six folks who believe this is a properly noticed meeting, and one who does not. So I think that is important for the record. And so we have been informed by our attorney to move forward in the following ways. And so I put forward, or I request, a motion for dismissal.

**Anne** 16:07
I am putting forward a motion for Dennis to be removed as an official board member so that we're in compliance with the IRS and nonprofit best practices that state that board members are not paid.

**Dwayne**16:23
Thank you for that motion. Do I have a second? Colleen, we can't hear you.

CAUCHON_000905

**Exhibit 34**

**Collen** 16:38
I second.

Dwayne
All right. All in favor, say aye.

**Dennis** 16:42
Point of point of order. Under Robert's Rules of Order, removing a director requires due process that includes advanced notice of intent to remove, written charges, notice to the accused member and a fair and impartial trial.

**Dwayne** 17:01
Thank you for that information. You'll be provided with those details. Dennis.

**Dwayne** 17:07
All in favor.

**Various members**
**Aye**

**Dwayne** 17:15
So six ayes. Any opposed? (Pause) Any abstentions? (Pause)

**Dwayne** 17:26
All right, the motion carries. Dennis, according to our records as an employee, since you're continuing to be paid, you are still the ED executive director of Harm Reduction Ohio. But, again, as mentioned, you will move forward as executive director but no longer as a board member. Thank you all for joining today. I will call. I will adjourn the meeting at this time, at 10:13. Thank you.

**Anne**
Thank you.

**Colleen**
Thank you guys.

**Unknown:**
Bye.

| | |
|---|---|
| **From:** | Colleen M. Garlock <colleengarlock@gmail.com> |
| **Sent time:** | 10/28/2024 05:57:23 PM |
| **To:** | Dwayne Steward <dwayneasteward@gmail.com>; Dennis Cauchon <denniscauchon@gmail.com>; Billy Golden <bgolden@nastad.org>; Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>; Trinh, Anne C. <trinh.89@osu.edu>; mollybtrue <mollybtrue@yahoo.com>; Jamie Decker <jamesdecker68@gmail.com>; Dwayne Steward <dwayne@makeitbetterconsulting.com> |
| **Subject:** | Meeting Minutes for 10/27/24 - HRO Board Meeting and recording |
| **Attachments:** | HRO Board Meeting Minutes 10-27-24.docx |

**External Email: Use Caution**

All

Since I am the board secretary for Harm Reduction Ohio, I am attaching the board meeting minutes from 10/27/24. I am also including the meeting recording(please note this is an audio recording, let me know if there are any problems, and I will forward the file in a different way).

Thank you. Have a good evening.

video1767081466.mp4

Colleen

--
Colleen M. Garlock, MSW, LISW
She/Her/Hers

# HARM REDUCTION OHIO
# BOARD MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 10/27/2024 | **Start time:** | 10:05 AM |
| **Location:** | Zoom | **End time:** | 10:13 AM |

## Meeting Agenda

- Call to order
- Approval of agenda
- Approval of minutes
- Executive Director statement and updates
- Additional comments
- Motions and votes
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne | Anne | Tasha | Molly |
| Colleen | Billy | Jamie | |
| Dennis | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwyane called to order meeting at 10:05AM
- Dwayne reminded Dennis that he was voted in as chair when Billy Golden strpped down from the position
- Dwayne also informed Dennis of the reason why Dennis was not given access to other board meetings due to the investigation, and the ethics of not having Dennis be part of those meetings due to him being the subject of the investigation. He reminded Dennis that Dennis asked for today's meeting and this is why we are having this meeting today
- Dennis stated he requested a properly noticed board meeting and stated "this is not a properly noticed board meeting, and I object to this beiing called a board meeting".
- Dwayne acknowledged Dennis' statement and informed him it is in the record.
- Dwayne reqested that we approve last board minutes and asked for a motion to do so
- Anne made a motion to approve the minutes
- Tasha seconded and minutes were approved
- Dennis refused to vote and wanted it noted "Please record me as not participating" and was not abstaining
- Dwayne noted that the motion carried by majority
- Dwayne asked Dennis for his statement
- Dennis stated "on the agenda it stated HRO has an executive director, and HRO does not have an executive director, it has a president. I am speaking in my capacity as a board member. I am asking again that we properly convene a board meeting, that requires providing all directors with due advance notice and directors with information provided to all board members.

This will allow us to start discussing and acting on important issues that needto be addressed.We have not had a board meeting since March 9 (2024). The board has taken no valid actions. I have not been placed on leave, AmandayLynn has not been reinstated. An investigator has not been hired, to review or report on issues including AmandaLynn's apparent conflict of interest. The efforts of 3 directors to block the legally the prior disclosure of that conflict to the Ohio Dept. of Health. The retalitory measures taken by the 3 board members against me for making the legally required disclosure. Claims that I created a hostile work environment. Nothing since AmandaLynn's conflict was discussed or has been presented to the full board. Thank you".

- Dwayne thanked Dennis for his statement
- Dwayne asked for any comments from other board members. None were made
- Dwayne stated "I am a little confused because Dennis, you asked for this meeting". Dennis stated that he asked for a 'properly noticed meeting'. Dwayne stated there must be a different definition of a properly noticed meeting, as everyone was noticed the same way about the meeting. Dwayne then noted there are 6 who voted noting that this is a properly noticed meeting and one that is not.
- Dwayne stated "We have been informed by our attorney to move forward in the following way, so I request a motion for dismissal".
- Anne stated "I am putting forward a motion for Dennis to be removed as an offical board member so that we're in compliance with the IRS and nonprofit best practices that state thatmembers are not paid"
- Dwayne asked for a second to the motion
- Colleen seconded
- Dwayne asked all those in favor say aye
- Dennis stated "Point of order, under Roberts Rules of Order, removing a director requires due process that includes advance notice of intent to remove, written charges, notice to the accused member, and a fair and impartial trial".
- Dwayne thanked Dennis and informed him he would be provided with those details.
- Dwayne asked again for those in favor to say 'aye'
- 6 board members stated "aye" (not Dennis). There were none opposed, and no abstentions. The motion carried
- Dwayne informed Dennis "according to our records, as an employee, since you are continuing to be paid, you are still the ED, Executive Director of HRO, we will moved forward with you as an Executive Director but not a board member".
- Dwayne thanked all for attending and adjourned the meeting
- Meeting adjourned at 10:13AM

**Action Items**

| Action | Responsible | Due Date |
|---|---|---|
| Next steps TBD | Dwayne/Board | TBD |

**Next Meeting**

| Date: | TBD | Time: | TBD | Location: | TBD |
|---|---|---|---|---|---|

HRO_001531