**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 32

## DIRECTORS' GROUP TEXTS — OCTOBER 23–25, 2024

## HRO_001022–037

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

4:46

New Group Message
Cancel

To: HRO Board

[redacted]

A

Colleen Garlock

Hey
I forwarded an email with an attached employee complaint from Dennis to you all and Shay and Jim
I am in the middle of seeing clients and cannot take a look right now.
Thanks

C

Thanks Colleen. I just read it. 🤷🏽‍♂️

Molly B. True

Thanks for the update everyone. Yeah I read it too. 🤦🏻‍♀️

Anne trihn

I'm not even annoyed anymore and just sad 😭

A

Subject

Text Message • SMS

4:46

New Group Message Cancel

To: HRO Board

A

and just sad 😭

👍

Right now I'm flabbergasted and angry. I'm curious how I've been blocking Dennis since July when I didn't even know about the conflict of interest form until mid August. Among other false statements he's making.

Although, my guess is if he's going to sue, I believe this is going to be the basis of his lawsuit. Definitely more of a gut feeling than any knowledge of litigation and the law.

Anne trihn

👍 👍

A

There's no case! It's full of holes and is all absurd and very desperate/out of touch.

Dwayne Steward

‼️

I would not surprised by this at all.

Subject

Text Message • SMS

4:46

New Group Message Cancel

To: HRO Board

A

There's no case! It's full of holes and is all absurd and very desperate/out of touch.

Dwayne Steward

‼️

I would not surprised by this at all. I've seen this before. He probably assumes we're going to fire him on Sunday and is filing a last-minute complaint [redacted] He's likely going to sue. But this is also a ploy to keep us from terminating him.

Molly B. True

👍

So what defines an "investigation"? Do we have to have Shay do that?

This is just crazy.

Too bad Colleen couldn't just send a response saying she is out of the office til Monday 😂

Subject

Text Message • SMS

4:46

New Group Message Cancel

To: HRO Board

This is just crazy.

Too bad Colleen couldn't just send a response saying she is out of the office til Monday 😂

Dwayne Steward

[redacted]

Colleen Garlock

I find it odd he is suddenly treating me as a 'secretary' when he never has before- why wasn't anyone else copied? (Anne, Jamie, Molly). I read it briefly and he is full of shit and I wonder if he is being advised to do this by his attorney.

All that said, I feel we can still vote him off the board and so terminate him based on the investigation- just my opinion (not a lawyer obviously).

Subject

Text Message • SMS

4:46

New Group Message Cancel

To: HRO Board

Wed, Oct 23 at 1:56 PM

I would definitely like to hear Shay's thoughts on this as well.

Voting him off the board isn't the same as firing him which is not what we are doing Sunday. And technically, even if "The three" recuse ourselves from voting it would be Colleen, Anne, Jamie, Molly and our newest board member, Dennis- wouldnt there still be a quorum to vote him off?

Molly B. True

Yup

Thank god

Tasha Turner-Bicknell

His entire position seems to be built on the idea that any meeting that has occurred without him is not a valid meeting. Not sure

Subject

Text Message • SMS

4:47

**New Group Message** Cancel

To: HRO Board

Yup

Thank god

Tasha Turner-Bicknell

His entire position seems to be built on the idea that any meeting that has occurred without him is not a valid meeting.  Not sure where he gets that from - even if he was a board member.  He was given a cease and desist for erratic, inappropriate behavior

Anne trihn

❤️ to "His entire position seems to be built on the idea that any meeting that has occurred without him is not a valid meeting.  Not sure where he gets that from - even if he was a board member.  He was given a cease and desist for erratic, inappropriate behavior "

Wed, Oct 23 at 6:23 PM

Subject

Text Message • SMS

4:47

New Group Message Cancel

To: HRO Board

Wed, Oct 23 at 6:23 PM

Colleen Garlock

He was also asked to participate in an investigation and didn't. Part of me wonders if we should tell him he has to wait while we investigate his complaint. [redacted]

C: All
I need to acknowledge receipt of Dennis's email, correct?

I know so little about next steps

Colleen Garlock

Me too
I feel I need to but say nothing more

Dwayne Steward

Yes. "Thank you Dennis for filing your complaint. The board with review and investigate these

Subject

Text Message • SMS

4:47

New Group Message Cancel

To: HRO Board

Dwayne Steward

Yes. "Thank you Dennis for filing your complaint. The board with review and investigate these claims and we will be in touch regarding next steps. We are looking forward to you joining the board meeting on Sunday."

