**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 33

## SEPTEMBER 11, 2024 CAUCHON EMAIL TO THE FULL BOARD
## "I AM A MEMBER OF THE HARM REDUCTION OHIO BOARD OF DIRECTORS. DO YOU DISAGREE?"

**HRO_000159**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

| | |
|---|---|
| **From:** | Dennis Cauchon <denniscauchon@gmail.com> |
| **Sent time:** | 09/11/2024 10:31:47 AM |
| **To:** | Dwayne Steward <dwayneasteward@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; Billy Golden <bgolden@nastad.org>; Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>; mollybtrue <mollybtrue@yahoo.com>; Colleen Garlock <colleengarlock@gmail.com>; James Decker <jamesdecker68@gmail.com>; Dennis Cauchon <dennis@harmreductionohio.org> |
| **Cc:** | Cecile Katz <cecile.katz@gmail.com> |
| **Subject:** | Clarification regarding Harm Reduction Ohio Board of Directors |

I am a member of the Harm Reduction Ohio Board of Directors. Do you disagree?

In that capacity, I believe I have a legal right to be informed of and participate in board meetings and activities, absent a specific, communicated legal reason otherwise.There, I request:

* meeting notices, agendas, meeting and other documents provided to the board since July 1, 2024.
* being added to all emails and communications made to the board.
* a list of current board members and their titles.

Thanks.

Dennis Cauchon
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com