**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 34

## SEPTEMBER 18, 2024 CAUCHON FOLLOW-UP EMAIL TO THE FULL BOARD

**HRO_000160**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** Dennis Cauchon <denniscauchon@gmail.com>

**Sent time:** 09/18/2024 11:27:04 AM

**To:** Dwayne Steward <dwayneasteward@gmail.com>; Colleen Garlock <colleengarlock@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; Tasha Turner-Bicknell (turnerta) <turnerta@ucmail.uc.edu>; James Decker <jamesdecker68@gmail.com>; mollybtrue <mollybtrue@yahoo.com>; Billy Golden <bgolden@nastad.org>; Dennis Cauchon <dennis@harmreductionohio.org>

**Cc:** Dennis G Cauchon <denniscauchon@gmail.com>; Cecile Katz <cecile@harmreductionohio.org>

**Subject:** Follow-up on board meetings and actions

---

Dear HRO Board,

I want to follow-up on my September 11, 2024, email on meetings and activities of the board.

As board members, we all have a fiduciary duty to ensure all HRO board procedures and actions are done properly. In that spirit, I ask Vice Chair Dwayne Steward (or other appropriate board members) provide me and other board members documentation related to:

* board meetings and meeting notices.
* minutes and agendas.
* actions taken.
* material provided to a quorum of the board since July 15, 2024.

Thanks very much.

Dennis Cauchon
President, Harm Reduction Ohio (On Administrative Leave)
Board Member, Harm Reduction Ohio
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com