**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 35

## OCTOBER 4, 2024 CAUCHON EMAIL TO THE FULL BOARD REQUESTING A BOARD MEETING

**HRO_000162**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

| | |
|---|---|
| **From:** | Dennis Cauchon <denniscauchon@gmail.com> |
| **Sent time:** | 10/04/2024 12:06:57 PM |
| **To:** | James Decker <jamesdecker68@gmail.com>; Dwayne Steward <dwayneasteward@gmail.com>; Colleen Garlock <colleengarlock@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; mollybtrue <mollybtrue@yahoo.com>; Billy Golden <bgolden@nastad.org>; Tasha Turner-Bicknell (turnerta) <turnerta@ucmail.uc.edu>; Adela Falk <falk.adela@gmail.com>; Dennis Cauchon <dennis@HarmReductionOhio.org>; Dennis G Cauchon <denniscauchon@gmail.com> |
| **Subject:** | Request for Harm Reduction Ohio Board Meeting |

Dear Fellow Board Members,

I am requesting a meeting of the Board of Directors of Harm Reduction Ohio to discuss important and pressing issues we currently have before us which have not been formally addressed.

As you may realize, the Board of Directors has not held a board meeting or otherwise taken any formal action since the quarterly board meeting held almost seven months ago on March 9, 2024. Since that time, very important issues have arisen affecting HRO, the State of Ohio and other third parties, yet the Board has not held either a quarterly meeting or a special meeting to assess and address these pressing matters. In order for us as directors to fulfill our fiduciary duties under Ohio law, I think it is important for the Board to meet and rectify this situation as soon as possible.

I suggest that we ask Cecile to perform a Doodle poll to schedule a board meeting in the second half of October, consistent with the two-week advance notice requirement in the HRO Bylaws.

Among those matters requiring consideration and perhaps formal action by the Board are the following:

- Status and handling of the conflict of interest reported to the Ohio Department of Health.
- Status and handling of the hostile work environment/sex discrimination claims recently made.
- HRO compliance with federal and state contracting regulations and laws, including the False Claims Act.
- Review of Board governance procedures, especially in light of communications and actions taken since the last Board meeting.

Three board members are required to call a special meeting of the Board. I am one board member making this request. (Note: Billy resigned as Board Chair effective July 31, 2024, so we do not currently have a Chair.)

I hope the Board will agree to meet soon. Please respond concerning your willingness to meet.

Thanks very much.

Dennis Cauchon
President, Harm Reduction Ohio
Board Member, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@harmreductionohio.org
denniscauchon@gmail.com
HarmReductionOhio.org

*“Let’s save some lives together!"*