**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 36

## HRO PAYROLL RECORD — "EMPLOYEE PAY STUB" OF DENNIS CAUCHON, OCTOBER 25, 2024

**CAUCHON_002925**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

HARM REDUCTION OHIO
935 RIVER ROAD

Dennis Cauchon
327 E Bradway
Granville, OH 43023

Direct Deposit

---

**Employee Pay Stub** Check number: DD2010 Pay Period: 10/06/2024 - 10/19/2024 Pay Date: 10/25/2024

| **Employee** | **SSN** |
|---|---|
| Dennis Cauchon, 327 E Bradway, Granville, OH 43023 | ***-**-9202 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Salary | 1.00 | | 3,076.92 | 60,378.84 |
| Back Pay | | | | 2,884.62 |
| | 1.00 | | 3,076.92 | 63,263.46 |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Village of Granville | -46.15 | -948.88 |
| Granville School Tax | -23.08 | -474.53 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -486.00 | -10,149.00 |
| Social Security Employee | -190.76 | -3,922.33 |
| Medicare Employee | -44.62 | -917.32 |
| OH - Withholding | -80.56 | -1,692.82 |
| | -871.17 | -18,104.88 |

| **Adjustments to Net Pay** | **Current** | **YTD Amount** |
|---|---|---|
| Simple (IRA) | -307.69 | -6,326.31 |
| Mileage Reimbursement | | 124.62 |
| | -307.69 | -6,201.69 |
| **Net Pay** | **1,898.06** | **38,956.89** |

| **Direct Deposit** | **Amount** |
|---|---|
| Checking - *******6993 | 1,898.06 |

| **Non-taxable Company Items** | **Current** | **YTD Amount** |
|---|---|---|
| Simple (IRA) Co Match | 92.31 | 1,897.95 |

**Memo**

Direct Deposit