**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 37

## STATE OF OHIO CONTRACT CSP016816 — STATEWIDE NALOXONE MAIL ORDER & LAY DISTRIBUTOR NETWORK

## EFFECTIVE NOVEMBER 15, 2023 (EXCERPT)

**CAUCHON_002990–993**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

Ohio | Department of Administrative Services



STATE OF OHIO
DEPARTMENT OF ADMINISTRATIVE SERVICES
GENERAL SERVICES DIVISION
OFFICE OF PROCUREMENT SERVICES
4200 SURFACE ROAD, COLUMBUS, OH 43228-1395

MANDATORY USE CONTRACT FOR: STATEWIDE NALOXONE MAIL ORDER & LAY DISTRIBUTOR NETWORK

CONTRACT NUMBER: CSP016816 EFFECTIVE DATES: 11/15/23 TO 09/30/24

The Department of Administrative Services has accepted Proposals submitted in response to Request for Proposal (RFP) No. SRC0000009421 that opened on 07/28/23. The evaluation of the Proposal responses has been completed. The Offeror listed herein has been determined to be the highest ranking Offeror and has been awarded a Contract for the services listed. The respective Proposal response including, Contract Terms & Conditions, any Proposal amendment, special Contract Terms & Conditions, specifications, pricing schedules and any attachments incorporated by reference and accepted by DAS become a part of this Services Contract.

This Requirements Contract is effective beginning and ending on the dates noted above unless, prior to the expiration date, the Contract is renewed, terminated, or cancelled in accordance with the Contract Terms and Conditions.

This Requirements Contract is available to the Ohio Department of Health as applicable.

The agency is eligible to make purchases of the contracted services in any amount and at any time as determined by the agency. The State makes no representation or guarantee that department will purchase the volume of services as advertised in the Request for Proposal.

This Requirements Contract and any Amendments thereto are available from the DAS Web site at the following address:

https://procure.ohio.gov/

MUTUALLY AGREED UPON CHANGES

Harm Reduction Ohio response to Questions, Clarifications, and Assertions dated 09/06/2023

COST SUMMARY FORM

Statewide Naloxone Mail Order & Lay Distributor Network

UNSPSC CATEGORY CODE: 73101701

| DESCRIPTION | UNIT OF MEASURE | COST |
|---|---|---|
| Shipping naloxone unit(s) cost (to include all costs of holding inventory, order processing, packing, shipping and tracking) online orders. | Each | $9.90 |
| Shipping/Distribution (to include all costs of holding inventory, packing, shipping and tracking) of naloxone units to staff/volunteers in the layperson distribution network. | Each | $10.18 |
| Monthly cost for the operation of the mail order website. | Month | $1,000.00 |
| Establish and implement a system for tracking lay distributors. | Amount | $ 0 |
| Identify the process for prioritizing delivery of naloxone to under resourced areas and populations of Ohio and implement the process. | Amount | $50,000.00 |
| Develop a plan for the formalization and growth management of Ohio's lay distributor network and provide a final report. | Amount | $20,000.00 |
| Lay distribution network continued development and expansion. | Month | $20,000.00 |

CONTRACTOR INDEX

CONTRACTOR AND TERMS:

0000262217
Harm Reduction Ohio
935 River Road Suite G
Granville, OH 43023

BID CONTRACT NO.: CSP016816

DELIVERY: As Specified

TERMS: Net 30

CONTRACTOR'S CONTACT:

Dennis Cauchon

Telephone: (740) 973-3814

E-Mail: dennis@harmreductionohio.org