**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 38

**OHIO DEPARTMENT OF HEALTH REQUEST FOR PROPOSALS NO. SRC0000009421**

**(STATEWIDE NALOXONE MAIL ORDER & LAY DISTRIBUTOR NETWORK) — EXCERPT:**

**COVER PAGE; PAGE 25 (§ 10, CONFLICT OF INTEREST STATEMENT);**

**PAGE 45 (GENERAL TERMS AND CONDITIONS — "CONFLICTS OF INTEREST");**

**PAGE 46 (CONTRACT "WILL CONSIST OF THIS RFP INCLUDING ALL ATTACHMENTS")**

**ECF No. 1-2, PageID 49, 73, 93, 94**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# REQUEST FOR PROPOSALS

| | |
|---|---|
| **RFP NUMBER:** | **SRC0000009421** |
| **INDEX NUMBER:** | **DOH005** |
| **UNSPSC CATEGORY:** | **73101701** |

**THIS SOLICITATION CONTAINS AN EMBEDDED MINORITY SET-ASIDE COMPONENT**

**The State of Ohio, through the Department of Administrative Services, Office of Procurement Services, for the Ohio Department of Health, is requesting proposals for:**

## Statewide Naloxone Mail Order & Lay Distributor Network

Those submitting Proposals (Offerors) must note that all Proposals and other material submitted will become the property of the state and may be returned only at the state's option. Proprietary information should not be included in a Proposal or supporting materials because the state will have the right to use any materials or ideas submitted in any Proposal without compensation to the Offeror. Additionally, all Proposals will be open to the public after the award of the Contract has been posted on the State Procurement Web site. Refer to the Ohio Administrative Code, Section 123:5-1-08 (E).

**This RFP consists of five (5) parts, eleven (11) attachments, and two (2) supplements, totaling sixty (60) consecutively numbered pages. Please verify that you have a complete copy.**

implementation and production of the Scope of Work. Provide a comprehensive Work Plan that gives ample description and detail as to how Offeror proposes to accomplish this Project and what resources are necessary to meet the Deliverables.

The State seeks insightful responses that describe proven state-of-the-art methods. Recommended solutions should demonstrate that the Offeror would be prepared to immediately undertake and successfully complete the required tasks. The Offeror's Work Plan should clearly and specifically identify key personnel assignments. (NOTE: The staffing plan should be consistent with the Work plans).

Additionally, the Offeror should address potential problem areas, recommended solutions to the problem areas, and any assumptions used in developing those solutions.

9. Support Requirements. The Offeror must describe the support it wants from the State other than what the State has offered in this RFP. Specifically, the Offeror should address the following:

   a. Nature and extent of State support required in terms of staff roles, percentage of time available, etc.;
   b. Assistance from State staff and the experience/qualification level required; and
   c. Other support requirements.

   The State may not be able or willing to provide the additional support the Offeror lists in this part of its Proposal. The Offeror must therefore indicate whether its request for additional support is a requirement for its performance. If any part of the list is a requirement, the State may reject the Offeror's Proposal if the State is unwilling or unable to meet the requirements.

10. Conflict of Interest Statement. Each Proposal must include a statement indicating whether the Offeror or any people that may work on the Project through the Offeror have a possible conflict of interest (e.g., employed by the State, etc.) and, if so, the nature of that conflict. The State has the right to reject a Proposal in which a conflict is disclosed or cancel the Contract if any interest is later discovered that could give the appearance of a conflict.

11. Assumptions. The Offeror must provide a comprehensive listing of any and all of the assumptions that were made in preparing the Proposal. If any assumption is unacceptable to the State, it may be cause for rejection of the Proposal. No assumptions shall be included regarding negotiation, terms and conditions, and requirements.

12. Proof of Insurance. In this section, the Offeror must provide the certificate of insurance required by the General Terms and Conditions, Attachment Three, Part Two. The policy may be written on an occurrence or claims made basis.

13. Payment Address. The Offeror must provide the address to which payments to the Offeror will be sent.

14. Contract Performance. The Offeror must complete Attachment Eight, Offeror Performance Form.

15. W-9 Form and Supplier Registration. The Offeror must complete Federal Form W-9, Request for Taxpayer Identification Number and Certification form. At least one (1) original (signed in blue ink) must be submitted in the "original" copy of the Proposal. All other copies of the Proposal may contain duplicates of this form. If a subsidiary company is involved, Offerors must have an original W-9 for both the parent and subsidiary companies. In addition, the Offeror must be registered as a supplier with the State through the Supplier Portal. Registration can be completed or confirmed at: https://supplier.ohio.gov

16. Affirmative Action. Before a contract can be awarded or renewed, an Affirmative Action Program Verification Form must be completed using:

    https://development.ohio.gov/business/construction-compliance/affirmative-action-program#AffirmativeActionProgramVerificationGoodsandServices

    Approved Affirmative Action Plans can be found by going to the Minority Business Development Division (MBDD) Web site:

    https://eodreporting.oit.ohio.gov/affirmative-action

    Copies of approved Affirmative Action plans shall be supplied by the Offeror as part of its Proposal or inclusion of an attestation to the fact that the Offeror has completed the process and is pending approval by the MBDD office.

17. Offshore Services**.** The Contractor must complete the Contractor/Subcontractor Affirmation and Disclosure form affirming the Contractor understands and will meet the requirements of the above prohibition. During the performance of this Contract, the Contractor can change the location(s) disclosed on the Affirmation and Disclosure Form, but a new Affirmation and Disclosure form must be completed. A duly signed waiver from the State is required if the initial or any subsequent form discloses a location to perform the services outside the United States.

ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS
PART SEVEN: LAW & COURTS

COMPLIANCE WITH LAW. The Contractor agrees to comply with all applicable federal, state, and local laws in the conduct of the Work.

DRUG-FREE WORKPLACE. The Contractor will comply with all applicable state and Federal laws regarding keeping a drug-free workplace. The Contractor will make a good faith effort to ensure that all the Contractor employees, while working on state property, will not have or be under the influence of illegal drugs or alcohol or abuse prescription drugs in any way.

CONFLICTS OF INTEREST. No Personnel of the Contractor may voluntarily acquire any personal interest that conflicts with their responsibilities under this Contract. Additionally, the Contractor will not knowingly permit any public official or public employee who has any responsibilities related to this Contract or the Project to acquire an interest in anything or any entity under the Contractor's control if such an interest would conflict with that official's or employee's duties. The Contractor will disclose to the State knowledge of any such person who acquires an incompatible or conflicting personal interest related to this Contract. The Contractor will take steps to ensure that such a person does not participate in any action affecting the work under this Contract. This will not apply when the State has determined, in light of the personal interest disclosed, that person's participation in any such action would not be contrary to the public interest.

OHIO ETHICS AND ELECTIONS LAW.

1. Ethics Law

   All Contractors who are actively doing business with the State of Ohio or who are seeking to do business with the State of Ohio are responsible to review and comply with all relevant provisions of O.R.C. Sections 102.01 to 102.09. Contractor certifies that it is currently in compliance and will continue to adhere to the requirements of Ohio ethics laws.

2. Political Contributions

   The Contractor affirms in its cover letter that, as applicable to the Contractor, all personal and business associates are in compliance with Chapter 3517 of the Revised Code regarding limitations on political contributions and will remain in compliance for the duration of the Contract and with all applicable provisions that extend beyond the expiration of the Contract.

EQUAL EMPLOYMENT OPPORTUNITY. The Contractor will comply with all state and federal laws regarding equal employment opportunity, including ORC §125.111 and all related Executive Orders.

Before a contract can be awarded or renewed, an Affirmative Action Program Verification Form must be completed using the Ohio Business Gateway Electronic Filing website http://gateway.ohio.gov. Contractor must verify compliance on an annual basis for the duration of any contract. Approved Affirmative Action Plans can be found by going to the Minority Business Development Division's website: https://eodreporting.oit.ohio.gov/affirmative-action.

INJUNCTIVE RELIEF. Nothing in this Contract is intended to limit the State's right to injunctive relief if such is necessary to protect its interests or to keep it whole.

ASSIGNMENT. The Contractor may not assign this Contract or any of its rights or obligations under this Contract without the prior, written consent of the State.

GOVERNING LAW. This Contract will be governed by the laws of Ohio, and venue for any disputes will lie exclusively with the appropriate court in Franklin County, Ohio.

ORC 9.76(B). Pursuant to ORC §9.76 (B) Contractor warrants that Contractor is not boycotting any jurisdiction with whom the State can enjoy open trade, including Israel, and will not do so during the Contract period.

LEGAL REPRESENTATION AND RIGHTS. The Ohio Attorney General is the chief law officer for the State, its agencies, boards and commissions, and only the Ohio Attorney General has the authority to appoint outside legal counsel to represent the State. Contractor agrees that any provisions in this Contract or any documents incorporated by reference that provide or allow for outside legal representation to defend or settle claims on behalf of the State or provide for a third party to have sole control of a defense or settlement of a claim do not meet the requirements of state law and are considered stricken. Contractor also agrees that, unless specifically agreed to in writing by the State, any provisions that require or provide for a waiver of any legal rights, remedies, or litigation defenses (i.e., waiver of a jury trial) do not meet the requirements of state law and are considered stricken.

STATUTE OF LIMITATIONS. Statutes of limitations generally do not apply to actions brought by the State and any such provisions in this Contract or in any documents incorporated by reference are considered stricken.

ATTACHMENT FOUR
CONTRACT

This Contract, which results from SRC0000009421, entitled Statewide Naloxone Mail Order & Lay Distributor Network is between the State, through DAS, on behalf of the Agency and

____________________________________________________________
(the "Contractor").

If this RFP results in a Contract award, the Contract will consist of this RFP including all attachments, written amendments to this RFP, the Contractor's Proposal, and written, authorized amendments to the Contractor's Proposal. It will also include any materials incorporated by reference in the above documents and any purchase orders and change orders issued under the Contract. The form of the Contract is this one (1) page attachment to the RFP, which incorporates by reference all the documents identified above. The General Terms and Conditions for the Contract are contained in another attachment to the RFP. If there are conflicting provisions between the documents that make up the Contract, the order of precedence for the documents is as follows:

1. This RFP, as amended;
2. The documents and materials incorporated by reference in the RFP;
3. The Contractor's Proposal, as amended, clarified, and accepted by the State; and
4. The documents and materials incorporated by reference in the Contractor's Proposal.

Notwithstanding the order listed above, change orders and amendments issued after the Contract is executed may expressly change the provisions of the Contract. If they do so expressly, then the most recent of them will take precedence over anything else that is part of the Contract.

This Contract has an effective date of the later of September 01, 2023 or the occurrence of all conditions precedent specified in the General Terms and Conditions.

**IN WITNESS WHEREOF,** the parties have executed this Contract as of the dates below.

| | |
|---|---|
| ____________________<br>(Contractor) | Department of Administrative Services<br>(State of Ohio Agency) |
| ____________________<br>(Signature) | ____________________<br>(Signature) |
| ____________________<br>(Printed Name) | Kathleen C. Madden<br>(Printed Name) |
| ____________________<br>(Title) | Director, Department of Administrative Services<br>(Title) |
| ____________________<br>(Date) | ____________________<br>(Date) |