**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 39

## HRO CONTRACT RENEWAL EMAIL AND EXECUTED RENEWAL, AUGUST 29, 2024

**CAUCHON_002996–3000**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO's naloxone contract renewed for two years
**Date:** August 29, 2024 at 4:23 PM
**To:** Dwayne Steward dwayne@makeitbetterconsulting.com, Billy Golden bgolden@nastad.org, Colleen Garlock colleengarlock@gmail.com, Molly Fantini molly@harmreductionohio.org, Tasha Turner-Bicknell turnerta@ucmail.uc.edu, James Decker jamesdecker68@gmail.com, Anne C. Trinh trinh.89@osu.edu, Dennis Cauchon dennis@HarmReductionOhio.org
**Cc:** Cecile Katz cecile@harmreductionohio.org

DC

I wanted to let everyone know that HRO's naloxone contract renewal with the state was finalized this afternoon. We signed the agreement letter this afternoon and emailed it to back to the state, thereby finalizing the agreement.

**Details.** The contract renewal is for up to $850,000 per year for two years starting October 1, 2024. Our existing contract is for up to $650,000 over 10.5 months, ending Sept. 30, 2024. The terms of the contract renewal are similar to the existing contract. The most important difference is we will be reimbursed for shipping up to 50,000 kits per year, up from the current 32,500. (The contract is attached.)

Harm Reduction Ohio has come a long way since we distributed our first naloxone kit in February 2018. I think we operate the best naloxone program of its kind in the country.

Thanks for all your support in making this work and our organization possible. This contract renewal gives HRO's naloxone program a strong level of security through Sept. 30, 2026 — and we hope beyond.

Thanks for your support. If you have questions, please don't hesitate to call or email.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**Harm Reduction Ohio Renewal Letter 8.29.24.pdf**

Ohio Department of Administrative Services

DAS.Ohio.gov

Mike DeWine, *Governor* Jon Husted, *Lt. Governor* Kathleen C. Madden, *Director*

8/29/2024

Harm Reduction Ohio
Dennis Cauchon
935 River Road, Suite G
Granville, OH 43023
dennis@harmreductionohio.org

RE: Statewide Naloxone Mail Order and Lay Distributor Network
Index Number: DOH005
Contract Number: CSP016816

Dear Mr. Cauchon:

The subject contract will expire on 09/30/24, unless renewed by mutual agreement. The Department of Health has requested that this contract be renewed for an additional twenty-four months.

If your company is in agreement to this renewal, please indicate below, sign and return this form to our office 09/03/24, COB.

Your agreement memorandum should include the following references:

- New Contract Term 10/01/24 through 09/30/26
- New or Modified Deliverables Mutually Agreed Upon:

  1. An annual workplan (Workplan) must be submitted on an annual basis, on a mutually agreed upon date, and must include a process for prioritizing the delivery of Naloxone to under-resourced areas and populations in Ohio. Additionally, the annual workplan must include the most recent version of Lay Distribution & Online Mail-order policies and procedures.
  2. Quarterly progress updates are to be held on a quarterly basis, on specific dates mutually agreed upon by ODH and the Contractor. The updates must include Workplan progress, report of NaloxoneOhio requests that were fulfilled (additional information and template to be provided by ODH), report of populations reached through community outreach, and other details mutually agreed upon by ODH and the Contractor.
  3. The mid-year data brief and annual summary with data brief must be held on an annual basis, on dates mutually agreed upon by ODH and the Contractor. Any data brief must use Supplement Two – Naloxone Evaluation Instrument, with updated metrics mutually agreed upon by ODH and the Contractor.
  4. The Harm Reduction Subcommittee (HRSC), which is under the Ohio Overdose Prevention Network (OPN), will be integrated into Project DAWN activities and meetings.

- Pricing Modifications on the Cost Price Schedule:

**Removal of current deliverables:**

| CURRENT DELIVERABLES | | |
|---|---|---|
| DESCRIPTION | UNIT OF MEASURE | COST |
| Shipping naloxone unit(s) cost (to include all costs of holding inventory, order processing, packing, shipping and tracking) online orders. | Each | $9.90 |
| Shipping/Distribution (to include all costs of holding inventory, packing, shipping and tracking) of naloxone units to staff/volunteers in the layperson distribution network. | Each | $10.18 |
| Establish and implement a system for tracking lay distributors. | Amount | $0 |
| Lay distribution network continued development and expansion. | Month | $20,000.00 |

- **New Deliverables on the Cost Price Schedule:**

| NEW DELIVERABLES | | |
|---|---|---|
| DESCRIPTION | UNIT OF MEASURE | COST |
| Naloxone Shipping for Online & Lay Distribution+ | Each | $12 |
| Monthly cost for the operation of the mail order website. | Month | $1,000.00 |
| HRSC/OPN/Project DAWN Involvement | Amount | $0 |
| Annual Workplan | Annually | $10,000 |
| Lay Distribution Network Maintenance | Month | $20,000.00 |
| Quarterly Progress Update | Quarterly | $12,000.00 |
| Mid-Year Data Brief | Annually | $15,000.00 |
| Annual Summary with Data Brief | Annually | $25,000.00 |

- All other contract prices, Terms and Conditions, remain unchanged.

To verify current critical information, we also ask that you provide the following:

1. Affirmative Action Program Verification Form (AAPV)
   Affirmative Action Program | Development (ohio.gov)

2. Verify Current Address and Contact Information

3. Insurance Acord Form 25 with applicable endorsements and coverage as listed in the RFP:

   INSURANCE. Until all obligations under this Contract or any Order are satisfied, and without limiting Contractor's indemnification obligations under Indemnity, Contractor shall provide and maintain the insurance policies set forth below. All commercial insurance required shall be provided by insurers with a rating of not less than A-VII from AM Best or a comparable rating agency. Contractor shall also cause each of its Subcontractors to comply with all requirements in this Section.

