**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 40

## OHIO CHECKBOOK — ODH PAYMENTS TO HRO, "FEDERAL PUBLIC HEALTH PROGRAMS," FY2025

**CAUCHON_002994–995**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# TRANSACTION DETAILS

To Payee: **Harm Reduction Ohio**
From Agency: Department of Health
For Account: Medical Services

Total Amount: **$939,436.56**
**11** transactions in FY 2025

| Transaction Date | Transaction ID | Agency | Expense Account Name | Appropriation Line Item Name | |
|---|---|---|---|---|---|
| 6/17/2025 | 01948451 | Department of Health | Medical Services | Federal Public Health Programs | $112,284.00 |
| 5/15/2025 | 01938092 | Department of Health | Medical Services | Federal Public Health Programs | $114,888.00 |
| 4/9/2025 | 01928259 | Department of Health | Medical Services | Federal Public Health Programs | $82,512.00 |
| 3/14/2025 | 01920835 | Department of Health | Medical Services | Federal Public Health Programs | $153,904.00 |
| 1/31/2025 | 01907603 | Department of Health | Medical Services | Federal Public Health Programs | $182,496.00 |
| 11/4/2024 | 01880990 | Department of Health | Medical Services | Federal Public Health Programs | $10,000.00 |
| 10/18/2024 | 01876182 | Department of Health | Medical Services | Federal Public Health Programs | $21,000.00 |
| 9/10/2024 | 01866228 | Department of Health | Medical Services | Federal Public Health Programs | $21,000.00 |
| 8/12/2024 | 01856485 | Department of Health | Medical Services | Federal Public Health Programs | $59,319.14 |
| 7/26/2024 | 01850590 | Department of Health | Medical Services | Federal Public Health Programs | $104,485.56 |
| 7/8/2024 | 01844031 | Department of Health | Medical Services | Federal Public Health Programs | $77,547.86 |

checkbook.ohio.gov/State/Resources/PayeeSearch.aspx?search=HARM%20REDUCTION%20OHIO

Finish update

An official State of Ohio site. Here's how you know

# OHIOCHECKBOOK

INNOVATEOhio

Back To State Popular Searches

## Suppliers, Subsidies and Refunds, Other Payments

The Supplier, Subsidy and Other presentation depicts payments to suppliers, subsidy payments, and other payments consisting primarily of state expenses including payroll and debt service payments. Users can drill through increasing levels of detail all the way to individual transactions. Note that small percentage amounts of payments may not appear on the graph. Select the click the "click to view all transactions for...." link to view a list of the transaction details.

Putting government **transparency** at your fingertips.

TRANSACTION DETAILS

To Payee: **Harm Reduction Ohio**
From Agency: Department of Health
For Account: Medical Services

Total Amount: **$939,436.56**
**11** transactions in FY 2025

EXPORT ALL

| Transaction Date | Transaction ID | Agency | Expense Account Name | Appropriation Line Item Name | |
|---|---|---|---|---|---|
| 6/17/2025 | 01948451 | Department of Health | Medical Services | Federal Public Health Programs | $112,284.00 |
| 5/15/2025 | 01938092 | Department of Health | Medical Services | Federal Public Health Programs | $114,888.00 |
| 4/9/2025 | 01928259 | Department of Health | Medical Services | Federal Public Health Programs | $82,512.00 |
| 3/14/2025 | 01920835 | Department of Health | Medical Services | Federal Public Health Programs | $153,904.00 |
| 1/31/2025 | 01907603 | Department of Health | Medical Services | Federal Public Health Programs | $182,496.00 |
| 11/4/2024 | 01880990 | Department of Health | Medical Services | Federal Public Health Programs | $10,000.00 |
| 10/18/2024 | 01876182 | Department of Health | Medical Services | Federal Public Health Programs | $21,000.00 |
| 9/10/2024 | 01866228 | Department of Health | Medical Services | Federal Public Health Programs | $21,000.00 |
| 8/12/2024 | 01856485 | Department of Health | Medical Services | Federal Public Health Programs | $59,319.14 |
| 7/26/2024 | 01850590 | Department of Health | Medical Services | Federal Public Health Programs | $104,485.56 |
| 7/8/2024 | 01844031 | Department of Health | Medical Services | Federal Public Health Programs | $77,547.86 |