**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 41

## HRO JULY 2024 INVOICE TO ODH UNDER CONTRACT CSP016816

**CAUCHON_002988–989**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**HARM REDUCTION OHIO**

Health . Science • Compassion • Human Rights

# INVOICE

Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
Phone: (740) 525-9967

**Date:** 08/05/2024
**Invoice Number:** 7-2024
**Contract:** CSP016816
**P.O. Number:** 00136705

**To:**

DOH200200 Violence and Injury Prevention
Ohio Department of Health Central Receiving
35 E. Chestnut Street
Columbus, OH 43215
Phone: (614) 995-1431

**Ship To:**

Cecile Katz
Administrator, Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
Email: cecile@harmreductionohio.org

**Contacts:**

Program Contact Information: BHIW - Sierra Dantzler - 614.995.1431 - sierra.dantzler@odh.ohio.gov
Supplier Contact Information: Cecile Katz – cecile@harmreductionohio.org

| CONTRACT | P.O. NUMBER | REQUISITIONER | SUPPLIER ID | TERMS |
|---|---|---|---|---|
| CSP016816 | PO00136705 | DOH – Department of Health | 0000262217 | Net 30 |

| P.O. LINE ITEM | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3 | **CODE/SKU CSP016816-7**<br>Lay distribution network continued development and expansion:<br>• $20,000.00 for 07/01-07/31/24 | 1 | $20,000.00 per month | $20,000.00 |

| P.O. LINE ITEM | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 4 | **CODE/SKU CSP016816-1**<br>Shipping naloxone units for online orders:<br>• $14,949.00 -- 07/01-07/31/24<br>• Total naloxone unit quantity = 1510<br><br>Shipping naloxone units to/for lay distributor orders:<br>• $23,370.14 -- 07/01-07/31/24<br>• Total naloxone unit quantity = ~2295 (2295.69)<br>**Note:** HRO reached total billable amount in July. 2295 kits represent number of lay distribution kits allowed to be billed for remaining of the contract. Actual number of lay distribution orders for July was 4494 ($45,748.92). | 1 | $38,319.14 | $38,319.14 |
| 6 | **CODE/SKU CSP016816-3**<br>Monthly cost for operation of mail order web site for online naloxone orders:<br>• $1,000 -- 07/01-07/31/24 | 1 | $1,000.00 per month | $1,000.00 |
| | | | **Total** | **$59,319.14** |

If you have questions, please contact Cecile Katz; cecile@harmreductionohio.org

**LET'S SAVE SOME LIVES TODAY!**


CAUCHON_002989