**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 42

## OHIO DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES (OMHAS)–ODH

## INTERAGENCY AGREEMENT, SOS 3.0 YEAR II — EXCERPT

**CAUCHON_002982–987**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**INTERAGENCY AGREEMENT**
**BETWEEN**
**THE OHIO DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES**
**AND**
**THE OHIO DEPARTMENT OF HEALTH**

## I.
## PURPOSE

This Interagency Agreement (Agreement) is entered into by The Ohio Department of Mental Health and Addiction Services (OhioMHAS) and The Ohio Department of Health (ODH) for the purpose of using funds from the State Opioid and Stimulant Response (SOS) 3.0 Year II grant to OhioMHAS from the Substance Abuse and Mental Health Services Administration (SAMHSA), Center for Substance Abuse Treatment (CSAT) to provide additional funding for ODH programs that support training for and distribution of naloxone through Project Dawn.

## II.
## RESPONSIBILITIES OF THE OHIO DEPARTMENT OF HEALTH

1. ODH shall issue Intra-State Transfer Vouchers (ISTVs) to OhioMHAS for a quarter of the total funds at the start of each quarter for the qualifying activities during the term of this Agreement, not to exceed a total reimbursement amount of $9,000,000.00, as further detailed in Exhibit A. ODH may combine the 1st and 2nd quarter requests to accommodate the execution of the IAA.

2. ODH will support infrastructure (180 Project Death Avoided with Naloxone (DAWN) programs with 600 distribution sites - number of programs and sites is subject to change) for existing community naloxone and fentanyl test strip distribution projects and sites in Ohio.

3. ODH will be responsible for managing registration of new sites by reviewing and approving applications; setting up new accounts with Ohio Pharmacy Services to enable provision of harm reduction tools; orienting new programs to data collection and reporting requirements, offering training and technical assistance; facilitating and troubleshooting any issues and concerns with existing distribution programs; collecting and maintaining a database of key metrics; hosting bi-monthly information sessions; ensuring provision of resources are aligned with state and federal regulations; and offering support for annual overdose awareness day events with a cost not to exceed $515,000.00 for the period of 9/30/2023 - 9/29/2024.

4. ODH will continue to support established community-based programs with the following strategies: infrastructure and staffing costs to operate comprehensive syringe service programs and naloxone distribution programs; peer support services throughout existing and new service avenues; innovative service delivery models for harm reduction services; naloxone dispensing machines including emergency cabinets and automated dispensing machines, etc.; regional partnership project that include a minimum of three counties with intentional plans and efforts to streamline service delivery and build community-wide

comprehensive approaches to harm reduction; identifying and securing a contractor to support statewide mail ordering, tracking, and delivery of naloxone to underserved areas; and supporting agencies with an interest in offering harm reduction services to build their capacity with a cost not to exceed $5,489,000.00 for the period of 9/30/2023 – 9/29/2024.

5. ODH will complete a media buy to promote the OH Against OD harm reduction social marketing campaign to raise awareness of naloxone and fentanyl test strips availability, evidence for harm reduction services, and the presence of fentanyl in Ohio's drug supply, etc., cost not to exceed $750,000.00 for the period of 9/30/2023 - 9/29/2024.

6. ODH will purchase $1,586,000.00 in naloxone, emergency naloxone access units, and fentanyl test strip containers for the Project DAWN network (inclusive of community distribution projects, statewide mail order project, first responders, etc.) and other state and local partners (e.g., Ohio State Highway Patrol and private and public universities and colleges) for the period of 9/30/2023 through 9/29/2024.

7. ODH will identify and secure a contractor to develop and implement a formal naloxone saturation model to identify geographic and population-based demographic priorities for naloxone distribution. ODH will work with a vendor to identify and implement a naloxone saturation model that considers Ohio-specific circumstances for drug overdose prevention. The results of the modeling tool coupled with ODH's existing naloxone distribution and overdose reversal data, syndromic surveillance on suspected non-fatal overdose, and vital statistics mortality data will form the basis for the naloxone distribution and saturation assessment with a cost not to exceed $150,000.00 for the period of 9/30/2023 - 9/29/2024.

