**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 43

## STATE OF OHIO FY2025 SINGLE AUDIT — EXCERPT
## ASSISTANCE LISTING 93.788, "OPIOID STR"

**CAUCHON_002979–981**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# STATE OF OHIO

## SINGLE AUDIT

## FOR THE YEAR ENDED JUNE 30, 2025

OHIO AUDITOR OF STATE
**KEITH FABER**

**STATE OF OHIO**
**SUPPLEMENTARY SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS**
**BY FEDERAL AGENCY AND FEDERAL PROGRAM**
**FOR THE FISCAL YEAR ENDED JUNE 30, 2025**

| FEDERAL AGENCY/ASSISTANCE LISTING (AL) NUMBER/PROGRAM TITLE | | | Total Expenditures | Amount Provided to Subrecipients |
|---|---|---|---|---|
| **U.S. Department of Health and Human Services (Continued)** | | | | |
| 93.658 | | Foster Care Title IV-E | 270,951,037 | 47,145,153 |
| 93.659 | | Adoption Assistance | 209,676,792 | 106,985,441 |
| 93.667 | | Social Services Block Grant | 127,710,763 | 108,532,273 |
| 93.669 | | Child Abuse and Neglect State Grants | 4,649,802 | - |
| 93.670 | | Child Abuse and Neglect Discretionary Activities | 355,458 | - |
| 93.671 | (a) | Family Violence Prevention and Services/Domestic Violence Shelter and Supportive Services | 6,357 | - |
| 93.671 | | Family Violence Prevention and Services/Domestic Violence Shelter and Supportive Services | 4,498,256 | 4,317,873 |
| 93.671 | | COVID-19 -- Family Violence Prevention and Services/Domestic Violence Shelter and Supportive Services | 6,198,759 | 6,091,854 |
| | | Total Family Violence Prevention and Services/Domestic Violence Shelter and Supportive Services | 10,703,372 | 10,409,727 |
| 93.674 | | John H. Chafee Foster Care Program for Successful Transition to Adulthood | 6,139,339 | 3,431,597 |
| 93.686 | | Ending the HIV Epidemic: A Plan for America — Ryan White HIV/AIDS Program Parts A and B | 2,634,892 | - |
| 93.747 | | Elder Abuse Prevention Interventions Program | 1,428,242 | 840,384 |
| 93.747 | | COVID-19 -- Elder Abuse Prevention Interventions Program | 227,077 | 220,466 |
| | | Total Elder Abuse Prevention Interventions Program | 1,655,319 | 1,060,850 |
| 93.761 | | Evidence-Based Falls Prevention Programs Financed Solely by Prevention and Public Health Funds (PPHF) | 255,152 | - |
| 93.767 | | Children's Health Insurance Program | 818,979,008 | 4,600,530 |
| 93.767 | | COVID-19 -- Children's Health Insurance Program | 275,459 | - |
| | | Total Children's Health Insurance Program | 819,254,467 | 4,600,530 |
| 93.773 | | Medicare Hospital Insurance | 6,346,688 | - |
| 93.774 | | Medicare Supplementary Medical Insurance | 266,248 | - |
| 93.788 | | Opioid STR | 104,057,205 | 83,074,837 |
| 93.791 | | Money Follows the Person Rebalancing Demonstration | 18,115,789 | 6,428,093 |
| 93.796 | | State Survey Certification of Health Care Providers and Suppliers (Title XIX) Medicaid | 12,763,943 | - |
| 93.810 | | Paul Coverdell National Acute Stroke Program National Center for Chronic Disease Prevention and Health Promotion | 422,800 | - |
| 93.870 | | Maternal, Infant and Early Childhood Home Visiting Grant | 5,456,901 | - |
| 93.870 | | COVID-19 -- Maternal, Infant and Early Childhood Home Visiting Grant | 701,094 | - |
| | | Total Maternal, Infant and Early Childhood Home Visiting Grant | 6,157,995 | - |
| 93.879 | (c) | Medical Library Assistance | 19,995 | 15,000 |
| 93.889 | | National Bioterrorism Hospital Preparedness Program | 6,840,660 | - |
| 93.889 | | COVID-19 -- National Bioterrorism Hospital Preparedness Program | 168 | - |
| | | Total National Bioterrorism Hospital Preparedness Program | 6,840,828 | - |
| 93.898 | | Cancer Prevention and Control Programs for State, Territorial and Tribal Organizations | 5,249,514 | - |
| 93.912 | (c) | Rural Health Care Services Outreach, Rural Health Network Development and Small Health Care Provider Quality Improvement | 25,000 | - |
| 93.913 | | Grants to States for Operation of State Offices of Rural Health | 227,129 | - |
| 93.917 | | HIV Care Formula Grants | 27,216,477 | - |
| 93.940 | | HIV Prevention Activities Health Department Based | 9,742,391 | - |
| 93.946 | | Cooperative Agreements to Support State-Based Safe Motherhood and Infant Health Initiative Programs | 287,371 | - |
| 93.958 | | Block Grants for Community Mental Health Services | 32,028,684 | 25,936,328 |
| 93.958 | | COVID-19 -- Block Grants for Community Mental Health Services | 6,451,788 | 1,751,930 |
| | | Total Block Grants for Community Mental Health Services | 38,480,472 | 27,688,258 |
| 93.959 | | Block Grants for Prevention and Treatment of Substance Abuse | 65,919,726 | 62,631,758 |
| 93.959 | | COVID-19 -- Block Grants for Prevention and Treatment of Substance Abuse | 14,035,251 | 10,703,123 |
| | | Total Block Grants for Prevention and Treatment of Substance Abuse | 79,954,977 | 73,334,881 |
| 93.967 | | Centers for Disease Control and Prevention Collaboration with Academia to Strengthen Public Health | 2,458,765 | - |
| 93.967 | | COVID-19 -- Centers for Disease Control and Prevention Collaboration with Academia to Strengthen Public Health | 17,905,336 | - |
| | | Total Centers for Disease Control and Prevention Collaboration with Academia to Strengthen Public Health | 20,364,101 | - |
| 93.977 | | Sexually Transmitted Diseases (STD) Prevention and Control Grants | 3,998,419 | - |
| 93.977 | | COVID-19 -- Sexually Transmitted Diseases (STD) Prevention and Control Grants | 2,560,913 | - |
| | | Total Sexually Transmitted Diseases (STD) Prevention and Control Grants | 6,559,332 | - |
| 93.988 | | Cooperative Agreements for Diabetes Control Programs | 1,119,825 | - |
| 93.991 | | Preventive Health and Health Services Block Grant | 7,062,908 | 4,316,710 |
| 93.994 | | Maternal and Child Health Services Block Grant to the States | 26,298,923 | 5,802,149 |
| | | **Total U.S. Department of Health and Human Services** | **32,638,238,071** | **1,248,622,734** |

