**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 44

## CONFLICT OF INTEREST STATEMENT, PAGE 109 OF HRO'S STATEWIDE NALOXONE CONTRACT APPLICATION (JULY 2023)

**HRO_000579**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**HARM REDUCTION OHIO**

Health. Science · Compassion · Human Rights

## 10. Conflict of Interest Statement

Harm Reduction Ohio confirms that no employees or contractors associated with the organization have a conflict of interest working on the statewide Naloxone project.