**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 45

## HRO STATEWIDE NALOXONE CONTRACT APPLICATION (JULY 2023) — EXCERPT

## STAFFING PLAN DESIGNATING AMANDALYNN REESE AS FULL-TIME (1.0 FTE) PROJECT MANAGER

**HRO_000471–472, 000532–534**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# Harm Reduction Ohio Application

## Statewide Naloxone Mail Order & Lay Distributor Network Contract

SRC0000009421, DOH005

Application Filed: July 25, 2023

# Table of Contents


1. Cover letter-Pages 3-4
2. Certification-Pages 5-6
3. Signed Contracts-Page 7
4. Offerer Profile and Prior Projects-Pages 8-22
5. Offerer Letters of Supports-Pages 23-61
6. Staffing Plan-Pages 62-73
7. Personnel Profile Summary-Pages 74-93
8. Work Plan- Pages 94-107
9. Support Requirements-Page 108
10. Conflict of Interest Statement-Page 109
11. Assumptions-Page 110
12. Proof of Insurance-Page 111
13. Payment Address-Page 120
14. Contract Performance-Page 121
15. W-9 Form and Supplier Registration-Page 122
16. Affirmative Action Plan-Page 123
17. Prohibition of the Expenditure of Public Funds for Offshore Services-Pages 124-125
18. Cost Summary Form (Not Included, Uploaded Separately)
19. Preference Certification Statements-Page 126
20. Minority Business Enterprise Plan-Not Applicable
21. Schedule S Response-Pages 127-128

# 6. Staffing Plan

Overview of Staffing: **8.0 FTE Total**

| Role | Reports to | Name(s) | FTE (each) |
|---|---|---|---|
| President (1) | Board of Directors | Dennis Cauchon | 0.5 |
| Project Manager (1) | President | AmandaLynn Reese | 1.0 |
| Grant Manager (1) | President | Jen Phillips | 0.5 |
| Regional Coordinator (5) | Project Manager | Kelsey Bates<br>Four to be hired | 0.5 |
| Black Community Outreach Coordinator (1) | Project Manager | Kelsey Bates | 0.5 |
| Naloxone Distribution Manager (1) | Project Manager | One to be hired | 0.8 |
| Naloxone Specialist (3) | Project Manager | Shae Dalrymple<br>Ella Clark<br>One to be hired | 0.5 |
| Administrator (1) | President | Erin Pottenger | 0.6 |
| Project Consultant (1) | Project Manager | Mallory Bolen | 0.1 |

**Contingency Planning and Ability to Provide Replacement Personnel**
While the staff defined in the table above represents the planned team to successfully execute all aspects of the Project, Harm Reduction Ohio can easily recruit qualified replacement personnel should it be needed. With connections to both practitioners in the harm reduction community and those with lived and shared experience (along with a large, already functioning lay distributor network), HRO has a deep talent pool of already-identified people who could fill in key roles. This holds true both in the case of an unexpected need for increased capacity or to replace a member of staff.

## President (Dennis Cauchon)

20 hours, 0.5 FTE
Reports to Board of Directors

The President is responsible for strategic, financial and operational leadership. The President is also the primary link to the Board of Directors, policymakers and the media. Key project responsibilities:

1. **Vision and Mission:** Set overall pace and direction of the project.
2. **Research:** Identify demographic groups and geographic areas that are under-resourced with Project DAWN naloxone, as measured by overdose mortality and kits distributed.
3. **Hiring:** Work with Project Manager to hire additional qualified staff, with a preference for those with lived or shared opioid overdose experience.
4. **Financial Management:** Oversee organizational finances, budgeting and fundraising.
5. **Stakeholder Engagement:** Build and maintain relationships with key stakeholders, partners, donors and community members.
6. **Board Relations:** Provide Board of Directors with regular updates, seeking guidance and support as needed.
7. **Public Relations:** Represent HRO to the public, media, and policymakers.
8. **Compliance and Governance:** Ensure HRO operates in compliance with all relevant laws, regulations and ethical standards.
9. **Inter-Department Collaboration:** Coordinate staff, particularly Project Manager and Grant Manager, to ensure effective contract execution.

## Project Manager (AmandaLynn Reese)

40 hours, 1.0 FTE
Reports to President

The Project Manager is responsible for management and execution of the contract's goals, objectives and deliverables. Key project responsibilities:

1. **Project Oversight:** Provide oversight for the statewide mail order and lay distributor naloxone contract, ensuring alignment with the contract's goals and objectives.
2. **Team Supervision:** Oversee and support the regional lay distributor coordinators and naloxone distribution staff, ensuring they have necessary resources and training.
3. **Hiring:** Work with President to hire required staff to fulfill the contract's goals and objectives.
4. **Budget Management:** Work with Grant Manager to ensure proper budgeting and compliance with grant guidelines.
5. **Reporting and Evaluation:** Oversee monitoring and evaluation of project activities to ensure progress and outcomes are tracked and documented.
6. **Stakeholder Engagement:** Build and maintain relationships with stakeholders, partners, and community members to foster support for the project.
7. **Communication and Outreach:** Develop and implement communication strategies, including holding regional and state lay distributor group meetings across the state.
8. **Program Expansion:** Explore opportunities for expanding project reach and impact.
9. **Training and Capacity Building:** Organize training sessions and capacity-building initiatives for lay distributors, team members and community partners.
10. **Coordination with Other Programs:** Ensure coordination and synergy with other Project DAWN programs.