**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 46

## JULY 2023 SIGNED TIME-COMMITMENT STATEMENT OF AMANDALYNN REESE (FULL-TIME PROJECT MANAGER, STATEWIDE NALOXONE CONTRACT) WITH TRANSMITTAL EMAILS

**CAUCHON_003008 (p. 1); CAUCHON_001214 (p. 2); CAUCHON_003009 (p. 3); CAUCHON_001216 (p. 4)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Can you sign this and pdf it back
**Date:** July 23, 2023 at 5:11 PM
**To:** AmandaLynn Reese amandalynn@harmreductionohio.org

DC

**Time committement form staffing plan AmandaLynn AL...**

Required in 6D.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

# HARM REDUCTION OHIO

Health. Science · Compassion · Human Rights

July 20, 2023

Committee to Project Statement

To Whom It May Concern:

I, AmandaLynn Reese, will be Project Manager on the Statewide Mail Order and Lay Distributor Network Contract. I will work fulltime on the project and not have my ability to execute the project reduced by other duties.

Sincerely,

AmandaLynn Reese
Program Manager/Chief Program Officer
Harm Reduction Ohio

**From:** **Amanda Reese** amandalynn@harmreductionohio.org
**Subject:** Re: Can you sign this and pdf it back
**Date:** July 23, 2023 at 5:26 PM
**To:** Dennis Cauchon dennis@harmreductionohio.org

AR

signed

On Sun, Jul 23, 2023 at 5:12 PM Dennis Cauchon <dennis@harmreductionohio.org> wrote:

> Required in 6D.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> dennis@HarmReductionOhio.org
> www.harmreductionohio.org/
> he/him/his
>
> *"Let's save some lives today!"*

--

HEALTH SCIENCE COMPASSION HUMAN RIGHTS
HARM REDUCTION
OHIO

AmandaLynn Reese
She/her/hers
Director of Programming
Project Manager Interact
Harm Reduction Ohio
935 River Rd Suite G
Granville Ohio
513-833-1675

**Time committement form staffing plan AmandaLynn AL...**
45 KB

# HARM REDUCTION OHIO

Health. Science · Compassion · Human Rights

July 20, 2023

Committee to Project Statement

To Whom It May Concern:

I, AmandaLynn Reese, will be Project Manager on the Statewide Mail Order and Lay Distributor Network Contract. I will work fulltime on the project and not have my ability to execute the project reduced by other duties.

Sincerely,

AmandaLynn Reese
Program Manager/Chief Program Officer
Harm Reduction Ohio