**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 47

## JULY 16, 2024 EMAILS: CAUCHON REPORT TO STEWARD CONCERNING REESE'S VELOCITY BIOGROUP ROLE, AND STEWARD'S SAME-DAY RESPONSES

**CAUCHON_002966–971**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** AmandaLynn...potential conflicts and disclosure
**Date:** July 16, 2024 at 11:08 AM
**To:** Dwayne Steward dwayne@makeitbetterconsulting.com

DC

I got a Facebook feed for a one-day peer specialist conference by a group I'd never heard of: On the Front Lines Community Alliance.

When I checked them out, I see that AmandaLynn is on its board and her biography also says she is Director of Government Advocacy with Velocity Biogroup, a Colorado company.

**Velocity Biogroup**'s web site is here. Velocity is a "solutions" business that does PR, advocacy, lobbying, contract negations, etc. in the substance use, pharma and federal government markets. From my research, they appear to have large contacts to promote Kloxxado and Zimhi (high dose naloxone), as well as some forms of MAT. Company refers to SUD contract

This is one description the company supplied to a business web site: "Velocity Biogroup is a strategic alliance of long-serving leaders from the pharmaceutical, biologics, medical device, and federal markets, with deep ties to the commercial and government payer worlds, as well as the public relations and advocacy groups. Their major goal is to assist the company in developing a compelling recipe for the success oftheir key items as they enter the market. The US Department of defense, US department of veteran affairs, US public health services, center for disease control, national, regional, and local private healthcare plans, center for medicare & Medicaid services, Ryan white care act and state ADAP programs, Indian health services, and the federal bureau of prisons are among their areas of expertise."

The company appears to have many "directors of government advocacy." It's likely a paid, contract position, but I am not sure.

A couple of weeks ago, the big harm reduction list serve had comments criticizing Hikma, which makes 8mg Kloxxado (which we distribute even though harm reduction circles don't like high dose). AmandaLynn posted a brief defense of Hikma to the list serve, noting they do good such as hiring people with criminal records. All fine..but problematic if she has an undisclosed relationship with a firm promoting Hikma and Kloxxado.

**On the Front Lines Community Alliance** is new group that hopes to be a kind of trade group for peer specialists. It's run by a harm reduction specialist Hannah Schilling at Hamilton County Public Health. (I do not know Hannah.) It's a group that just go its 501c3 in February. Its first 990 reports $1,000 in annual revenue.

The idea of organizing peer specialists is good and important. I've talked about trying to do it with Jamie Decker and other peers. I have no problem with this effort. However, it is 100% funded by OMHAS and the treatment industry. OMHAS pushes out about $5-10 million a year to groups that claim to represent the impacted population. The Prevention Action Alliance (former Drug Free Ohio), Peer Recovery Organizations, Ohio Citizens Advocates for Addiction Recovery, etc. These groups are harm reduction friendly to varying degrees, from barely to a lot. Some good people in recovery work with them (although not in senior positions).

I have no problem with these groups and sometimes work with them a little. These groups have resources that peers can easily get. However, this structure of peer representation being funded and controlled by employers and OMHAS (which regulates peers) could be problematic long-term. The peers core gripes are pay, working conditions, advancement, etc.

The new group On the Front Lines is serving as the grassroots front person for a nine-month series of networking lunches for peers around the state and a Peer Summit in September at the Hamilton County Coroners Office/Crime Lab. The funding appears to be OMHAS to Peer Recovery Organizations to the Weitzman Institution (a big non-profit health care provider in Connecticut) to the new On the Front Lines as the upstart organizer.

To me, it's fine to work with these groups, serve on panels, etc. But I don't like HRO being a part of the governing board of an organization that is only partly aligned with our mission.

So that's the overview. Thanks for thinking about this.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Fwd: AmandaLynn...potential conflicts and disclosure
**Date:** July 17, 2024 at 10:04 AM
**To:** Cecile Katz cecile@harmreductionohio.org

DC

This is what I wanted to talk about. AmandaLynn is doing some volunteer and paid(?) work that I was not told about that raises concerns about conflicts with HRO's work. I summarized at length in email to Dwayne.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

Begin forwarded message:

**From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
**Subject:** **AmandaLynn...potential conflicts and disclosure**
**Date:** July 16, 2024 at 11:08:58 AM EDT
**To:** Dwayne Steward <dwayne@makeitbetterconsulting.com>

I got a Facebook feed for a one-day peer specialist conference by a group I'd never heard of: On the Front Lines Community Alliance.

When I checked them out, I see that AmandaLynn is on its board and her biography also says she is Director of Government Advocacy with Velocity Biogroup, a Colorado company.

**Velocity Biogroup**'s web site is here. Velocity is a "solutions" business that does PR, advocacy, lobbying, contract negations, etc. in the substance use, pharma and federal government markets. From my research, they appear to have large contacts to promote Kloxxado and Zimhi (high dose naloxone), as well as some forms of MAT. Company refers to SUD contract

This is one description the company supplied to a business web site: "Velocity Biogroup is a strategic alliance of long-serving leaders from the pharmaceutical, biologics, medical device, and federal markets, with deep ties to the commercial and government payer worlds, as well as the public relations and advocacy groups. Their major goal is to assist the company in developing a compelling recipe for the success oftheir key items as they enter the market. The US Department of defense, US department of veteran affairs, US public health services, center for disease control, national, regional, and local private healthcare plans, center for medicare & Medicaid services, Ryan white care act and state ADAP programs, Indian health services, and the federal bureau of prisons are among their areas of expertise."

