**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 48

## JULY 23–24, 2024 "CONFLICT ISSUES" EMAIL THREAD: CAUCHON'S JULY 23 INQUIRY TO REESE, REESE'S JULY 24 REPLY, AND CAUCHON'S JULY 24 FORWARD TO STEWARD AND KATZ WITH REESE'S AUGUST 21, 2024 FORWARD OF THE THREAD TO GOLDEN

**HRO_000245–246; REESE_000008**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

Outlook

## Fwd: Conflict issues

**From** Dennis Cauchon <denniscauchon@gmail.com>
**Date** Wed 7/24/2024 11:16 AM
**To** Dwayne Steward <dwayne@makeitbetterconsulting.com>
**Cc** Cecile Katz <cecile@harmreductionohio.org>

FYI...

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

> Begin forwarded message:
>
> **From:** Amanda Reese <amandalynn@harmreductionohio.org>
> **Subject: Re: Conflict issues**
> **Date:** July 24, 2024 at 10:51:18 AM EDT
> **To:** Dennis Cauchon <dennis@harmreductionohio.org>
>
> Dennis,
>
> I apologize for any confusion. I have not forgotten our discussion. Based on our conversation, I was expecting to review a conflict of interest form or policy before finalizing anything but as I shared previously my priority commitment remains to the people we serve at Harm Reduction Ohio.

HRO_000245

Thank you for your support as I navigate this new professional learning opportunity.

AmandaLynn Reese
513-833-1675
Note: I travel frequently for outreach and may be delayed in responding to emails.

On Tue, Jul 23, 2024, 2:09 PM Dennis Cauchon <dennis@harmreductionohio.org> wrote:

> Don’t forget to let me know what you decided. Thanks.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> dennis@HarmReductionOhio.org
> www.harmreductionohio.org/
> he/him/his
>
> *“Let’s save some lives today!"*

# Conflict issues

3 messages

**Dennis Cauchon** <dennis@harmreductionohio.org> Tue, Jul 23, 2024 at 2:09 PM
To: AmandaLynn Reese <amandalynn@harmreductionohio.org>

Don't forget to let me know what you decided. Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

---

**Amanda Reese** <amandalynn@harmreductionohio.org> Wed, Jul 24, 2024 at 10:51 AM
To: Dennis Cauchon <dennis@harmreductionohio.org>

Dennis,

I apologize for any confusion. I have not forgotten our discussion. Based on our conversation, I was expecting to review a conflict of interest form or policy before finalizing anything but as I shared previously my priority commitment remains to the people we serve at Harm Reduction Ohio.

Thank you for your support as I navigate this new professional learning opportunity.

AmandaLynn Reese
513-833-1675
Note: I travel frequently for outreach and may be delayed in responding to emails.
[Quoted text hidden]

---

**Amanda Reese** <amandalynn@harmreductionohio.org> Wed, Aug 21, 2024 at 4:52 PM
To: bIlly Golden <bgoldenhr@gmail.com>

AmandaLynn Reese
Chief Program Officer
Harm Reduction Ohio

513-833-1675
Note: I travel frequently for outreach and may be delayed in responding to emails.
[Quoted text hidden]