**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 49

## REESE'S AUGUST 22, 2024 "DRAFT DISCLOSURE" EMAIL TO STEWARD WITH ATTACHED CONFLICT OF INTEREST DISCLOSURE DOCUMENT (DATED AUG. 19, 2024) LISTING "CONTRACT-BASED CONSULTING WITH VELOCITY BIOGROUP" AND STEWARD'S OCTOBER 1, 2024 FORWARD TO HRO'S INVESTIGATOR

**REESE_000032–034; HRO_000422**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# Draft Disclosure

1 message

**Amanda Reese** <amandalynn.a.reese@gmail.com> Thu, Aug 22, 2024 at 1:49 PM
To: Dwayne Steward <dwayne@makeitbetterconsulting.com>

Howdy happy Thursday!

I hope you're doing well. I'm reaching out because I'm feeling a bit overwhelmed as you know with the task of completing the Conflict of Interest Disclosure by tomorrow. The scope feels so broad I'm struggling to identify all potential vendors, customers, and partners of HRO, which is making it difficult to be fully transparent while maintaining my professional autonomy and privacy. Full disclosure I paid 3 attorneys consulting fees and they basically laughed at the document - and told me there was nothing they could do

I've started drafting the document (attached) and tried to include everything relevant, but I'm not sure if it's a good starting point. Could you take a look and let me know if I'm on the right track? Also, any advice on how to navigate this without compromising too much personal financial information would be greatly appreciated.

Thanks for all your help.

**Conflict of Interest Disclosure Document**

**Name:** AmandaLynn Reese
**Position:** Chief Program Officer, Harm Reduction Ohio
**Date:** August 19, 2024

## Potential Conflicts of Interest:

**1. Contract-Based Consulting with Velocity BioGroup:**
I provide consulting services focused on public health advocacy, policy development, harm reduction education, and Medication-Assisted Treatment (MAT) on a national scale. My work involves strategic initiatives to improve access to life-saving health resources, particularly for underserved and tribal populations. This includes research for innovative solutions in substance use and overdose prevention, as well as collaboration with federal agencies such as the VA and Department of Defense, under various contractual agreements, focusing on areas outside Ohio.

**2. Board Memberships:**

- **African American Engagement Workgroup:** I serve on the board, contributing to efforts that enhance engagement and health equity within African American communities.
- **On the Frontlines Alliance:** I am a board member for this organization, which supports frontline workers in public health and harm reduction.
- **Coalition for Community Safety:** I serve on the board, focusing on community-driven initiatives to improve public safety.
- **Saving Our Own Lives:** I am a board member of this non-profit focused on preventing overdose deaths and supporting harm reduction efforts specifically focusing on WWUD.

**3. Ownership:**

- **Best Buddies Stay and Play:** I own and operate this daycare service, which provides childcare within my community.

**4. Volunteer Work:**

- **Girl Scouts of America:** I volunteer with the Girl Scouts, contributing to community outreach and leadership programs.
- **Cincinnati Children's Theatre:** I work with this organization, supporting children's involvement in theatre arts.
- **Coaching Soccer:** I coach youth soccer, engaging with young athletes in a leadership and mentoring capacity.
- **Finneytown PTA:** I am actively involved with the Finneytown Parent Teacher Association (PTA), contributing to initiatives that support the local school community.

**5. Ethics Committee Role:**

- **Teaching Outreach Through Theatre:** I serve on the ethics committee for this social change theatre group, which focuses on using theatre as a tool for education and social change.

**6. Independent Consulting:** I have also provided independent consulting services, occasionally advising on public health strategies and community engagement.

## Declaration:

I hereby declare that I have fully disclosed all real or potential conflicts of interest in good faith. I will abide by the conflict decisions made following discussion, provided those decisions are consistent with state and federal laws.

**Signature:**
AmandaLynn Reese

Gmail

Maritza Nelson <mnelson@msnlawoffice.com>

# Fwd: Draft Disclosure

1 message

**Dwayne Steward** <dwayne@makeitbetterconsulting.com> Tue, Oct 1, 2024 at 5:31 PM
To: Jim Douglas <jdouglas@msnlawoffice.com>, Maritza Nelson <mnelson@msnlawoffice.com>

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

---------- Forwarded message ---------
From: **Amanda Reese** <amandalynn.a.reese@gmail.com>
Date: Thu, Aug 22, 2024 at 1:50 PM
Subject: Draft Disclosure
To: Dwayne Steward <dwayne@makeitbetterconsulting.com>

Howdy happy Thursday!

I hope you're doing well. I'm reaching out because I'm feeling a bit overwhelmed as you know with the task of completing the Conflict of Interest Disclosure by tomorrow. The scope feels so broad I'm struggling to identify all potential vendors, customers, and partners of HRO, which is making it difficult to be fully transparent while maintaining my professional autonomy and privacy. Full disclosure I paid 3 attorneys consulting fees and they basically laughed at the document - and told me there was nothing they could do

I've started drafting the document (attached) and tried to include everything relevant, but I'm not sure if it's a good starting point. Could you take a look and let me know if I'm on the right track? Also, any advice on how to navigate this without compromising too much personal financial information would be greatly appreciated.

Thanks for all your help.

**Conflict of Interest Disclosure Document Draft.docx**
9K

HRO_000422