**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 51

## AUGUST 20, 2024 TEXT MESSAGE EXCHANGE, CAUCHON AND STEWARD

**CAUCHON_002951**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

Aug 20, 2024 at 9:22 AM

I saw your email response. Several staff at HRO have contacted the board. Not just AmandaLynn. I just don't think this COI is worth a staff walkout and jeopardizing the agency's largest grant. I think there are other ways to manage this. That's just my two cents.

We need the facts before we make a decision. It is concerning that the effort is to stop us from knowing. That is different from the decision.

This information should have been disclosed under the existing policy and as a matter of trust. It was not. So be it. So we put in a policy that routinizes disclosure. I do not believe the board should stop fact gathering. Facts first, decision next.

She's already shared the details with me dennis. This is not about a refusal to share information. This is about staff no longer feeling protected or safe at HRO because of decisions they've made outside of work. A fact finding mission isn't going to change that. This is a larger culture problem

Edited

Have you seen the contract and determined what was done, money paid, etc.?

I have not seen documents but I have received the information verbally. I don't think the amount of money matters truthfully (unless the policy has stated a cap, which I don't think it does) and I don't think we are legally allowed to ask for external contacts. We can only ask for self reported COI information. OSU doesn't ask me to share my contracts from my external activities.

Edited

I think we need to take a beat dennis before this gets out of our control

I spoke with AL for an hour and her description of the work, timing and the arrangement turned out to be incomplete at best. As you have taught me, professionalism requires that we separate facts from personal feelings. I like AmandaLynn very much, too. But undisclosed government advocacy for a pharmaceutical company product that we are the state's largest distributor and most harm reductionists oppose is not a trivial matter. NEXT refused to let us put Kloxxado on the online order form, for example. Imagine if this was doing undisclosed paid advocacy for for a pharmaceutical company that made a controversial HIV drug while you were doing HIV service and advocacy. The factual details need to be documented. How much money was paid and for what does matter. Non-disclosure does matter. Whether work done on HRO time does matter. It cannot be determined what, if anything, should be done without knowing the facts. Personal affection and cultural concerns are legitimate factors for the board to consider when deciding what, if anything, should be done. A balancing test is most fair. Trivializing the potential conflict and the board joining the employee in trying to block disclosure of conflict details is not consistent with the dispassionate, professional approach you have counseled me to follow.

I agree that there needs to be disclosure. But how we respond to that disclosure is where I think we need further exploration. Also others are engaging in the same activities and we have to show equality in our approach to everyone

I agree we should treat everyone equally. To my knowledge, nobody else at HRO is being paid for advocacy for another entity, much less a pharmaceutical company that we do business with and is disliked by much of harm reduction. I believe a reasonable approach is to do a fact-finding report and for the board to decide with me recusing myself.

Hikma/Kloxxado wanted to pay HRO for a booth at the syringe program conference. I turned the money down. Not a good fit for HRO.

I understood

Edited