**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 53

## AUGUST 21, 2024 TEXT MESSAGE EXCHANGE, CAUCHON AND STEWARD

**CAUCHON_002952**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

Aug 21, 2024 at 1:58 PM

👍

FYI...I hired a lawyer recommended by Jack Greiner, our public records lawyer. The lawyers name is Darren Ford. They're both the Cincinnati office for Faruki Law. I sent him an email briefly describing what we need. Haven't talked to him. I figured we wouldn't talk until Friday or net week. $350 an hour.

That's great! Darren is the employee law attorney?

yes.

🩷

I included a copy of the conflict policy, the form and Tasha's first email.

I have since found additional information that is concerning, including what I consider Hikma work and travel done on HRO time. Can't be sure because we have no details other than she didn't take PTO for Hikma event.

I shared with her that none of her external work could be done on HRO time anymore and she was fine with that. But I agree that a line should be drawn and there should be clear separation for external and internal work for all staff.

👍

The first issue is she needs to disclose.

Are you to a point where you think all this is egregious enough to separate AmandaLynn from HRO altogether? What is the end goal? I think that's what the board and I are most interested in, which I'm hoping we can figure out in our meeting tomorrow

We need to know the facts to make any decision. I would want to sit down with you, Cecile and others to think what might be needed.

We've distributed 13,000 Kloxaddo kits since December 2022. An undisclosed financial relationship with the manufacture's lobbyist seems problematic to me.

And I am working hard to separate the objective facts from how I was misled (no other way to say it).

HRO is a very intimate place and for much of the time it was just 3 or 4 of us working extremely hard. I thought we were totally open with each other. I know I was. It hurts. Cecile is Ms. Even Keeled, though. A great influence!😊

I think it's possible Kelsey has been paid, too. Don't know for sure, but she's appeared in Hikma Kloxxado press releases. That's why it's important for the conflict forms to be completed. Speculation is not good.

I understand