**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 54

## AUGUST 22 – SEPTEMBER 16, 2024 PUBLIC RECORDS REQUEST FOR STATE PHARMACY NALOXONE ORDERING DATA

## REQUEST, AGENCY ROUTING, AND FULFILLMENT

**CAUCHON_002953–957**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Records request: state pharmacy naloxone data
**Date:** August 22, 2024 at 6:55 PM
**To:** emily.henry@mha.ohio.gov

DC

Emily,

Are you still the right person to send records requests to? If so, here is a request for an update of state pharmacy naloxone volume data that I have received every six months or so for the last few years.

If the request should be directed elsewhere, please let me know.

Attached is the formal request and the Excel file provided in response to the last request. (It was perfect!) If the pharmacy could replicate this data and format that would be great.

This data helps us fulfill an Ohio Department of Health contract to increase naloxone volume inn high mortality, underserved areas in Ohio. The data has great real-world value to this effort.

Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**Naloxone records request update 8-23-24 OMHAS stat...**

**OMHAS state pharmacy Naloxone Reports ...**
151 KB

# HARM REDUCTION OHIO

Health. Science • Compassion • Human Rights

August 23, 2024

Emily Henry (She, her, hers)
Chief of the Office of Legal Services

Lisa Frederick
Deputy Director for Legal Services and Chief Legal Counsel
30 E Broad Street
Columbus, OH 43215

Re: Naloxone records request from state pharmacy

Dear Ms. Henry,

I request updated data on state pharmacy naloxone shipments. This is an update of previous requests, most recently fulfilled on January 16, 2024. The previous Excel file is attached. If the same information could be provided in the same form in response to this request it would be greatly appreciated.

Specifically, I request the following information from the OMHAS pharmacy for January 1, 2018, through August 23, 2024:

- Counts of naloxone kits provided by type Narcan, Kloxxado, Zimhi, generic naloxone, etc.)
- Order fulfillment dates.
- Recipient names.
- Recipient addresses.

Note: From previous requests, I have the state pharmacy naloxone data back to January 1, 2018. I request data back to January 1, 2018, again because this will save me the work of harmonizing data from about six requests. I believe a request back to January 1, 2018, should consume no more staff time than a request that starts January 1, 2024. However, if it is a big hassle, don't worry about it. Data from January 1, 2024, through August 23, 2024, will be fine.

Thanks very much. Please call if there are questions.

Sincerely,

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
dennis@harmreductionohio.org
1 (740) 973-3814

**From:** Legal.MHAS@mha.ohio.gov
**Subject:** RE: Records request: state pharmacy naloxone data
**Date:** August 23, 2024 at 9:47 AM
**To:** Dennis Cauchon dennis@HarmReductionOhio.org

L

Dennis,

Both Lisa and Emily are no longer with OhioMHAS. In the future, please send all records request directly to legal.mhas@mha.ohio.gov so we can answer you in an efficient manner.
I am writing to acknowledge receipt of your public records request below. In accordance with the Ohio Public Records Act, we will provide responsive records within a reasonable time.
Regards,
**Greg Allison**
Program Administrator I Office of Legal Services
Ohio Department of Mental Health and Addiction Services
30 E. Broad Street, 36th Floor I Columbus, Ohio 43215
614-752-8870
Gregory.Allison@mha.ohio.gov

Ohio
Department of Mental Health & Addiction Services

---

**From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
**Sent:** Friday, August 23, 2024 9:14 AM
**To:** Lisa.Frederick@mha.ohio.gov; MH-SOT-Legal MHAS <Legal.MHAS@mha.ohio.gov>
**Subject:** Fwd: Records request: state pharmacy naloxone data

Lisa, I sent this records requested for updated naloxone data to Emily Henry, but it got kicked back. Can you help me make sure it gets to the right place. Thanks very much.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**From:** Steven.Knight@mha.ohio.gov
**Subject:** Records Request in August
**Date:** September 3, 2024 at 10:22 AM
**To:** dennis@harmreductionohio.org

S

Dennis,

I see that you sent a records request to ODMH in late August. I didn't say what time period you are requesting. If you can let me know, we will get working on your request.

Thank you,

Steve M. Knight, Manager, PSC
Pharmacy Service Center (PSC) l Ohio Pharmacy Services (OPS)
2150 W. Broad Street l Columbus, Ohio 43223
888-471-5632 Phone l 614-274-7894 Fax
Steven.Knight@mha.ohio.gov
Ohio Department of Mental Health & Addiction Services | 988 Suicide & Crisis Lifeline Ohio

**From:** Allison, Gregory
**Sent:** Monday, September 16, 2024 8:00 AM
**To:** denniscauchon@gmail.com
**Subject:** Public Records Request

Dennis,

Your responsive record is attached.

Thanks,
**Greg Allison**
Program Administrator | Office of Legal Services
Ohio Department of Mental Health and Addiction Services
30 E. Broad Street, 36th Floor | Columbus, Ohio 43215
614-752-8870
Gregory.Allison@mha.ohio.gov

**Department of Mental Health & Addiction Services**

**Naloxone Reports Jan012020_Sept06...**