**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 55

## SEPTEMBER 3, 2024 STEWARD–CAUCHON EMAIL EXCHANGE ON THE DRAFT ODH DISCLOSURE LETTER

**CAUCHON_003011 (p. 1); CAUCHON_000861 (p. 2)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** ODH disclosure letter
**Date:** September 3, 2024 at 10:58 AM
**To:** Dwayne Steward dwayne@makeitbetterconsulting.com

DC

**HRO Conflict notice letter to ODH 9-3-24 .docx**

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**Exhibit 11**

**From:** **Dwayne Steward** dwayne@makeitbetterconsulting.com
**Subject:** Re: ODH disclosure letter
**Date:** September 3, 2024 at 11:47 AM
**To:** Dennis Cauchon dennis@harmreductionohio.org

DS

I would suggest removing any language that says she refused to disclose. There isn't anything in writing that says she didn't plan to disclose and by your own admission she said she thought she already had disclosed by sending the information to me. It's a slippery slope but we don't have any definitive proof that she refused to disclose.

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

On Tue, Sep 3, 2024 at 10:58 AM Dennis Cauchon <dennis@harmreductionohio.org> wrote:

> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> dennis@HarmReductionOhio.org
> www.harmreductionohio.org/
> he/him/his
>
> *"Let's save some lives today!"*