**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 56

## SEPTEMBER 3, 2024 CONFLICT DISCLOSURE NOTICE TO THE OHIO DEPARTMENT OF HEALTH

## WITH TRANSMITTAL AND ACKNOWLEDGMENT EMAILS

**HRO_000292–297**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

# HARM REDUCTION OHIO

Health. Science · Compassion · Human Rights

September 3, 2024

To Ohio Department of Health:

Harm Reduction Ohio recently learned that our chief program officer AmandaLynn Reese has a conflict of interest that we believe should have been reported in our original contract application and our request for contract renewal. The full details of the conflict or potential are not clear because AmandaLynn has declined to disclose details on her outside employment. However, publicly available information makes it clear that AmandaLynn has had and may continue to have a contract to do government advocacy for a lobbying firm representing Hikma, the pharmaceutical company that makes Kloxxado naloxone nasal spray.

AmandaLynn's contract is with Velocity BioGroup, a registered lobbyist for Hikma in Ohio, West Virginia and other states. AmandaLynn's title at Velocity BioGroup is Director of Government Advocacy, according to a biography she posted online in July 2024. AmandaLynn's Linkedin profile shows she had a contract to work as Director of Government Advocacy from December 2022 through December 2023. It seems likely from the social media post and a conversation with AmandaLynn that she retained this position after December 2023 and does so today. However, I cannot say for sure.

AmandaLynn tasks at Harm Reduction Ohio includes overseeing our naloxone program, ordering naloxone from the state pharmacy and providing information on naloxone volume used in monthly contract invoices. Since December 2022, AmandaLynn, as Harm Reduction Ohio's representative, has ordered approximately 15,000 Kloxxado kits from the state. At present, I have no reason to believe that AmandaLynn's outside contract influenced her ordering decisions.

AmandaLynn has declined to provide me details of her work for Velocity BioGroup. However, from the internet, it can be seen that AmandaLynn submitted testimony in the Maryland legislature in May 2023 in support of SB954, a bill to require the Maryland Department of Health to provide Kloxxado access. The Maryland Department of Health opposed the bill, which did not pass.

It is my understanding that Harm Reduction Ohio should have reported this conflict of interest in our July 2023 application for the naloxone distribution contract and in advance of the request for a contract extension. I signed the contract application and did not report the

conflict because I did not know it existed. As far as I know, nobody else at Harm Reduction Ohio, other than AmandaLynn Reese, knew of the conflict.

Harm Reduction Ohio plans to take action today to remove AmandaLynn Reese from any role in our naloxone distribution program, including ordering naloxone. Specifically, I plan to place AmandaLynn Reese on paid leave today while we review this matter.

Harm Reduction Ohio will continue to seek all information related this conflict and promises to be forthright and forthcoming in promptly reporting what we learn to the Ohio Department of Health.

I believe Harm Reduction Ohio has talented staff, partners and volunteer distributors that ensure we can continue to execute the ODH naloxone contract at a high level and with impartiality. Harm Reduction Ohio seeks ODH guidance in how we should proceed to mitigate all issues caused by this conflict.

Sincerely,

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
(740) 973-3814
dennis@harmreductionohio.org

Outlook

## Fwd: Harm Reduction Ohio conflict disclosure letter

**From** Dennis Cauchon <Dennis@harmreductionohio.org>
**Date** Tue 9/3/2024 9:28 PM
**To** Cecile Katz <cecile@harmreductionohio.org>; Dwayne Steward <dwayne@makeitbetterconsulting.com>

Email from Jennifer Voit, who is Sierra's boss.

Sent from my iPad

Begin forwarded message:

**From:** Jennifer.Voit@odh.ohio.gov
**Date:** September 3, 2024 at 4:38:54 PM EDT
**To:** Dennis Cauchon <dennis@harmreductionohio.org>
**Cc:** sierra.dantzler@odh.ohio.gov
**Subject: RE: Harm Reduction Ohio conflict disclosure letter**

Good afternoon, Dennis,
Thank you for sending this to us and for your attention to this matter. Please keep us posted on the results of your internal investigation and her employment status. I will be passing this along to our funding partners the Ohio Dept. of Mental Health and Addiction Services since the funding for this contract originates from them.
Thank you again,
Jen

**Jennifer Voit, MS**
P: 614.208.6974
Jennifer.Voit@odh.ohio.gov

**From:** Dantzler, Sierra <Sierra.Dantzler@odh.ohio.gov>
**Sent:** Tuesday, September 3, 2024 11:53 AM
**To:** Voit, Jennifer <Jennifer.Voit@odh.ohio.gov>
**Subject:** FW: Harm Reduction Ohio conflict disclosure letter

Please see Dennis' letter attached.

Thanks,
**Sierra Dantzler**
P: 614.995.1431
Sierra.Dantzler@odh.ohio.gov

**From:** Burns, Brittany <Brittany.Burns@odh.ohio.gov>
**Sent:** Tuesday, September 3, 2024 11:50 AM
**To:** Dantzler, Sierra <Sierra.Dantzler@odh.ohio.gov>; Quinn, Devin <Devin.Quinn@odh.ohio.gov>
**Subject:** FW: Harm Reduction Ohio conflict disclosure letter

**From:** Cecile Katz <cecile@harmreductionohio.org>
**Sent:** Tuesday, September 3, 2024 11:45 AM
**To:** Burns, Brittany <Brittany.Burns@odh.ohio.gov>; Dennis Cauchon <Dennis@harmreductionohio.org>
**Subject:** Re: Harm Reduction Ohio conflict disclosure letter

Hi Brittany,

Please find the signed PDF attached. Let us know if you need anything else.

Thanks,

**Cecile Katz**
Administrator, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023

cecile@harmreductionohio.org

HRO_000295

---

**From:** Brittany.Burns@odh.ohio.gov <Brittany.Burns@odh.ohio.gov>
**Sent:** Tuesday, September 3, 2024 11:39 AM
**To:** Dennis Cauchon <Dennis@harmreductionohio.org>
**Cc:** Cecile Katz <cecile@harmreductionohio.org>
**Subject:** RE: Harm Reduction Ohio conflict disclosure letter

Hello Dennis,

For this to be a formal notice to ODH, could you please sign it and send it back via PDF?

Kindly,

**Brittany Burns**
**Public Health Consultant**
**Community Harm Reduction**
**Bureau of Health Improvement and Wellness**
246 North High St.
Columbus, OH 43215
P: 614.466.7739
Brittany.Burns@odh.ohio.gov
Ohio Department of Health

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services.

This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.

---

**From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
**Sent:** Tuesday, September 3, 2024 11:10 AM
**To:** Burns, Brittany <Brittany.Burns@odh.ohio.gov>
**Cc:** Cecile Katz <cecile@harmreductionohio.org>
**Subject:** Harm Reduction Ohio conflict disclosure letter

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.