**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 57

## SEPTEMBER 3, 2024 EMAIL FROM DENNIS CAUCHON TO THE HRO BOARD REPORTING THE CONFLICT DISCLOSURE TO ODH

## WITH THE ATTACHED CONFLICT DISCLOSURE NOTICE, FORWARD TO OUTSIDE COUNSEL, AND RESPONSES OF MOLLY TRUE AND ANNE TRINH

**CAUCHON_000202 (p. 1); CAUCHON_003001–005 (pp. 2–6)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave
**Date:** September 3, 2024 at 1:57 PM
**To:** Dwayne Steward dwayne@makeitbetterconsulting.com, Billy Golden bgolden@nastad.org, Anne C. Trinh trinh.89@osu.edu, Tasha Turner-Bicknell turnerta@ucmail.uc.edu, James Decker jamesdecker68@gmail.com, Colleen Garlock colleengarlock@gmail.com, mollybtrue mollybtrue@yahoo.com, Dennis Cauchon dennis@HarmReductionOhio.org
**Cc:** Cecile Katz cecile@harmreductionohio.org

DC

To the HRO Board:

I reported to the Ohio Department of Health today that a Harm Reduction Ohio employee had a conflict of interest that should have been disclosed in our July 2023 application for a statewide naloxone distribution contract and in our paperwork for a two-year contract extension, awarded last week. As a state contractor receiving federal funds, Harm Reduction Ohio has an ongoing duty to disclose all conflicts and potential conflicts, real or perceived, "as soon as identified." The disclosure letter to ODH is attached and includes details.

After receiving the disclosure letter, Project DAWN administrator Sierra Dantzler initiated a conversation with me in which she described the conflict as an actual and significant conflict that needed to be addressed. She agreed that then employee could no longer be involved with our naloxone program or contract in any way.

Undisclosed conflicts can result in the termination of our federally funded contract. I am optimistic that by being forthright and forthcoming with ODH that we can resolve this issue in way that protects our organization, staff, volunteers and the people we serve.

We have a board meeting scheduled for September 15. If you have questions, please contact me or Cecile. Otherwise, the issue will be on the September 15 board meeting agenda.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**HRO Conflict notice letter to ODH 9-3-24 .pdf**

# HARM REDUCTION OHIO

Health. Science · Compassion · Human Rights

September 3, 2024

To Ohio Department of Health:

Harm Reduction Ohio recently learned that our chief program officer AmandaLynn Reese has a conflict of interest that we believe should have been reported in our original contract application and our request for contract renewal. The full details of the conflict or potential are not clear because AmandaLynn has declined to disclose details on her outside employment. However, publicly available information makes it clear that AmandaLynn has had and may continue to have a contract to do government advocacy for a lobbying firm representing Hikma, the pharmaceutical company that makes Kloxxado naloxone nasal spray.

AmandaLynn's contract is with Velocity BioGroup, a registered lobbyist for Hikma in Ohio, West Virginia and other states. AmandaLynn's title at Velocity BioGroup is Director of Government Advocacy, according to a biography she posted online in July 2024. AmandaLynn's Linkedin profile shows she had a contract to work as Director of Government Advocacy from December 2022 through December 2023. It seems likely from the social media post and a conversation with AmandaLynn that she retained this position after December 2023 and does so today. However, I cannot say for sure.

AmandaLynn tasks at Harm Reduction Ohio includes overseeing our naloxone program, ordering naloxone from the state pharmacy and providing information on naloxone volume used in monthly contract invoices. Since December 2022, AmandaLynn, as Harm Reduction Ohio's representative, has ordered approximately 15,000 Kloxxado kits from the state. At present, I have no reason to believe that AmandaLynn's outside contract influenced her ordering decisions.

AmandaLynn has declined to provide me details of her work for Velocity BioGroup. However, from the internet, it can be seen that AmandaLynn submitted testimony in the Maryland legislature in May 2023 in support of SB954, a bill to require the Maryland Department of Health to provide Kloxxado access. The Maryland Department of Health opposed the bill, which did not pass.

