**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 59

## SEPTEMBER 5, 2024 EMAIL FROM DENNIS CAUCHON TO THE HRO BOARD NALOXONE PROGRAM STATUS AND CONFLICT MITIGATION PLAN

**HRO_000148**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** Dennis Cauchon <dennis@HarmReductionOhio.org>
**Sent time:** 09/05/2024 12:31:18 PM
**To:** Dwayne Steward <dwayne@makeitbetterconsulting.com>; Billy Golden <bgolden@nastad.org>; Colleen Garlock <colleengarlock@gmail.com>; James Decker <jamesdecker68@gmail.com>; Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>; Anne C. Trinh <trinh.89@osu.edu>; mollybtrue <mollybtrue@yahoo.com>; Dennis Cauchon <dennis@HarmReductionOhio.org>
**Cc:** Cecile Katz <cecile@harmreductionohio.org>
**Subject:** Update on naloxone program
**Attachments:** smime.p7s

---

I want to update everyone on then status of our naloxone program and contract.

1) We promoted Patrick Bourland today to the position of interim naloxone program manager. Patrick had previous worked a Region 1 naloxone manager and naloxone distribution specialist. Cecile and I believe he has the right management skills and personal attributes (including an exceptional ability to communicate with others) to take over this role at a difficult time.

2) Our conflict issue has been sent to the legal counsel's office of ODH (which administers the contract) and OMHAS (which funds the contract). Ultimately, this office will decide what, if any penalties, are applied (based on the facts, then contract, our conflict mitigation plan, etc.) ODH has asked that we keep them updated but has not made a specific information request. Refresher: A $650,000 ODH contract ends September 30 and a two-year contract extension is scheduled to start October 1. I think our immediate risk is that the contract extension be put on hold if ODH wants to conduct its own review. But nobody at ODH has indicated this might be the case.

3) I have verballly presented the outline of a conflict mitigation plan to ODH. The plan has three parts:
* End employment of conflicted employee.
* Review and strengthen out conflict andn outside employment policy andn reporting forms.
* End purchase of Kloxxado for at least 12 months while we review our ordering policies.

Project DAWN program manager responded favorably to this outline. However, ultimately, the decision will be made by the legal departments at ODH/OMHAS.

4) I met with HRO's naloxone staff and regional coordinators for one hour this morning. I introduced Patrick's new position, explained the conflict issue and the risk to our contract (probably safe but not for sure) and answered all questions. The staff, which is heartbroken about AmandaLynn's departure, expressed a desire to stay with the program and work with Patrick to continue its success. However, I believe all staffers will need time to digest the change so decisions may change.

If you have any other questions, please let me know. Thanks.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*