**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 60

## SEPTEMBER 6, 2024 STEWARD–CAUCHON TEXT MESSAGES: CAUCHON'S RETALIATION NOTICE, STEWARD'S REPLY ("I'M REALLY SORRY YOU FEEL THAT WAY"), AND STEWARD'S FORWARD TO THE BOARD

**HRO_000849–850; CAUCHON_000881**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

3:26

New Group Message Cancel

To: HRO Board

Thu, Sep 5 at 7:06 PM

Colleen Garlock named the conversation “HRO Board”.

Fri, Sep 6 at 9:27 AM

Dwayne Steward

DC

Dennis >

To be clear, I consider this action to be retaliation for reporting the conflict.

I’m really sorry you feel that way

iMessage

Dennis texted me today. I don't plan to respond to him again until after the investigation to keep things clean. Especially if he gets an attorney. I suggest you all do the same. I understand that folks have personal relationships with

Subject

Text Message • SMS

3:27

New Group Message Cancel

To: HRO Board

Dennis texted me today. I don't plan to respond to him again until after the investigation to keep things clean. Especially if he gets an attorney. I suggest you all do the same. I understand that folks have personal relationships with him. So I understand if that's not possible for everyone.

Molly B. True 💗💗💗

He really seems to be out of touch with reality right now. I believe he has no clue as to how businesses operate/what is ethical & legal. 🤦🏻‍♀️ It's very upsetting to see how quickly this has gotten way out of hand.

Dwayne Steward

I also wanted to mention that it's typical in these situations when an executive is investigated for them to get a lawyer. We shouldn't be alarmed by that. It's typically so they can negotiate a settlement to

Subject

Text Message • SMS

**Exhibit 23**

To: Dwayne Steward

Fri, Sep 6 at 9:16 AM

To be clear, I consider this action to be retaliation for reporting the conflict.

I'm really sorry you feel that way