**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 61

## OCTOBER 22, 2024 FORMAL RETALIATION COMPLAINT OF DENNIS CAUCHON WITH OCTOBER 23, 2024 TRANSMITTAL EMAIL AND ACKNOWLEDGMENT OF BOARD SECRETARY COLLEEN GARLOCK

**CAUCHON_003006–007 (pp. 1–2); CAUCHON_000882–885 (pp. 3–6)**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

**From:** **Colleen M. Garlock** colleengarlock@gmail.com
**Subject:** Re: Cauchon - HRO employee complaint - signed, dated
**Date:** October 23, 2024 at 7:35 PM
**To:** Dennis Cauchon denniscauchon@gmail.com
**Cc:** Cecile Katz cecile.katz@gmail.com, Cecile Katz cecile@harmreductionohio.org

CG

Thank you Dennis for filing your complaint.

The board will review and investigate these claims and we will be in touch regarding next steps. We are looking forward to you joining the board meeting on Sunday.

Thanks,
Colleen

On Wed, Oct 23, 2024 at 8:24 AM Dennis Cauchon <denniscauchon@gmail.com> wrote:

> Cecile,
>
> Attached is a signed and dated employee complaint, filed with you as required by our employee handbook. HRO currently has no board chair, so I have also cced Colleen, board secretary, on this complaint. It is not appropriate for me to send this directly to Vice Chair Steward, a subject of the complaint.
>
> If you have questions, please don't hesitate to call.
>
> Thanks very much.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> denniscauchon@gmail.com
> HarmReductionOhio.org

--
Colleen M. Garlock, MSW, LISW
She/Her/Hers

**From:** **Dennis Cauchon** denniscauchon@gmail.com
**Subject:** Cauchon - HRO employee complaint - signed, dated
**Date:** October 23, 2024 at 8:24 AM
**To:** Cecile Katz cecile.katz@gmail.com
**Cc:** Colleen Garlock colleengarlock@gmail.com

DC

Cecile,

Attached is a signed and dated employee complaint, filed with you as required by our employee handbook. HRO currently has no board chair, so I have also cced Colleen, board secretary, on this complaint. It is not appropriate for me to send this directly to Vice Chair Steward, a subject of the complaint.

If you have questions, please don't hesitate to call.

Thanks very much.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
denniscauchon@gmail.com
HarmReductionOhio.org

**Cauchon Employee Complaint - Oct 22 2024.pdf**

**Exhibit 24**

HARM REDUCTION OHIO

Health · Science · Compassion · Human Rights

October 22, 2024

Cecile Katz, Administrator
Colleen Garlock, Board Secretary
Harm Reduction Ohio
935 River Road
Granville, Ohio 43023

To Whom It May Concern,

On September 3, 2024, I reported to the Ohio Department of Health an apparent conflict of interest arising out of a financial relationship between Chief Program Officer AmandaLynn Reese, a Harm Reduction Ohio (HRO) employee, and Velocity Biogroup, a lobbying firm representing Hikma Pharmaceuticals, maker of the Kloxxado brand of naloxone. My understanding was that I was required by law to promptly report any potential conflict to the Ohio Department of Health.

Subsequently, on September 5, 2024, at 1:03 p.m., HRO Board Vice Chair Dwayne Steward emailed me, instructing me to "cease and desist all activities related to conflict of interest matters, including but not limited to communications with funders, staff, and community partners." At 2:24 p.m. that same day, Mr. Steward told me that I was being placed on administrative leave, my email access had been revoked, and that I was barred from using my office until a third-party investigation was completed. I also was informed by Mr. Steward that I was the target of complaints concerning a hostile work environment. On September 6, 2024, at 9:16 a.m., I texted Mr. Steward, stating: "To be clear, I consider this action to be retaliation for reporting the conflict." Despite this, Mr. Steward continued his course of action.

Despite Mr. Steward's purportedly official actions on behalf of HRO, to my knowledge the board of directors of HRO has never officially met to consider and decide upon any course of action with respect to the Reese conflict-of-interest issue, the required reporting of same to the State of Ohio, the suspension of the HRO President or the hostile work environment claims asserted, despite my best efforts to call for formal board consideration and action on these matters. Additionally, an investigation of the conflict-of-interest issue and the hostile workplace environment complaint has apparently been conducted at the direction of Mr. Steward, despite no formal inquiry or decision by the HRO board in support of such action and despite my having never even been interviewed with respect to these matters, about which I have material knowledge, for which I have official

**Exhibit 24**

responsibility, and which directly affect my employment by HRO and my personal and professional reputation.

