**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 62

## SEPTEMBER 5, 2024 STEWARD EMAIL TO THE OHIO DEPARTMENT OF HEALTH REPORTING CAUCHON'S ADMINISTRATIVE LEAVE

**HRO_000172–173**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services.

---

**From:** Dwayne Steward <dwayneasteward@gmail.com>
**Sent:** Thursday, September 5, 2024 3:32 PM
**To:** Voit, Jennifer <Jennifer.Voit@odh.ohio.gov>; Dantzler, Sierra <Sierra.Dantzler@odh.ohio.gov>; Quinn, Devin <Devin.Quinn@odh.ohio.gov>
**Cc:** Trinh, Anne <trinh.89@osu.edu>; Billy Golden <bgolden@nastad.org>; Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>; mollybtrue <mollybtrue@yahoo.com>; James Decker <jamesdecker68@gmail.com>; Colleen M. Garlock <colleengarlock@gmail.com>
**Subject:** Harm Reduction Ohio Update

Hello Jennifer,

The Harm Reduction Ohio Board of Directors learned recently of a document that our Executive Director, Dennis Cauchon, sent to ODH with information regarding a conflict of interest. It has come to our attention that much of the information within the document was inaccurate. We have also received official complaints from staff regarding the ED that will also need to be investigated. Given this information and the following complaints, the board has officially placed Mr. Cauchon on administrative leave pending an investigation. We will be determining an Interim ED in the coming days in order to ensure operations are not disrupted.

The board is also in the process of retaining a law firm to conduct a third party investigation into the situation and will update ODH upon its completion.

We ask that ODH allow us the time to conduct a fair and partial investigation into these matters. We do not foresee this matter having a negative effect on the naloxone distribution process and plan to continue meeting all grant deliverables.

Please don't hesitate to reach out with any questions. I have cc'd the members of the board for your and their reference

Sincerely,

Dwayne Steward

Board of Directors, Board Chair

Harm Reduction Ohio

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627