**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 63

## DIRECTORS' GROUP TEXTS, NOVEMBER 2–4, 2024 — EXCERPTS

## HRO_001071–072, 001077–086, 001094–098

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

4:54

New Group Message

Cancel

To: HRO Board

Mon, Oct 28 at 7:30 PM

👍

Thank you

Sat, Nov 2 at 6:12 PM

👍

Hey everybody. I know we are all trying to figure out why Dennis has been pushing so hard to be acknowledged as a board member and we all figure he's got something up his sleeve.

Is it possible that if he is acknowledged as a board member HRO would need to cover his legal fees? At least any legal fees he has accrued while he was still a "board member"

I'm not sure legally how any of that would work but just throwing it out because I'm curious what folks

Subject

Text Message • SMS

4:54

New Group Message Cancel

To: HRO Board

I'm not sure legally how any of that would work but just throwing it out because I'm curious what folks think?

Tasha Turner-Bicknell

‼️ ‼️

I has told people that he plans to use HRO insurance to cover his fees.

💗 💗 💗

[redacted] - his actions - ignoring the cease and desist - we need to send his letter as soon as possible- I know there are some questions about timing and his aqusations. I don't see any whistle blowing on his part- I think it is delusional

Colleen Garlock

C

I am unsure of the legality of this if he's in trouble? I thought it would cover us as an org if we get sued? Maybe Shay can answer?

Subject

Text Message • SMS

4:54

New Group Message

Cancel

To: HRO Board

Mon, Nov 4 at 9:57 AM

Good morning everyone. Catching up on emails and bracing for HRO chaos today. I am available most of the day and evening, except from 3:30-5 if anything comes up, we need to chat, etc.

Dwayne Steward

I just got a call from ODH. Dennis is harassing ODH staff with constant emails telling them that he's back in charge and to not listen to anyone from the board. I'm going to send the email terminating him. This can't continue

Tasha Turner-Bicknell

Agreed!

Molly B. True

Also agree

Subject

Text Message • SMS

4:54

New Group Message Cancel

To: HRO Board

We will lose everything if he keeps it up

Anne trihn

👍 to “I just got a call from ODH. Dennis is harassing ODH staff with constant emails telling them that he's back in charge and to not listen to anyone from the board. I’m going to send the email terminating him. This can't continue ”

❤️ to “Agreed! ”

👍

He is losing it!!! Which means we win. 😊 This is the only way to deal with crazy.

A

Dwayne Steward

The termination letter [redacted] has everyone signing it. I'll email it to each of you. Once one person signs and sends it back I'll send it to the next person. I'm not tech savvy so this is the only way I can think to do this

Subject

Text Message • SMS

4:54

New Group Message Cancel

To: HRO Board

The termination letter [redacted] has everyone signing it. I'll email it to each of you. Once one person signs and sends it back I'll send it to the next person. I'm not tech savvy so this is the only way I can think to do this

Anne trihn

If ppl are comfortable with sending me a picture of their signature via text message, I can add them using Adobe! Happy to help!

1 Reply

Molly B. True

Yes plz

Should we txt it or email?

Anne trihn

Either! [redacted]

Molly B. True

Thank you so much!

Subject

Text Message • SMS

4:54

New Group Message

Cancel

To: HRO Board

Thank you so much!

Hey all. Yes, this is bad and we definitely need to terminate him immediately.
Anne, I will text you a photo of my signature if this will help speed things along

Anne trihn

❤️ to "Hey all. Yes, this is bad and we definitely need to terminate him immediately.
Anne, I will text you a photo of my signature if this will help speed things along "

❤️ to "Thank you so much!"

If ppl are comfortable with sending me a picture of their signature via text message, I can add them using Adobe! Happy to help!

Colleen Garlock

I just emailed you my signature

Subject

Text Message • SMS

4:55

New Group Message Cancel

To: HRO Board

Sent mine also

Colleen Garlock

[redacted] Is a letter enough? Also if he ignores this what can we do?

Molly B. True

Right!

Good point

Dwayne Steward

We'll need to call him too. I'll plan to do this. We can talk to Shay this week about [redacted]

**Dwayne**, do you want support of any kind? Please let us know

Molly B. True

For sure!

Subject

Text Message • SMS


4:55
New Group Message
Cancel
To: HRO Board
For sure!
Dwayne Steward
I'm creating the pdf for the termination letter now. I'll send to Anne when I'm done. Does anyone have his home address?
I do
Anne trihn
The internet says 327 E Broadway Granville OH 43023
That address is correct
Dwayne Steward
Colleen Garlock
That's the right address
Subject
Text Message • SMS

4:58

New Group Message

Cancel

To: HRO Board

Dwayne Steward

Sent it to anne with my signature.

