**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON, | : | Case No. 2:25-cv-00075 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| DWAYNE STEWARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S SUMMARY-JUDGMENT EXHIBIT 64

## REESE DEPOSITION EXCERPTS (JULY 24, 2026)

**Dep. pp. 1–2, 103–105, 119–121, cert.**

Submitted in Support of Plaintiff's Motion for Partial Summary Judgment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

DENNIS CAUCHON, et al.,
Plaintiff,
v.
DWAYNE STEWARD; RAINA WILLIAM GOLDEN; TASHA TURNER-BICKNELL; and HARM REDUCTION OHIO,
Defendants.

Case No. 2:25-cv-0075

---

DEPOSITION OF AMANDALYNN ANDERSON REESE

DATE: Friday, July 24, 2026
TIME: 9:57 a.m.
LOCATION: Reminger Co., LPA
955 Yard Street, Suite 330
Columbus, OH 41017
REPORTED BY: Asia Mays

PAGES 37-96, 169-170 ARE CONFIDENTIAL

Job No. CS8349307

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF DENNIS CAUCHON:
DAVID SHEARER JR., ESQUIRE
Garvey Shearer & Nordstrom
2388 Grandview Drive
Fort Mitchell, KY 41017
dshearer@gsn-law.com
(859) 308-1490

ON BEHALF OF DEFENDANTS DWAYNE STEWARD, RAINA WILLIAM GOLDEN, TASHA TURNER-BICKNELL, AND HARM REDUCTION OHIO:
MRINALI SETHI, ESQUIRE
Reminger Co.
955 Yard Street, Suite 330
Columbus, OH 43212
msethi@reminger.com
(614) 232-2440

A Correct.
Q Okay. But this has "0.5" for him, so I'm going to assume that means that he dedicates half his time to this -- would dedicate half his time to administering this grant or not? You tell me.
A I can't assume. That -- that could mean many things.
Q Okay. Like what?
A It could mean that half his salary; it could mean half his time; it could mean whatever the agreement for what an FTE is within here, he's taking half of that. It could mean a lot of things.
Q But it could mean salary because they're giving you X amount of money, you guys have to account for where X amount of money is going to go? Yep?
A Correct.
Q Okay. So next one, you're listed as project manager?
A Correct.
Q And "reports to president." And so there's one full-time equivalent. So you are a -- you are the only person that looks to me like it was a "1.0"?
A On this document that --
Q On this document. Correct.
A Yes, sir.

Q So to you, what does that -- what did you -- what's your understanding of what that "1.0" means?
A That of the allotment for the contract, I would be given full-time equivalent for work done under this contract.
Q Okay. And is "full-time equivalent," is there any definition as to the hours that it -- and I think there is on the next page.
A Oh, at the top. Yes, sir.
Q Yeah. Okay.
A Yep.
Q So for project manager Amandalynn Reese "40 hours, 1.0 FTE."
A Yes, sir.
Q So my as a layman reading this, it would seem to indicate that you are representing to the health department that you would be dedicating 40 hours to this?
MS. SETHI: Objection.
Go ahead.
THE WITNESS: In this application, that 40 hours is equivalent to one full FTE.
BY MR. SHEARER:
Q Okay. And you were put down as one FTE on

the staffing plan, which is on page 668?
A Yes.
Q Got you. Okay. So then if I go to -- it's marked page 770. It has "Candidate's name, Amandalynn Reese; candidates for position, project manager." Okay. That is you.
Next page, page -- it's numbered HRO 685. Looks like I have these rolled out of order. But that has your basic qualifications? That's where you have your Ohio State University?
A Yes, sir.
Q And then down below that "Certifications, the National Harm Reduction Coalition Conference, Puerto Rico." What was that exactly?
A It was a conference hosted by the National Harm Reduction Coalition. And I attended that, attended several sessions and learnings there. A CEU-qualifying, like, education courses and certificates of completion, you can get those at many conferences.
Q Okay. And for that conference, it was "anti-stigma and cultural competency"? Or is that --
A No. That's just -- I have certifications in those.
Q Oh, okay. Those don't --

or are in conflict with the performance of a job or create a conflict of interest.

"In general, outside activities are not allowed when they" -- number 1 is "prevent the employee from fully performing work for which they are employed at HRO, including overtime assignments."

Do you consider that your full-time employment at Velocity interfered with your full-time employment at HRO?

A No, sir.

Q Okay. And to me, this is a common sense -- common -- it's just a matter of common sense. It would seem to me that having two full-time jobs -- it's tough to serve two masters, it would seem to me.

MS. SETHI: Objection.

BY MR. SHEARER:

Q But you feel like you -- that -- you feel like having two full-time jobs did not cause either to interfere with the other?

MS. SETHI: Objection.

Sorry. Go ahead.

THE WITNESS: No, sir. I come from a large system of poverty. Having two full-time jobs is the norm.

BY MR. SHEARER:
Q Okay. Did you ever disclose to anyone at HRO that your job at Velocity was considered to be full-time?
A Yes.
Q And who would that have been and when?
A Mallory and Linda. Sometime after becoming full-time with Velocity, which would've been in 2023.
Q Your first month, that was a prorated contract. And it looked like after the first month is when it kicked into that full $10,416 per month. So what month would that have been?
A I was compensated at a full-time equivalency, but it took time to onboard and things like that. So it might have been later, February or so, when I was doing more.
Q Okay. The next heading under the "Outside Employment" is "that involves organizations that are doing or seek to do business with HRO, including actual or potential vendors or customers"?
A Yes, sir.
Q Do you believe that Hikma is an organization that has done or has sought to do business with HRO?
MS. SETHI: Objection.
THE WITNESS: Yes.

BY MR. SHEARER:

Q In what way?

A They provided donations to HRO.

Q Hikma has provided donations to HRO? Do you recall when or the amount of those donations?

A At least a thousand boxes of naloxone. May have been greater than that, there might have been more than one donation, and it was a pass-through donation to another agency that HRO represented. And that would've been in late '22 or early '23.

Q Okay. What was that other organization? Do you recall?

A Columbus Kappa Foundation.

Q Columbus what?

A Columbus Kappa Foundation.

Q Okay. Has HRO done any other business with Hikma other than that one donation?

A A literature review and learning about the product from people on their team, I believe, in -- sometime in the summer or spring of '21. But no business dealings that I know of.

Q So HRO has never -- to your mind, has never done any business with Hikma other than what you've just talked about?

MS. SETHI: Objection.

CERTIFICATE OF DEPOSITION OFFICER

I, ASIA MAYS, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Asia Mays

ASIA MAYS
Notary Public in and for the
State of Ohio

[X] Review of the transcript was requested.