**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS CAUCHON,** | : | **CASE NO. 2:25-cv-0075** |
| **Plaintiff,** | : | **JUDGE EDMUND A. SARGUS** |
| **v.** | : | **MAGISTRATE JUDGE CHELSEY M. VASCURA** |
| **DWAYNE STEWARD, et al.** | : | |
| **Defendants.** | : | |

**NOTICE OF FILING DEPOSITION TRANSCRIPTS AND EXHIBITS**

Pursuant to Loc.R. 7.2, the undersigned counsel is filing the following:

1. Deposition transcript of Plaintiff/Counterclaim Defendant Dennis Cauchon, Volume 1 with Exhibit 1 through 28, and Volume II with Exhibits 29 through 43;

2. Deposition transcript of Defendant/Counterclaim Plaintiff Harm Reduction Ohio Rule 30(b)(6) Representative, Tasha Turner-Bicknell, with Exhibits 1 through 6; and

3. Deposition transcript of Defendant Dwayne Steward with Exhibits 1 through 8.

Respectfully submitted,

*/s/ Elizabeth L. Moyo*
Elizabeth L. Moyo (0081051)
Helen Sudhoff (010
Porter Wright Morris & Arthur LLP
41 S. High St., Ste. 2900
Columbus, OH 43215
Telephone: (614) 227-2000
Fax: (614) 227-2100
emoyo@porterwright.com
hsudhoff@porterwright.com
*Counsel for Counterclaim Plaintiff Harm Reduction Ohio*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on August 31, 2026, and will be served on all parties and counsel of record by the Court's CM/ECF system.

*/s/ Elizabeth L. Moyo*
Elizabeth L. Moyo