**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS CAUCHON, et al.** | : | **CASE NO. 2:25-cv-00075** |
| | : | |
| **Plaintiff,** | : | **JUDGE: Edmund A. Sargu** |
| | : | **Magistrate: Chelsey M. Vascura** |
| **v.** | : | |
| | : | |
| **DWAYNE STEWARD, et al.** | : | **NOTICE OF FILING DEPOSITION OF** |
| | : | **AMANDA REESE** |
| **Defendants.** | : | |
| | : | |

Please take Notice that Plaintiff hereby gives notice that the deposition transcript of Amanda Reese, which was taken on Friday July 24, 2026, has been filed with the Court.. Attached as Exhibit A.

Respectfully submitted,

GARVEY | SHEARER | NORDSTROM, PSC

*/s/ David A. Shearer, Jr.*
David A. Shearer, Jr. (0070805)
2388 Grandview Dr.
Ft. Mitchell, KY 41017
t: 859.308.1490
f: 866.675.3676
dshearer@gsn-law.com
*Attorney for Plaintiff/Counterclaim Defendant, Dennis Cauchon*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record through the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

*/s/ David A. Shearer, Jr.*
David A. Shearer, Jr.