**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE STEWARD, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-0075<br><br>Judge Edmund A. Sargus<br><br>Magistrate Chelsey M. Vascura |

---

**DECLARATION OF TASHA TURNER-BICKNELL**

---

I, Tasha Turner-Bicknell, on this 31st day of August 2026, declare upon personal knowledge and under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the current Interim Executive Director for Defendant Harm Reduction Ohio ("HRO").

2. Attached hereto as Exhibit A-1 is a true and accurate copy of an email I received on September 4, 2024.

3. Attached hereto as Exhibit A-2 is a true and accurate copy of an email I received on September 6, 2024.[1]

4. Attached hereto as Exhibit A-3 is a true and accurate copy of an email I received on September 11, 2024.

5. Attached hereto as Exhibit A-4 is a true and accurate copy of an email I received on October 4, 2024.

---

[1] Declarant refers to the email from Dwayne Steward to Dennis Cauchon copying the Board of HRO, sent on September 6, 2024, at 7:55 p.m.



**EXHIBIT A**

6. Attached hereto as Exhibit A-5 is a true and accurate copy of an email I received on October 14, 2024.

7. Attached hereto as Exhibit A-6 is a true and accurate copy of an email I received on October 28, 2024.

8. Attached hereto as Exhibit A-7 is a true and accurate copy of an email I received on November 1, 2024.

9. Attached hereto as Exhibit A-8 is a true and accurate copy of an email I received on November 3, 2024.

10. Attached hereto as Exhibit A-9 is a true and accurate copy of an email I received on November 4, 2024.

11. Attached hereto as Exhibit A-10 is a true and accurate redacted copy of the Investigative Report of Attorney Maritza S. Nelson received by the HRO Board of Directors on or around October 9, 2024.

12. Attached hereto as Exhibit A-11 is a true and accurate copy of the Meeting Minutes for the HRO Board Meeting that occurred on October 27, 2024.

13. Attached hereto as Exhibit A-12 is a true and accurate copy of an email I received on September 6, 2024.

**FURTHER, DECLARANT SAYETH NAUGHT**

*/s/ Tasha-Turner-Bicknell*
Tasha Turner-Bicknell