| | |
|---|---|
| **From:** | Dwayne Steward <dwayne@makeitbetterconsulting.com> |
| **Sent time:** | 09/04/2024 03:00:01 PM |
| **To:** | Billy Golden <bgolden@nastad.org>; Anne C. Trinh <trinh.89@osu.edu>; Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>; James Decker <jamesdecker68@gmail.com>; Colleen Garlock <colleengarlock@gmail.com>; mollybtrue <mollybtrue@yahoo.com> |
| **Subject:** | Fwd: Grievance Formal Complaint Regarding Retaliation and Hostile Work Environment |
| **Attachments:** | Mallory Bolen_Statement on AmandaLynn Reese 9.4.2024 (1).pdf To the board 9_3 (1).docx |

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

---------- Forwarded message ---------
From: **Amanda Reese** <amandalynn.a.reese@gmail.com>
Date: Wed, Sep 4, 2024 at 1:45 PM
Subject: Grievance Formal Complaint Regarding Retaliation and Hostile Work Environment
To: bIlly Golden <bgoldenhr@gmail.com>, Dwayne Steward <dwayne@makeitbetterconsulting.com>

Dear Members of the Board,

I hope this message finds you well. I am writing to formally notify you of a complaint regarding ongoing issues of retaliation and a hostile work environment that I have been experiencing at Harm Reduction Ohio. These issues have severely impacted my ability to perform my duties and have created a challenging and unsupportive work atmosphere.

Please find attached a formal document detailing the specific incidents of retaliation and hostility, including false accusations, misrepresentation of my role, and a lack of professional processes to address these concerns. I respectfully request that the Board of Directors take the appropriate steps to investigate these matters impartially and take action to ensure a fair and respectful workplace for all employees. Harm Reduction requires nuance, accountability and trust of none of which I have been afforded despite my years of experience, loyalty and dedication.

I appreciate your prompt attention to this serious matter and look forward to discussing it further if needed.

Thank you for your time and consideration.

Sincerely,
AmandaLynn Reese
Chief Program Officer
Harm Reduction Ohio

**EXHIBIT A-1**

Mallory Bolen_Statement on AmandaLynn Reese 9.4.2024 (1).pdf

FROM THE DESK OF

# MALLORY BOLEN

September 4, 2024

Billy Golden, Harm Reduction Ohio Board Chair
And Harm Reduction Ohio Board Members

Dear Board Chair Billy Golden and Board Members,

I acknowledge that during my tenure as Director of Operations at Harm Reduction Ohio from 2021 to 2022, I was aware of AmandaLynn Reese's additional role as a Harm Reduction Consultant at Velocity Biogroup. AmandaLynn disclosed this role to me in good faith and I was aware of her role while we were finalizing the proposal for the Statewide Naloxone Mail Order & Lay Distribution Network contract.

Upon receiving this information, I conducted a thorough review and engaged in discussions with a representative from Velocity Biogroup. I was informed that AmandaLynn's role involved harm reduction outreach and did not encompass any pharmaceutical sales activities. This clarification assured me that her position with Velocity Biogroup did not interfere with or impact Harm Reduction Ohio’s distribution of Kloxxado.

At the time of Velocity Biogroup’s outreach to AmandaLynn, Harm Reduction Ohio was already actively distributing Kloxxado and was engaged in significant research concerning the efficacy of higher doses of naloxone, including Kloxxado, in comparison to 4mg doses. This work did not change when AmandaLynn accepted the position at Velocity Biogroup.

This context confirms that AmandaLynn's dual roles were transparently communicated and did not affect our operations or the integrity of our distribution programs.

Sincerely yours,

Mallory Bolen

[redacted] . [redacted]

To the board 9_3 (1).docx

**AmandaLynn Reese**
**Chief Program Officer**
**Harm Reduction Ohio**
**9/3/2024**

**Board of Directors**
Harm Reduction Ohio
[Board Chair Billy Golden]

Dear Members of the Board,

I am writing to formally lodge a complaint regarding ongoing issues of retaliation and the creation of a hostile work environment within Harm Reduction Ohio. These issues have significantly impacted my ability to perform my duties and have created a work atmosphere that is not conducive to the mission and values of our organization.

