Gmail Maritza Nelson <mnelson@msnlawoffice.com>

# Fwd: Contractual obligation to inform ODH you took the web site down

1 message

**Dwayne Steward** <dwayneasteward@gmail.com> Wed, Sep 11, 2024 at 12:18 AM
To: "Maritza “Shay” S. Nelson" <mnelson@msnlawoffice.com>

[redacted]

---------- Forwarded message ---------
From: **Dwayne Steward** <dwayneasteward@gmail.com>
Date: Fri, Sep 6, 2024 at 7:55 PM
Subject: Re: Contractual obligation to inform ODH you took the web site down
To: Dennis Cauchon <denniscauchon@gmail.com>
CC: mollybtrue <mollybtrue@yahoo.com>, James Decker <jamesdecker68@gmail.com>, Colleen M. Garlock <colleengarlock@gmail.com>, Trinh, Anne <trinh.89@osu.edu>, Billy Golden <bgolden@nastad.org>, Turner-Bicknell, Tasha (turnerta) <turnerta@ucmail.uc.edu>

The board is working with our IT partners to understand the cause of the website outage. This investigation is ongoing. It is a grave misrepresentation to allege that the board was responsible for the outrage given that we have confirmed that no one on the board has access to the website and the Executive Director is the only one with access to the server. We are planning to provide an update to ODH on Monday. Our hope is that our IT partners will have the site back up and running by then.

Sincerely,
Dwayne Steward
Board of Directors, Interim Chair
Harm Reduction Ohio

On Fri, Sep 6, 2024 at 7:37 PM Dennis Cauchon <denniscauchon@gmail.com> wrote:

> I believe you have a contractual obligation to inform the Ohio Department of Health that you took the web site down. Our contract pays us to have online naloxone ordering available 24/7/365 and be the online ordering service for naloxone.ohio.gov. This week, ODH told me the governor had asked how many orders we filled from naloxone.ohio.gov. I said I would try to get this information. I hope you will fulfill this promise.
>
> I believe you should tell ODH when the unannounced outage began and when you expect it to hands — hopefully, in 24 to 48 hours. Concealing information from our partner and primary funder damages HRO’s reputation and funding.
>
> I also ask that you tell ODH that:
> * I had nothing to do with the outage.
> * the outage was the responsibility of the board.
> * people were contacting HRO to ask about the outage, and HRO told them: “The site is down because…"
>
> Thanks.
>
> Dennis Cauchon

**EXHIBIT A-2**

935 River Road, Suite G
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com

