**From:** Dennis Cauchon <denniscauchon@gmail.com>

**Sent time:** 09/11/2024 10:31:47 AM

**To:** Dwayne Steward <dwayneasteward@gmail.com>; Anne C. Trinh <trinh.89@osu.edu>; Billy Golden <bgolden@nastad.org>; Tasha Turner-Bicknell <turnerta@ucmail.uc.edu>; mollybtrue <mollybtrue@yahoo.com>; Colleen Garlock <colleengarlock@gmail.com>; James Decker <jamesdecker68@gmail.com>; Dennis Cauchon <dennis@harmreductionohio.org>

**Cc:** Cecile Katz <cecile.katz@gmail.com>

**Subject:** Clarification regarding Harm Reduction Ohio Board of Directors

---

I am a member of the Harm Reduction Ohio Board of Directors. Do you disagree?

In that capacity, I believe I have a legal right to be informed of and participate in board meetings and activities, absent a specific, communicated legal reason otherwise.There, I request:

* meeting notices, agendas, meeting and other documents provided to the board since July 1, 2024.
* being added to all emails and communications made to the board.
* a list of current board members and their titles.

Thanks.

Dennis Cauchon
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com

**EXHIBIT A-3**