**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Re: Request for board member documents
**Date:** Monday, October 28, 2024 at 4:39:33 PM Eastern Daylight Time
**From:** Dwayne Steward
**To:** Dennis Cauchon
**CC:** James Decker, Turner-Bicknell, Tasha (turnerta), Anne C. Trinh, Billy Golden, mollybtrue, Colleen Garlock, Dennis Cauchon, Maritza "Shay" S. Nelson, dmartin@baileycav.com

External Email: Use Caution

Hello Dennis,

During the Board Meeting on Oct. 27, 2024, the board voted by majority, per HRO Board Bylaws, to remove you as a board member. This was officially notated in the meeting minutes. You will receive the Oct. 27 meeting minutes when our Board Secretary sends them out to everyone this week. Your status with HRO no longer includes being a board member, official or otherwise. As stated during the meeting this was done to be in compliance with IRS nonprofit regulations and nonprofit ethical best practice that includes all nonprofit board members should be volunteers and not be paid employees, in order to ensure fiscal integrity and avoid conflicts of interest.

You still hold the position of Executive Director, but as stated in an email communication earlier today, you are still on administrative leave pending the completion of a third-party investigation into staff claims regarding your conduct, an investigation of which, we were informed by our counsel, you have refused to participate in. We will be in touch regarding the status of your administrative leave in the coming weeks.

As for the documentation you requested, this information has already been sent to your attorney via the HRO Board's attorney, The Law Office of Maritza S. Nelson. Please touch base with your attorney to receive these materials. Also any future requests need to be facilitated through our attorneys and not sent directly to board members. I have cc'd your attorney and the board's attorney on this communication.

Sincerely,
Dwayne Steward, Interim Chair
HRO Board of Directors

On Mon, Oct 28, 2024 at 3:09 PM Dennis Cauchon <dennniscauchon@gmail.com> wrote:

> To Jamie Decker, HRO Board Secretary:
>
> In our October 27, 2024, discussion, Vice Chair Dwayne Steward recognized me as a voting member of the Harm Reduction Ohio Board of Directors.
>
> As a director, it is imperative that I have access to all information shared with other board members to effectively fulfill my fiduciary duties as an HRO board member. Under Ohio law and our corporate governance policies, all directors are entitled to equal access to information necessary for informed decision-making and oversight.
>
> Therefore, in my capacity as a director, I request copies of all materials provided to Harm Reduction Ohio board members between July 16, 2024, through at least October 27, 2024, including emails, attachments, reports, presentations, agendas, meeting minutes and other board documents. Please include drafts if those drafts were circulated as well.
>
> Also, please provide all emails and other work product that attorney Maritza Nelson has provided to Harm Reduction Ohio between July 16, 2024, and at least October 27, 2024, in her purported capacity as outside counsel or otherwise.

**EXHIBIT A-6**

Thank you for your prompt attention to this matter.

Sincerely,

Dennis Cauchon

Dennis Cauchon
President and Board Member
Harm Reduction Ohio
935 River Road, Suite G
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627