**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Dennis Still Planning to Come In Monday
**Date:** Friday, November 1, 2024 at 8:21:17 PM Eastern Daylight Time
**From:** Dwayne Steward
**To:** mollybtrue, Turner-Bicknell, Tasha (turnerta), Billy Golden, Colleen M. Garlock, James Decker, Trinh, Anne
**CC:** Jim Douglas, Maritza "Shay" S. Nelson, Board Members

External Email: Use Caution

Hello folks, I got the following text messages from Cecile today. I think we need to prepare for the possibility of Dennis to be in the HRO office on Monday. I'm going to tell the staff they can work from home if they would like. I haven't gotten any communications from his lawyer. I'm cc'ing Shay and Jim, just in case the attorney's have contacted them instead of the board directly. I also think he's tampering with the company accounts since his name is still on them. I'm sending you all another email about this shortly.

[redacted]

--

"Hi Dwayne, sorry to bother you on a lovely Friday afternoon, but I just crossed paths with Dennis on my walk and he told me he is going to "assert his power as president" and be back on Monday. He went on a looong rant about all the things he controls and how the board has no legal right to keep him away, etc. It sounds like he shared all of this to you through his lawyer. He said he/his lawyer were going to let the board know about his coming back on Monday morning. If there is a possibility that it happens I would strongly suggest you tell us (the staff) to take the day off or delay coming in on Monday. I have told Patrick of my encounter. (I know Patrick shared with you that I also saw him on Monday morning at the office.) honestly, people in the office will be emotionally distraught to see him and needs a heads up if there is nothing you can do to stop that. I have to take my kid to a dentist apt so I was going to work from home regardless. Sorry to not have better news… I guess I want to add too that I am concerned about his word use during our conversation, he enumerated all the things he "controls". I am worried about this upcoming situation to be honest…"

--
Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

**EXHIBIT A-7**