**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Possibility of Dennis Being In Office
**Date:** Sunday, November 3, 2024 at 4:05:01 PM Eastern Standard Time
**From:** Dwayne Steward
**To:** Molly Fantini, amandalynn@harmreductionohio.org, Cecile Katz, Patrick Bourland, Abby Spears, Kyle Johnston, Kelsey Bates, Jennifer Phillips
**CC:** mollybtrue, James Decker, Colleen M. Garlock, Billy Golden, Trinh, Anne, Turner-Bicknell, Tasha (turnerta)

External Email: Use Caution

Hello HRO Staff,

The board wanted to give you all a heads up that Dennis Cauchon may be in the HRO office on Monday. We have sent him communications that he is still on admin leave and should not be on the premises, but he has indicated that he may still be onsite. If you feel uncomfortable or do not wish to engage with Dennis, you have permission and the full support of the board to work from home this week as we manage this situation.

Please don't hesitate to reach out if you have any questions.

Sincerely,

Dwayne Steward, Board Chair
HRO Board of Directors

**EXHIBIT A-8**