**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Fwd: Email from Dennis
**Date:** Monday, November 4, 2024 at 7:36:14 AM Eastern Standard Time
**From:** Dwayne Steward
**To:** mollybtrue, Turner-Bicknell, Tasha (turnerta), Colleen M. Garlock, Billy Golden, James Decker, Trinh, Anne

External Email: Use Caution

Fyi…

Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

---------- Forwarded message ---------
From: **Dwayne Steward** <dwayneasteward@gmail.com>
Date: Mon, Nov 4, 2024 at 7:35 AM
Subject: Re: Email from Dennis
To: Jennifer Phillips <jen@harmreductionohio.org>

Gotcha. Yes, please respond with the statement I sent you.

Dwayne Steward, MPA
Writer. Speaker. Activist.
makeitbetterconsulting.com
614-859-9627

On Mon, Nov 4, 2024 at 7:33 AM Jennifer Phillips <jen@harmreductionohio.org> wrote:

> I'm sorry, Quickbooks 🙂
>
> ---
>
> **From:** Dwayne Steward <dwayneasteward@gmail.com>
> **Sent:** Monday, November 4, 2024 7:32 AM
> **To:** Jennifer Phillips <jen@harmreductionohio.org>
> **Subject:** Re: Email from Dennis
>
> Excuse my ignorance, but what is "QB"? Please do not discuss any official HRO business with Dennis. He does not have approval from the Board to come off of admin leave. Please provide him with the following statement:
>
> "Hello Dennis, I have been informed by the HRO Board of Directors that I am not at liberty to discuss HRO business with you since you are still on administrative leave. Please contact the Board if you have any questions."
>
> Dwayne Steward, Interim Chair
> HRO Board of Directors
>
> On Mon, Nov 4, 2024 at 7:16 AM Jennifer Phillips <jen@harmreductionohio.org> wrote:
>
>> Hi Dwayne,

**EXHIBIT A-9**

I received an email from Dennis asking if I could talk about QB. I have no issues talking to Dennis but want to make sure discussing this was, ok.

The subject line of his email also says Dennis returns to the office on Monday but from what I see in your email that is not the case.

Again, I have no issues talking to Dennis, I just didn't want to discuss something I was not supposed to.

Please advise.
Thanks!
JEN