# HARM REDUCTION OHIO
# BOARD MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 10/27/2024 | **Start time:** | 10:05 AM |
| **Location:** | Zoom | **End time:** | 10:13 AM |

## Meeting Agenda

- Call to order
- Approval of agenda
- Approval of minutes
- Executive Director statement and updates
- Additional comments
- Motions and votes
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne Steward | Anne Trinh | Tasha Turner-Bicknell | Molly True |
| Colleen | Billy Golden | Jamie Decker | |
| **Guest:** Dennis Cauchon | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwyane called to order meeting at 10:05AM
- Dwayne reminded Dennis that he was voted in as chair when Billy Golden stepped down from the position
- Dwayne also informed Dennis of the reason why Dennis was not given access to other board meetings due to the investigation, and the ethics of not having Dennis be part of those meetings due to him being the subject of the investigation. He reminded Dennis that Dennis asked for today's meeting and this is why we are having this meeting today
- Dennis stated he requested a properly noticed board meeting and stated "this is not a properly noticed board meeting, and I object to this beiing called a board meeting".
- Dwayne acknowledged Dennis' statement and informed him it is in the record.
- Dwayne reqested that we approve last board minutes and asked for a motion to do so
- Anne made a motion to approve the minutes
- Tasha seconded and minutes were approved
- Dennis refused to vote and wanted it noted "Please record me as not participating" and was not abstaining
- Dwayne noted that the motion carried by majority
- Dwayne asked Dennis for his statement
- Dennis stated "on the agenda it stated HRO has an executive director, and HRO does not have an executive director, it has a president. I am speaking in my capacity as a board member. I am asking again that we properly convene a board meeting, that requires providing all directors with due advance notice and directors with information provided to all board members.

EXHIBIT A-11

This will allow us to start discussing and acting on important issues that needto be addressed.We have not had a board meeting since March 9 (2024). The board has taken no valid actions. I have not been placed on leave, AmandayLynn has not been reinstated. An investigator has not been hired, to review or report on issues including AmandaLynn's apparent conflict of interest. The efforts of 3 directors to block the legally the prior disclosure of that conflict to the Ohio Dept. of Health. The retalitory measures taken by the 3 board members against me for making the legally required disclosure. Claims that I created a hostile work environment. Nothing since AmandaLynn's conflict was discussed or has been presented to the full board. Thank you".

- Dwayne thanked Dennis for his statement
- Dwayne asked for any comments from other board members. None were made
- Dwayne stated "I am a little confused because Dennis, you asked for this meeting". Dennis stated that he asked for a 'properly noticed meeting'. Dwayne stated there must be a different definition of a properly noticed meeting, as everyone was noticed the same way about the meeting. Dwayne then noted there are 6 who voted noting that this is a properly noticed meeting and one that is not.
- Dwayne stated "We have been informed by our attorney to move forward in the following way, so I request a motion for dismissal".
- Anne stated "I am putting forward a motion for Dennis to be removed as an offical board member so that we're in compliance with the IRS and nonprofit best practices that state that board members are not paid"
- Dwayne asked for a second to the motion
- Colleen seconded
- Dwayne asked all those in favor say aye
- Dennis stated "Point of order, under Roberts Rules of Order, removing a director requires due process that includes advance notice of intent to remove, written charges, notice to the accused member, and a fair and impartial trial".
- Dwayne thanked Dennis and informed him he would be provided with those details.
- Dwayne asked again for those in favor to say 'aye'
- 6 board members stated "aye" (not Dennis). There were none opposed, and no abstentions. The motion carried
- Dwayne informed Dennis "according to our records, as an employee, since you are continuing to be paid, you are still the ED, Executive Director of HRO, we will moved forward with you as an Executive Director but not a board member".
- Dwayne thanked all for attending and adjourned the meeting
- Meeting adjourned at 10:13AM

**Action Items**

| Action | Responsible | Due Date |
|---|---|---|
| Next steps TBD | Dwayne/Board | TBD |

**Next Meeting**

| **Date:** | TBD | **Time:** | TBD | **Location:** | TBD |
|---|---|---|---|---|---|