1 Reply

Colleen Garlock

C Thanks, **Dwayne** ❤️🙏

Thu, Oct 24 at 12:51 PM

Tasha Turner-Bicknell

Wondering if we need the weekly board / staff meetings. My concern is that I don't have any updates to share. At the last one Cecile asked a number of questions that she already knew the answer to - not really feeling doing that tomorrow.

I spoke to AL briefly yesterday and encouraged her to contact

Subject

Text Message • SMS

4:47

New Group Message

Cancel

To: HRO Board

board / staff meetings. My concern is that I don't have any updates to share. At the last one Cecile asked a number of questions that she already knew the answer to - not really feeling doing that tomorrow.

I spoke to AL briefly yesterday and encouraged her to contact Dwayne- she had some good ideas on copying some important items, digital organizing and storing - O shared that this was on our mind as well.



Dwayne Steward

I think since AL is back we can pass the reigns back to her a little



Tasha Turner-Bicknell

Maybe an email communication and cancel the standing meetings? Maybe we could have a meeting with board and staff when we have something to share?



Subject

Text Message • SMS

4:47

New Group Message

Cancel

To: HRO Board

Tasha Turner-Bicknell

Maybe an email communication and cancel the standing meetings? Maybe we could have a meeting with board and staff when we have something to share?

Thu, Oct 24 at 5:56 PM

Yes. "Thank you Dennis for filing your complaint. The board with review and investigate these claims and we will be in touch regarding next ste...

Molly B. True

Oh wow. We're thanking him for his complaining? 😂 something is wrong here

Fri, Oct 25 at 3:16 PM

Colleen Garlock

Hi all
Dennis is asking me to send him an agenda for Sunday's meeting.

Also if f people plan to recuse themselves how dii or we handle

Subject

Text Message • SMS

4:47

New Group Message Cancel

To: HRO Board

an agenda for Sunday's meeting.

Also if f people plan to recuse themselves how dii or we handle that? Dennis obviously cannot vote whether he is allowed to remain in the board. It's a conflict of interests.
Any ideas on the agenda would be helpful.

I am dreading this.
Thanks 🙏

C

Molly B. True

Possibly reiterate that Dwayne was voted in as Chair on whatever date that was b/c Dennis seems to think he isn't... just a thought

Colleen Garlock 👍

The problem with that is that Dennis is accusing Dwayne of retaliation.

C

Dwayne Steward 💗💗

Subject

Text Message • SMS

New Group Message Cancel

To: HRO Board

retaliation.

Dwayne Steward

The agenda should be short and sweet.

- Call meeting to order
- Approve prior meeting minutes
- Executive Director statement and updates
- Additional comments
- Motions and votes
- Adjourn meeting

Colleen Garlock

Perfect I'll put it together tomorrow and send out

Fri, Oct 25 at 4:36 PM

So do folks think those of us who"the three" who are being accused of retaliation should recuse ourselves from voting? Just not sure how to navigate on this

Anne trihn

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

recuse ourselves from voting? Just not sure how to navigate on this

Anne trihn

A

I don't think that's necessary, Billy!

Dwayne Steward

No we don't need to do that. If anything we would recuse ourselves from the "investigation"

But that has nothing to do with him being a board member

Molly B. True

Absolutely agree.

Got it. Thank you, everyone

Colleen Garlock

Good. Then does that mean **Dwayne**, you can chair the meeting?

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

C
Good. Then does that mean **Dwayne**, you can chair the meeting?

Dwayne Steward
Yes

Fri, Oct 25 at 8:17 PM

Colleen Garlock
C
Sorry to keep texting. Should I send the 'normal' meeting minutes from 9/15 along with the agenda?

Dwayne Steward
Is there any mention of Dennis in that meeting?

Colleen Garlock
The most recent were minutes from 10/15 and we reinstated AmandaLynn and voted to terminate Dennis as ED

On 9/15 we voted to make an

Subject
Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

Colleen Garlock

The most recent were minutes from 10/15 and we reinstated AmandaLynn and voted to terminate Dennis as ED

On 9/15 we voted to make an appointment free to Blyth for interim ED but Dennis was not mentioned

C

Edited

C So I am guessing no on both

Dwayne Steward

Hmm. I think we redact it [redacted] You need help with that? We only need to approve the 10/15 one in the meeting Sunday

Colleen Garlock

Yes I will need help
Do you want me to send the regular meeting minutes to you, **Dwayne**?

C

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

C: Unless it's a matter of getting rid of those items? (AL, and Dennis's termination?)

Dwayne Steward
Yes please send

Colleen Garlock
Ok and my apologies- the date was 10/13. Sending via email to you asap

C: Once done, if you could send back, I will send with agenda tomorrow.
Thanks!

Thank you borh

Both

Sat, Oct 26 at 5:59 PM

Subject

Text Message • SMS