   Coverage shall be at least as broad as:

   1. Commercial General Liability (CGL): written on an "occurrence" basis, including products and completed operations, property damage, bodily injury and personal & advertising injury with limits no less than $1,000,000 per occurrence. If a general aggregate limit applies, either the general aggregate limit shall apply separately to this project/location or the general aggregate limit shall be twice the required occurrence limit. Defense costs shall be outside the policy limits. The State of Ohio, its officers, officials and employees are to be covered as additional insureds on the commercial general liability policy with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations.

   2. Automobile Liability insurance covering Code 1 (any auto), or if Contractor has no owned autos, Code 8 (hired) and 9 (non-owned), with a limit no less than $1,000,000 per accident for bodily injury and property damage.

   3. Workers' Compensation insurance as required by the State of Ohio, or the state in which the work will be performed, with Statutory Limits, and Employer's Liability Insurance with a limit of no less than $1,000,000 per accident for bodily injury or disease. If Contractor is a sole proprietor, partnership or has no statutory requirement for workers' compensation, Contractor must provide a letter stating that it is exempt and agreeing to hold State of Ohio harmless from loss or liability for such.

4. Professional Liability (Errors and Omissions) Insurance appropriate to the Contractor's profession, with limits not less than $2,000,000 per occurrence or claim, $2,000,000 aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by the Contractor in this Contract and shall cover all applicable Contractor personnel or subcontractors who perform professional services related to this Contract.

5. Cyber liability (first and third party) with limits not less than $2,000,000 per claim, $2,000,000 aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this Contract and shall include, but not be limited to, claims involving infringement of intellectual property, including but not limited to infringement of copyright, trademark, trade dress, invasion of privacy violations, information theft, damage to or destruction of electronic information, release of private information, alteration of electronic information, extortion and network security. The coverage shall provide for breach response costs as well as regulatory fines and penalties and credit monitoring expenses with limits sufficient to respond to these obligations.

The Insurance obligations under this Contract shall be the minimum Insurance coverage requirements and/or limits shown in this Contract. Any insurance proceeds in excess of or broader than the minimum required coverage and/or minimum required limits, which are applicable to a given loss, shall be available to the State of Ohio. No representation is made that the minimum Insurance requirements of this Contract are sufficient to cover the obligations of the Contractor under this Contract.

Pursuant to ORC§2743.02(D), all applicable insurance or other means of recovery shall apply to any claim arising from the Contractor's activities relating to this Contract on a primary basis. The insurance or self-insurance maintained by the State shall not contribute to claims made due to the Contractor's negligence, errors, or omissions. No subrogation demands shall be made against the State of Ohio, except where there is negligence on the part of the State, and any such demands shall be reduced by all collateral recovery sources available to or received by the claimant.

Umbrella or Excess Insurance Policies
Umbrella or excess commercial liability policies may be used in combination with primary policies to satisfy the limit requirements above. Such umbrella or excess commercial liability policies must apply without any gaps in the limits of coverage and be at least as broad as and follow the form of the underlying primary coverage required above.

Notice of Cancellation
Contractor must provide the State of Ohio with written notice of cancellation or material change to any insurance policy required above as soon as possible and must use best efforts to notify the State at least 30 days in advance of such cancellation or material change. Material change shall be defined as any change to the insurance limits, terms or conditions that would limit or alter the State's available recovery under any of the policies required above. A lapse in any required insurance coverage during this Contract shall be a breach of this Contract.

Deductibles and Self-Insured Retentions
Deductibles and self-insured retentions must be declared to and approved by the State. The State may require the Contractor to provide proof of ability to pay losses and related investigations, claims administration and defense expenses within the retention.

Claims Made Policies
If any of the required policies provide coverage on a claims-made basis:

1. The Retroactive Date must be shown and must be before the date of the Contract or the beginning of Contract work.

2. Insurance must be maintained and evidence of insurance must be provided for at least five (5) years after completion of the Contract of work.

3. If coverage is canceled or non-renewed, and not replaced with another claims-made policy form with a Retroactive Date prior to the Contract effective date, the Contractor must purchase "extended reporting" coverage for a minimum of five (5) years after completion of Contract work. The Discovery Period must be active during the Extended Reporting Period.

Verification of Coverage
Contractor shall furnish the State with certificates of insurance or copies of the applicable policy language effecting coverage required by this clause. All certificates are to be received and approved by the State before work commences. However, failure to obtain the required documents prior to the work beginning shall not waive the Contractor's obligation to provide them. The State

reserves the right to require complete, certified copies of all required insurance policies, including endorsements required by these specifications, at any time.

Subcontractors
Contractor shall require and verify that all subcontractors maintain insurance meeting all the requirements stated herein, and Contractor shall ensure that State is an additional insured on commercial general liability insurance required from subcontractors.

Special Risks or Circumstances
The State reserves the right to modify these requirements, including limits, based on the nature of the risk, prior experience, insurer, coverage, or other special circumstances.

By signing this form, your company acknowledges the renewal of this contract and the terms and conditions contained therein.

Signature of Company Designee: ______________________

(Name) Position Dennis Cauchon, President - Harm Reduction Ohio
08/29/2024

Thank you in advance for giving this matter your prompt attention.

Sincerely,

Kristen Howard, Procurement Analyst
Office of Procurement Services
Department of Administrative Services
cc: file