8. ODH will continue partnership with Case Western Reserve University, who is contracted to implement a standardized data collection system for Ohio's existing syringe service programs and build capacity for programs to collect and submit this data. The data source will inform the modeling tool as it becomes available and provide insight on substance use trends and will support the overall direction of naloxone and resources. Cost not to exceed $150,000.00 for the period of 1/1/2024 – 9/29/2024.

9. ODH will utilize available non-SOS 3.0 funds to supplement the purchase of naloxone kits needed for the Project DAWN network (inclusive of community distribution projects, statewide mail order project, first responders, etc.) for the period of 9/30/2023 through 9/29/2024. The amount of funding and purpose will be determined in collaboration with ODH, RecoveryOhio, and OhioMHAS.

**ODH Additional Responsibilities:**

1. ODH will provide quarterly reports to OhioMHAS (progress report, distribution data, media metrics, and financial reports).

2. OOH will provide data collected from distribution sites for evaluation purposes.

3. OOH shall pay all costs associated with the qualifying activities described above after receipt of funding. Any expenditures are subject to SOR funding restrictions, as described in Exhibit B.

4. OOH shall make available all records relating to costs, work performed and supporting documentation for activities performed and invoices submitted hereunder for audit including, but not limited to audit by OhioMHAS, the Auditor of State of Ohio, Inspector General or duly authorized law enforcement officials and agencies of the United States government for a minimum of three years after tem1ination of this Agreement. If an audit is initiated during this period of time, ODH shall retain such records until the audit is concluded and all issues resolved.

5. The ODH Agreement Manager is Sierra Dantzler, Health Planning Administrator II.

**III.**
**RESPONSIBILITIES OF THE OHIO DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES**

1. OhioMHAS, as the recipient of the SOS 3.0 Year II grant, shall provide funding to ODH in an amount not to exceed a total amount of $9,000,000.00 for the term of this Agreement.

2. OhioMHAS will transfer to ODH, upon receipt of a proper Intra-State Transfer Voucher (ISTV), funding request up to the amounts specified in Article II for qualifying activities, not to exceed a total of $9,000,000.00 for the period commencing on September 30, 2023 through September 29, 2024 (all funds must be obligated on or before September 29, 2024).

3. ODH will request previous written permission from Ohio MHAS representatives to move funding between the deliverables and agrees a revised Interagency Agreement is not necessary for the movement of funding between existing projects covered within this Agreement.

4. OhioMHAS will, through its Central Pharmacy Service, distribute naloxone to the Project DAWN sites based on ODH's guidance.

5. The OhioMHAS Agreement Manager is Richard Massatti, Senior Project Manager.

**IV.**
**GENERAL PROVISIONS**

**A. Term**

This Agreement will become effective September 30, 2023 and will end on September 29, 2024. No work under this Agreement may occur after September 29, 2024. All ISTVs for reimbursement shall be submitted by ODH to OhioMHAS no later than November 13, 2024 and shall be paid no later than December 13, 2024. It is anticipated that additional funds may be available for the following year. In such case, upon mutual written agreement between the parties, this Agreement may be renewed for additional funds, subject to the same terms and conditions of this Agreement and subject to any federal and state directives, regulations, and laws relating to the subject matter of this Agreement.

**B. Termination by Notice**

1. This Agreement may be terminated by either party upon 30 days written notice of termination to the other party. Notice of termination shall be sent or otherwise delivered to the following persons: if OhioMHAS is tem1inating the Agreement, to the Director of the ODH or, if ODH intends to terminate the Agreement, to the Director of OhioMHAS.

2. This Agreement may be terminated immediately in the event there is disapproval by a federal administrative agency, or upon discovery of non-compliance with any federal or state laws, rules, or regulations. In the event termination is pursuant to this paragraph B.2., a notice specifying the reasons for tem1ination shall be sent as soon as possible after the tem1ination in accordance with the procedures set forth in Article IV., paragraph B-1.

3. Reimbursement may be made only for work completed prior to the effective date of termination.

**C. Amendments**

This Agreement may be modified or amended, provided that any such modification or amendment is in writing and is signed by the Director of OhioMHAS and the Director of ODH. It is agreed, however, that any amendments to laws, rules or regulations cited herein will result in the correlative modification of this Agreement, without the necessity for executing a written amendment.