**STATE OF OHIO**
**JULY 1, 2024 THROUGH JUNE 30, 2025**
**SCHEDULE OF FINDINGS AND QUESTIONED COSTS**

**MAJOR FEDERAL PROGRAMS**

| AL # | Program Name / State Agency | Expenditures | Percent of Total |
|---|---|---|---|
| **U.S. Department of Health and Human Services (continued)** | | | |
| 93.775 / 93.777 / 93.778 | | | |
| | Ohio Department of Medicaid | $25,379,732,973 | |
| | Ohio Department of Developmental Disabilities | $ 2,934,546,319 | |
| | Other Agencies (Not Tested as a Major Program) | $ 221,284,106 | |
| | Total Medicaid Cluster | $28,535,563,398 | 62.91% |
| 93.788 | Opioid STR | | |
| | Ohio Department of Behavioral Health | $ 99,200,284 | |
| | Ohio Department of Health | $ 4,856,921 | |
| | Total Assistance Listing #93.788 | $ 104,057,205 | 0.23% |
| 93.959 | Block Grants for Prevention and Treatment of Substance Abuse * | | |
| | Ohio Department of Behavioral Health | $ 79,944,977 | |
| | Other Agencies (Not Tested as a Major Program) | $ 10,000 | |
| | Total Assistance Listing #93.959 | $ 79,954,977 | 0.18% |
| **Social Security Administration** | | | |
| 96.001 | Disability Insurance/SSI Cluster: | | |
| | Opportunities for Ohioans with Disabilities | $ 83,788,815 | |
| | Total Disability Insurance/SSI Cluster | $ 83,788,815 | 0.18% |
| **Total Major Federal Programs** | | $37,799,036,997 | 83.33% |
| **Other Federal Programs** | | $ 7,560,889,640 | 16.67% |
| **Total Federal Awards Expenditures** | | **$45,359,926,637** | **100.00%** |

* *Denotes major program expenditures included COVID-19 funding. See pages 9-19 for the Supplementary Schedule of Expenditures of Federal Awards by Federal Agency and Federal Program for further details on the amount of COVID-19 expenditures made from each major federal program.*