The company appears to have many "directors of government advocacy." It's likely a paid, contract position, but I am not sure.

A couple of weeks ago, the big harm reduction list serve had comments criticizing Hikma, which makes 8mg Kloxxado (which we distribute even though harm reduction circles don't like high dose). AmandaLynn posted a brief defense of Hikma to the list serve, noting they do good such as hiring people with criminal records. All fine..but problematic if she has an undisclosed relationship with a firm promoting Hikma and Kloxxado.

**On the Front Lines Community Alliance** is new group that hopes to be a kind of trade group for peer specialists. It's run by a harm reduction specialist Hannah Schilling at Hamilton County Public Health. (I do not know Hannah.) It's a group that just go its 501c3 in February. Its first 990 reports $1,000 in annual revenue.

The idea of organizing peer specialists is good and important. I've talked about trying to do it with Jamie Decker and other peers. I have no problem with this effort. However, it is 100% funded by OMHAS and the treatment industry. OMHAS pushes out about $5-10 million a year to groups that claim to represent the impacted population. The Prevention Action Alliance (former Drug Free Ohio), Peer Recovery Organizations, Ohio Citizens Advocates for Addiction Recovery, etc. These groups are harm reduction friendly to varying degrees, from barely to a lot. Some good people in recovery work with them (although not in senior positions).

I have no problem with these groups and sometimes work with them a little. These groups have resources that peers can easily get. However, this structure of peer representation being funded and controlled by employers and OMHAS (which regulates peers) could be problematic long-term. The peers core gripes are pay, working conditions, advancement, etc.

The new group On the Front Lines is serving as the grassroots front person for a nine-month series of networking lunches for peers around the state and a Peer Summit in September at the Hamilton County Coroners Office/Crime Lab. The funding appears

to be OMHAS to Peer Recovery Organizations to the Weitzman Institution (a big non-profit health care provider in Connecticut) to the new On the Front Lines as the upstart organizer.

To me, it's fine to work with these groups, serve on panels, etc. But I don't like HRO being a part of the governing board of an organization that is only partly aligned with our mission.

So that's the overview. Thanks for thinking about this.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** FYI...HRO's current conflict of interest policy
**Date:** July 16, 2024 at 11:42 AM
**To:** Dwayne Steward dwayne@makeitbetterconsulting.com

DC

It's from our board-approved employee handbook.

**Hro Conflict If Interest Policy - Jul 16 2024 - 11-39 AM.pdf**

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**From:** **Dwayne Steward** dwayne@makeitbetterconsulting.com
**Subject:** Re: FYI...HRO's current conflict of interest policy
**Date:** July 16, 2024 at 11:56 AM
**To:** Dennis Cauchon dennis@harmreductionohio.org

DS

I was going to ask for this. Thanks for sending. Had a lawyer reviewed this recently? There might be some language in here that is no longer allowed per employee law. There have been some changes recently. They're moving towards outlawing non-compete clauses, and I don't think required overtime is allowed anymore.

https://www.ftc.gov/news-events/news/press-releases/2024/04/ftc-announces-rule-banning-noncompetes

https://joinhomebase.com/blog/is-mandatory-overtime-legal/

I have a lot of thoughts about AmandaLynn's situation. You'll need to be delicate if you approach her. So you stay on the right side of employee law.

Looking forward to chatting at 1:30.

Sincerely,
Dwayne

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

On Tue, Jul 16, 2024 at 11:42 AM Dennis Cauchon <dennis@harmreductionohio.org> wrote:

> It's from our board-approved employee handbook.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> dennis@HarmReductionOhio.org
> www.harmreductionohio.org/
> he/him/his
>
> *"Let's save some lives today!"*

**From:** **Dwayne Steward** dwayne@makeitbetterconsulting.com
**Subject:** Re: FYI...HRO's current conflict of interest policy
**Date:** July 16, 2024 at 2:07 PM
**To:** Dennis Cauchon dennis@harmreductionohio.org

DS

Just as a follow, the language is important to mitigate risk. See suggested language below.

Do say:

"These activities are not allowed on company time, and company resources cannot be used for these activities."

Don't say:

"You're not allowed to do these activities if you work at HRO."

Do say:

"Participating in these activities could reflect poorly on the agency, so it must be made clear that these activities are not done in association with your work at HRO. Please remove all mention of your employment with HRO when you are engaged in these activities."

Don't say:

"You are required to cease these activities to remain employed at HRO."

I hope this helps!

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

On Tue, Jul 16, 2024 at 11:56 AM Dwayne Steward <dwayne@makeitbetterconsulting.com> wrote:

> I was going to ask for this. Thanks for sending. Had a lawyer reviewed this recently? There might be some language in here that is no longer allowed per employee law. There have been some changes recently. They're moving towards outlawing non-compete clauses, and I don't think required overtime is allowed anymore.
>
> https://www.ftc.gov/news-events/news/press-releases/2024/04/ftc-announces-rule-banning-noncompetes
>
> https://joinhomebase.com/blog/is-mandatory-overtime-legal/
>
> I have a lot of thoughts about AmandaLynn's situation. You'll need to be delicate if you approach her. So you stay on the right side of employee law.
>
> Looking forward to chatting at 1:30.
>
> Sincerely,
> Dwayne
>
> Dwayne Steward, MPA
> Founder and CEO
> Make It Better Consulting
>
> make it better
> CONSULTING
> makeitbetterconsulting.com
> dwayne@makeitbetterconsulting.com
> (614) 859-9627