It is my understanding that Harm Reduction Ohio should have reported this conflict of interest in our July 2023 application for the naloxone distribution contract and in advance of the request for a contract extension. I signed the contract application and did not report the

conflict because I did not know it existed. As far as I know, nobody else at Harm Reduction Ohio, other than AmandaLynn Reese, knew of the conflict.

Harm Reduction Ohio plans to take action today to remove AmandaLynn Reese from any role in our naloxone distribution program, including ordering naloxone. Specifically, I plan to place AmandaLynn Reese on paid leave today while we review this matter.

Harm Reduction Ohio will continue to seek all information related this conflict and promises to be forthright and forthcoming in promptly reporting what we learn to the Ohio Department of Health.

I believe Harm Reduction Ohio has talented staff, partners and volunteer distributors that ensure we can continue to execute the ODH naloxone contract at a high level and with impartiality. Harm Reduction Ohio seeks ODH guidance in how we should proceed to mitigate all issues caused by this conflict.

Sincerely,

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
(740) 973-3814
dennis@harmreductionohio.org

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** Fwd: Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave
**Date:** September 3, 2024 at 2:08 PM
**To:** Dball@rosenbergball.com

DC

FYI…I placed AmandaLynn on paid leave in a 1:30 p.m. Zoom call with Cecile. I told the two staff members in the office shortly after and sent the attached message to the board.

After disclosing to ODH, Sierra Dantzler, who runs the state's naloxone program, asked me to stay after on a call. She expressed that she considered it a clear and unacceptable conflict of interest. She was appreciative of our disclosure letter and asked to be kept up to date on any information we learn. She said the issue will be sent to the ODH's legal counsel's office. She seemed optimistic that, if we take proper actions, the contract is likely to continue.

I explained my current mitigation plan:
* remove employee with the conflict from any role in the contract or naloxone distribution.
* formalize our conflict policy and reporting process.
* consider ending orders of Kloxxado for one year.

I promised to keep her up to date.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

> Begin forwarded message:
>
> **From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
> **Subject:** **Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave**
> **Date:** September 3, 2024 at 1:57:07 PM EDT
> **To:** Dwayne Steward <dwayne@makeitbetterconsulting.com>, Billy Golden <bgolden@nastad.org>, "Anne C. Trinh" <trinh.89@osu.edu>, Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>, James Decker <jamesdecker68@gmail.com>, Colleen Garlock <colleengarlock@gmail.com>, mollybtrue <mollybtrue@yahoo.com>, Dennis Cauchon <dennis@HarmReductionOhio.org>
> **Cc:** Cecile Katz <cecile@harmreductionohio.org>
>
> To the HRO Board:
>
> I reported to the Ohio Department of Health today that a Harm Reduction Ohio employee had a conflict of interest that should have been disclosed in our July 2023 application for a statewide naloxone distribution contract and in our paperwork for a two-year contract extension, awarded last week. As a state contractor receiving federal funds, Harm Reduction Ohio has an ongoing duty to disclose all conflicts and potential conflicts, real or perceived, "as soon as identified." The disclosure letter to ODH is attached and includes details.
>
> After receiving the disclosure letter, Project DAWN administrator Sierra Dantzler initiated a conversation with me in which she described the conflict as an actual and significant conflict that needed to be addressed. She agreed that then employee could no longer be involved with our naloxone program or contract in any way.
>
> Undisclosed conflicts can result in the termination of our federally funded contract. I am optimistic that by being forthright and forthcoming with ODH that we can resolve this issue in way that protects our organization, staff, volunteers and the people we serve.
>
> We have a board meeting scheduled for September 15. If you have questions, please contact me or Cecile. Otherwise, the issue will be on the September 15 board meeting agenda.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814

**From:** **mollybtrue** mollybtrue@yahoo.com
**Subject:** Re: Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave
**Date:** September 3, 2024 at 4:20 PM
**To:** Dennis Cauchon dennis@HarmReductionOhio.org

M

Hi Dennis,

Apologies for not being able to get back to you sooner, but you ended up doing exactly what my husband said to do.