---

**Formal Employment Complaint**

This letter is a more detailed complaint regarding (a) actions by three board members to obstruct the legally required reporting of an apparent conflict of interest related to a federally funded state contract, and (b) retaliation against me in my roles as an employee, officer and board member for fulfilling my legal obligations.

**Complaint Subjects (the "Three"):**

- Dwayne Steward (Vice Chair)
- Tasha Turner-Bicknell
- Billy Golden

The following complaints implicate various state and federal laws, including Uniform Guidance (2 CFR 200), Federal Acquisition Regulations (FAR), the False Claims Act, ORC 4113, and Ohio's public policy exception to the at-will employment doctrine.

**Complaint 1: Obstructing the Reporting of a Conflict of Interest**

From July 16, 2024, to the present, the Three took actions to obstruct me, as HRO President and contract signatory, from obtaining information on an apparent employee conflict of interest. AmandaLynn Reese is Chief Program Officer, a full-time salaried employee at Harm Reduction Ohio who reports to the President of HRO. Her duties include overseeing much of the state contract and procuring federally funded naloxone, including Kloxxado, from Ohio's state government pharmacy. Concurrently and unbeknown to HRO's President to whom she directly reports, Ms. Reese was employed as Director of Government Advocacy for Velocity Biogroup, a lobbyist for Hikma Pharmaceuticals, the manufacturer of the Kloxxado brand of naloxone. I learned of the outside employment via social media on July 16, 2024, and sought additional information from Ms. Reese the next day.

In a July 17, 2024, meeting with me, Ms. Reese promised to cooperate in the review of the apparent conflict and disclose relevant information. However, despite this promise, Ms. Reese did not cooperate on this matter with me as President of HRO . Instead, in violation of HRO bylaws and

board-approved personnel policies, Ms. Reese worked exclusively with the Three on "conflict of interest matters." On August 22, 2024, Mr. Steward, Ms. Turner-Bicknell and Mr. Golden met with me to seek to halt or at least delay my efforts at gathering pertinent information on the apparent conflict. They told me that neither the nature of the work done, nor the amount of compensation received by Ms. Reese, mattered when considering how to handle a conflict. Instead, they indicated that their primary concern was the negative financial effect the (mandatory) reporting of the apparent conflict could have on Ms. Reese and her family.

Mr. Steward withheld from me as President documents that Ms. Reese had provided him ostensibly to explain the apparent conflict. Ms. Reese stated that providing information to Mr. Steward proved that she had, in fact, disclosed the conflict. Mr. Steward refused to share Ms. Reese's information, knowing that Ms. Reese had already refused my request to her to provide me those documents. The withholding of these documents by both Ms. Reese and Mr. Steward impeded my efforts as President, on behalf of HRO, to make a full, forthright and accurate conflict disclosure to an Ohio state agency on a federally funded contract. On September 3, 2024, lacking cooperation by Mr. Steward or Ms. Reese, I provided a conflict disclosure letter to the Ohio Department of Health, using information obtained via other legally available public sources. On September 5, 2024, Mr. Steward ordered me to cease and desist communicating with the Ohio Department of Health concerning the conflict and notified me that I was being placed on leave pursuant to a supposedly unanimous HRO board vote in favor of such action.

**Complaint 2: Retaliation for Reporting a Conflict of Interest**

The Three retaliated against me for reporting to a state government agency a conflict of interest affecting a $2.4 million contract awarded to HRO that consisted entirely of federal funds. Beginning on or before September 4, 2024, these board members took adverse actions against me, including suspending my duties as President of HRO, placing me on leave, cutting off my email, denying me access to my office of 20 years, and thus damaging my personal and professional reputation. Mr. Steward and Mr. Golden exceeded their authority in imposing these adverse employment actions and may have intentionally or unintentionally misled the board about material issues related to these actions. These and other adverse actions effectively punished me for complying with the mandatory reporting of an apparent conflict of interest involving Ms. Reese and her outside employment as Director of Government Advocacy for Velocity Biogroup, a lobbyist for a company that makes a product that HRO obtains and distributes under a federally funded state contract.

I urge and will cooperate with an impartial investigation of all matters that warrant review.

**Exhibit 24**

Sincerely,

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@harmreductionohio.org
*"Let's save some lives today."*