Anne trihn

👍 to "Sent it to anne with my signature. "

Thx!! I'll add others.

Just need Jamie's signature too.

Molly B. True

Thank you so much Anne!

Thanks Anne!!

Dwayne Steward

Wait hold on. I send the wrong one. We're not doing severance anymore are we?

[redacted]

Subject

Text Message • SMS

4:58

New Group Message Cancel

To: HRO Board

anymore are we?

[redacted]

Anne trihn

Correct, no severance!

Colleen Garlock

Yes, no severance - [redacted] He's been completely insubordinate and damaging

Molly B. True

Absolutely no severance. In my head he has already collected it.

Tasha Turner-Bicknell

Agreed

Dwayne Steward

Just sent Anne the updated version. So sorry

Subject

Text Message • SMS

4:59

New Group Message

Cancel

To: HRO Board

Jamie decker

I just sent my signature to Anne. Let me know if that's what you need.

Anne trihn

❤️ to “I just sent my signature to Anne. Let me know if that's what you need. ”

💗💗

Thx for moving so quickly everyone!

I sent the signed term letter to everyone via email.

Thank you Anne!

Anne trihn

Np! Easy peasy task. 😊

Molly B. True

Thank you so very much Anne! You're the best!

Subject

Text Message • SMS

4:59

New Group Message Cancel

To: HRO Board

Molly B. True

I don't think he is going to be less aggressive after he gets this termination letter. Just sayin' .... 👀

Colleen Garlock

Thanks, Anne!

Molly B. True

I completely agree

Tasha Turner-Bicknell

[redacted] I think we may need to file a lawsuit or take other legal action against Dennis. His actions are way over the line and he is putting us as an organization at risk.

I know we all wanted to avoid this but I don't see him stopping without a court order.

Subject

Text Message • SMS

5:00

New Group Message

Cancel

To: HRO Board

etc.

Dwayne Steward

**Audio Mes.amr**
Audio Recording · 81 KB

**Audio Mes.amr**
Audio Recording · 81 KB

Colleen Garlock

F*ck!!!!!

Sorry

I feel like suing him myself for all the stress

C

Molly B. True

I told you we should have changed the locks

Colleen Garlock

So now HRO can't function
We probably need to get the cops involved

Subject

Text Message · SMS

5:00

New Group Message Cancel

To: HRO Board

Molly B. True

I told you we should have changed the locks

Colleen Garlock

So now HRO can't function
We probably need to get the cops involved
My husband just said something about grand theft - because Dennis is holding stuff hostage
This is maddening!

Molly B. True

Your husband is absolutely right

Colleen Garlock

Again his private office is in there - what we probably needed to do was move HRO supplies

Dwayne Steward

Shay just told me [redacted] David Ball agreed to work with us on this but he's the lawyer that Dennis initially hired to

Subject

Text Message • SMS

5:00

New Group Message    Cancel

To: HRO Board

Dwayne Steward

Shay just told me [redacted] David Ball agreed to work with us on this but he's the lawyer that Dennis initially hired to rewrite our handbook and coi policy. Shay and I were scheduled to meet with him Wednesday but I can call him today. Shay suggests [redacted]

I still haven't sent the termination letter. Not sure what to do at this point

Colleen Garlock

He's not going to listen

As bad as this sounds, I feel like exposing what he is doing to the harm reduction community. I know that's wrong but I am livid

C

I think we still need to send the letter and terminate him. If he has

Subject

Text Message • SMS

5:01

New Group Message Cancel

To: HRO Board

C

I think we still need to send the letter and terminate him. If he has been terminated by us, then what he has done will look bad
The problem is he can say we terminated him in retaliation - although he was already told to cease and desist and put on leave

Tasha Turner-Bicknell

We need to cast the net wider for our attorney-I will put feelers out. We need someone to file a temporary injunction tomorrow

We need to keep things as simple as possible- he is outside of cease & desist and admin leave. Now he will be terminated- there is no whistle blowing or retaliation here.

I think we now also have grounds

Subject

Text Message • SMS

5:01

New Group Message Cancel

To: HRO Board

I think we now also have grounds to move our operations- clearly we are not
Safe here

I don't see how this will look favorably on him.

Hey, all, haven't had a chance to listen to the voice messages. My brothers, a former attorney as well in the Cincinnati area. I can ask him if he's got recommendations for a civil lawyer.

Colleen Garlock

It won't. He's completely out of line and has been for a while. I am just thinking of how Dennis will frame this

Tasha Turner-Bicknell

Can we direct AI

Subject

Text Message • SMS