## Retaliation

On July 24, 2024, I raised concerns regarding a blindsiding and hostile conversation with President Dennis Cauchon. Since then, I have experienced retaliatory actions that follow a pattern of behavior Dennis has exhibited with other employees in the past. These actions include:

- **Creation of false narratives**: Dennis has accused me of failing to disclose my outside employment with a consulting firm, despite the fact that my former supervisor was fully aware of my role and Dennis was told during my onboarding process. I have always been transparent about my outside work and how it relates to my responsibilities at Harm Reduction Ohio. However, I have not been provided with a clear or valid process to formally disclose such information, making these accusations baseless.
- **Pressure to distance myself from other nonprofit boards**: Dennis has all but demanded that I step down from various nonprofit boards on which I serve, despite there being no organizational policy preventing staff from participating in such activities. He presented this demand emotionally, without offering me an opportunity to present my side or disclose my involvement in a legal or professional way. This action felt arbitrary and unwarranted, particularly as my external commitments do not interfere with my role at Harm Reduction Ohio.
- **Unsubstantiated accusations regarding Outside Employment**: Dennis has falsely claimed to past employees and volunteers that I am responsible for the organization distributing a particular brand of naloxone manufactured by a pharmaceutical company he personally believes is widely disliked. This narrative ignores the fact that I conducted two separate research studies in our community to assess the demand for this medication. Based on these studies, we distribute less of this particular medication than

To the board 9_3 (1).docx

others. Despite these facts, Dennis continues to blame me for the organization's decisions seemingly out of nowhere when he himself has said this medication should be available and our community should be given "autonomy of choice" as this is a principle of harm reduction. Additionally, I created comprehensive training and education materials covering all formulations of naloxone, and I have consistently insisted on the need for such resources to ensure our community is safe and well-informed about the various options available and the consequences associated with the use of each reversal agents not limited to the ones HRO provides as I want our community to have as much knowledge as possible.

- **Emotional and intimidating behavior**: During these conversations, Dennis' behavior has been highly emotional, lacking a professional tone, and he has refused to engage in a proper disclosure process. There was no third-party mediator present, which made the interaction intimidating. His failure to address these issues through established procedures has left me isolated and unsupported within the organization.I have seen him do this repeatedly especially with female employees and volunteers this is a pattern of behavior that I can no longer be a bystander to.

These actions are retaliatory in nature and have created an environment where I feel targeted for actions that are both transparent and outside the scope of Harm Reduction Ohio's day-to-day operations.

## Hostile Work Environment

In addition to the retaliatory actions I have experienced, the current work environment at Harm Reduction Ohio has become increasingly hostile. Specific behaviors and incidents contributing to this include:

- **Accusations without facts**: Dennis has repeatedly made accusations about my outside employment and alleged conflicts of interest, yet these accusations are based on incomplete or incorrect information. His emotional responses and creation of false narratives are not based on any formal investigation or process, further contributing to the hostile work environment.
- **Unfair expectations and lack of professional process**: Dennis has expressed frustration over what he perceives as a failure on my part to disclose my outside employment, yet no formal or valid process exists for doing so. His refusal to allow me to engage in a professional dialogue, coupled with his one-sided accusations, has made it difficult for me to address these issues in a fair and transparent way. This has led to an environment where I feel constantly scrutinized without the ability to defend myself through proper channels. He even advised me against seeking legal council and requested essentially a gag order without due cause or context for me to understand.
- **Public misrepresentation and ostracism**: Since this incident, I have been treated as a leper within the organization by Dennis personally. Dennis' public misrepresentation of my role, both internally and to former employees and volunteers, has further isolated me. His narrative has created a toxic environment where my professional contributions are

To the board 9_3 (1).docx

diminished, and my standing in the organization has been unjustly undermined. He continues to say this issue is totally separate from job performance which has been consistently exceptional.

- **Risk to my reputation and outside employment**: I fear that Dennis' ongoing fact-finding mission, which is being conducted without due process or a formal investigation, will further endanger my professional reputation and outside employment. His actions thus far have already resulted in false accusations, and I am concerned that this will escalate and harm my credibility outside of Harm Reduction Ohio.

## Impact on My Role

The ongoing retaliation and hostile environment have caused significant stress and anxiety, which have hindered my productivity in my daily life and now my ability to contribute fully to the organization. These behaviors also undermine the collaborative and supportive culture that Harm Reduction Ohio aims to foster, making it difficult for me to carry out my responsibilities effectively.

## Request for Action

In light of these ongoing issues, I respectfully request that the Board of Directors take the following actions:

1. **Impartial Investigation**: Conduct a thorough and impartial investigation into the incidents of retaliation and hostile behavior I have outlined. This includes Dennis' creation of false narratives, accusations of non-disclosure, and public misrepresentation of my role.
2. **Clear Policy Guidelines**: Establish clear policies and processes for disclosing outside employment and involvement with other nonprofit boards to ensure that staff are treated fairly and transparently, and that any concerns are addressed through proper channels.
3. **Formal Procedures for Conflicts of Interest**: Ensure that all discussions regarding potential conflicts of interest are handled through formal and legal channels, with appropriate third-party involvement, to prevent further emotional and unfounded accusations.

It is my hope that these steps will help to restore a positive and productive work environment at Harm Reduction Ohio, allowing all employees to work together in support of our shared mission.

Thank you for your attention to this serious matter. I look forward to your prompt response and am available to discuss this further if needed.

Sincerely,
**AmandaLynn Reese**
**Chief Program Officer**
**Harm Reduction Ohio**