**D. Compliance with Federal and State Laws, Rules and Regulations**

The parties agree to comply with all federal and state laws, rules, regulations, and auditing standards that are applicable to the performance of this Agreement.

**E. Applicable Law; Partial Invalidity**

This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Ohio, without regard to choice of law provisions. A judicial or administrative finding, order, or decision that any part of this Agreement is illegal or invalid shall not invalidate the remainder of the Agreement.

**F. Liability Requirements (other than audit)**

To the extent allowable by law, ODH agrees to be responsible for any liability, suits, losses, judgments, damages, or other demands brought as a result of its negligent actions or omissions in the performance of this Agreement. To the extent allowable by law, OhioMHAS agrees to be responsible for any liability, suits, losses, judgments, damages, or other demands brought as a result of its negligent actions or omissions in performance of this Agreement.

**G. Audit Exceptions**

1. OhioMHAS shall be responsible for receiving, replying to, and arranging compliance with any audit exception(s) found as a result of any state or federal audit of this Agreement as it pertains to federal funding of the Agreement. ODH shall fully cooperate with OhioMHAS and timely prepare and send to OhioMHAS its written response to the audit exception(s).

2. OhioMHAS shall be liable for any audit exception(s) that result(s) solely from its acts or omissions in the performance of this Agreement. ODH shall be liable for any audit exception(s) that result(s) solely from its acts or omissions in the performance of this Agreement. In the event that any audit exception(s) result(s) from the acts or omissions of both ODH and OhioMHAS, the financial liability for the audit exception(s) shall be shared by the parties in proportion to their relative fault. In the event of a dispute concerning the allocation of financial liability for audit exceptions, the parties agree that the dispute shall be referred to the Office of the Governor for a final, binding determination allocating financial liability.

3. For the purpose of this section, the term "audit exception" shall include federal disallowance and deferrals.

**H. Subject to Appropriation**

The obligations of each party under this Agreement shall be subject to the appropriation of funds by the General Assembly and, if necessary, approval by the Controlling Board of Ohio.

**I. Resolution of Disputes.**

The parties agree that the director of ODH and the director of OhioMHAS shall resolve any disputes between the parties concerning responsibilities under, or pe1fonnance of, any of the terms of this Agreement. In the event the directors cannot agree to an appropriate resolution to a dispute, they shall be referred to the Office of the Governor for a final, binding determination to resolve the dispute.

**J. Entirety of Agreement**

All terms and conditions of this Agreement are embodied herein. No other terms and conditions will be considered a part of this Agreement unless expressly agreed upon in writing and signed by both parties.

**APPROVED BY:**

NAME: LeeAnne Cornyn DATE: 12/28/2023

LeeAnne Cornyn, Director

Ohio Department of Mental Health and Addiction Services

30 East Broad Street, 36th Floor, Columbus, Ohio 43215

NAME: Bruce Vanderhoff, MD, MBA, by MW DATE: 12/21/2023

Bruce Vanderhoff, M.D., M.B.A., Director of Health

Ohio Department of Health

246 North High Street, Columbus, Ohio 43215

EXHIBIT A

WISE # 54127

SOS 3.2 BUDGET TABLE

9/30/2023 – 9/29/2024

| IAA Item # | Activity | Activity Total | Item Total |
|---|---|---|---|
| 1 | Overdose Awareness Day Event Support for Project DAWNs | $ 150,000.00 | $515,000.00 |
| | Client Education Materials (Print Services) | $125,000.00 | |
| | Staff Technical Assistance | $240,000.00 | |
| 2 | Community Programs | $4,385,000.00 | $5,849,000.00 |
| | Project DAWN Capacity Building Contracts | $454,000.00 | |
| | Statewide Mail-Order & Lay Dist. Contract | $650,000.00 | |
| | Staff Technical Assistance | $360,000.00 | |
| 3 | Media buy for OH Against OD social marketing campaign | $750,000.00 | $750,000.00 |
| 4 | Naloxone Purchase for Statewide Mail-order | $1,486,000.00 | $1,586,000.00 |
| | Naloxone Distribution Equipment & Supplies | $100,000.00 | |
| 5 | Naloxone Modeling Contract | $150,000.00 | $150,000.00 |
| 6 | Case Western Reserve University Contract | $150,000.00 | $150,000.00 |
| | | **Total** | **$9,000,000.00** |