Chris said Amanda's conflict of interest could probably negatively impact HRO's grant money; he said an attorney needs to get involved immediately; she needs to be terminated from her position with HRO; the company she is contracting with is profiting from her involvement with a non-profit & what she is doing is illegal & unethical. There are some enormous problems with her.

So glad Dwayne was able to help you get this sorted. It's very unfortunate that she did this.

Feel free to call me if you would like to talk about anything.

With care,

Molly

Sent from Yahoo Mail for iPhone

On Tuesday, September 3, 2024, 1:57 PM, Dennis Cauchon <dennis@HarmReductionOhio.org> wrote:

To the HRO Board:

I reported to the Ohio Department of Health today that a Harm Reduction Ohio employee had a conflict of interest that should have been disclosed in our July 2023 application for a statewide naloxone distribution contract and in our paperwork for a two-year contract extension, awarded last week. As a state contractor receiving federal funds, Harm Reduction Ohio has an ongoing duty to disclose all conflicts and potential conflicts, real or perceived, "as soon as identified." The disclosure letter to ODH is attached and includes details.

After receiving the disclosure letter, Project DAWN administrator Sierra Dantzler initiated a conversation with me in which she described the conflict as an actual and significant conflict that needed to be addressed. She agreed that then employee could no longer be involved with our naloxone program or contract in any way.

Undisclosed conflicts can result in the termination of our federally funded contract. I am optimistic that by being forthright and forthcoming with ODH that we can resolve this issue in way that protects our organization, staff, volunteers and the people we serve.

We have a board meeting scheduled for September 15. If you have questions, please contact me or Cecile. Otherwise, the issue will be on the September 15 board meeting agenda.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**From:** **Trinh, Anne** trinh.89@osu.edu
**Subject:** RE: Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave
**Date:** September 4, 2024 at 8:35 AM
**To:** Dennis Cauchon dennis@HarmReductionOhio.org, Dwayne Steward dwayne@makeitbetterconsulting.com, Billy Golden bgolden@nastad.org, Tasha Turner-Bicknell turnerta@ucmail.uc.edu, James Decker jamesdecker68@gmail.com, Colleen Garlock colleengarlock@gmail.com, mollybtrue mollybtrue@yahoo.com
**Cc:** Cecile Katz cecile@harmreductionohio.org

AT

Thank you for the update!

Anne

---

**From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
**Sent:** Tuesday, September 3, 2024 1:57 PM
**To:** Dwayne Steward <dwayne@makeitbetterconsulting.com>; Billy Golden <bgolden@nastad.org>; Trinh, Anne <trinh.89@osu.edu>; Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>; James Decker <jamesdecker68@gmail.com>; Colleen Garlock <colleengarlock@gmail.com>; mollybtrue <mollybtrue@yahoo.com>; Dennis Cauchon <dennis@HarmReductionOhio.org>
**Cc:** Cecile Katz <cecile@harmreductionohio.org>
**Subject:** Conflict of interest disclosure made to Ohio Department of Health...HRO staffer placed on paid leave

To the HRO Board:

I reported to the Ohio Department of Health today that a Harm Reduction Ohio employee had a conflict of interest that should have been disclosed in our July 2023 application for a statewide naloxone distribution contract and in our paperwork for a two-year contract extension, awarded last week. As a state contractor receiving federal funds, Harm Reduction Ohio has an ongoing duty to disclose all conflicts and potential conflicts, real or perceived, "as soon as identified." The disclosure letter to ODH is attached and includes details.

After receiving the disclosure letter, Project DAWN administrator Sierra Dantzler initiated a conversation with me in which she described the conflict as an actual and significant conflict that needed to be addressed. She agreed that then employee could no longer be involved with our naloxone program or contract in any way.

Undisclosed conflicts can result in the termination of our federally funded contract. I am optimistic that by being forthright and forthcoming with ODH that we can resolve this issue in way that protects our organization, staff, volunteers and the people we serve.

We have a board meeting scheduled for September 15. If you have questions, please contact me or Cecile. Otherwise, the issue will be on the September 15 board meeting agenda.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*