**Turner-Bicknell, Tasha (turnerta)**

**Subject:** Fwd: My office space
**Date:** Friday, September 6, 2024 at 2:28:35 PM Eastern Daylight Time
**From:** Dwayne Steward
**To:** Billy Golden, mollybtrue, Colleen Garlock, James Decker, Anne C. Trinh, Turner-Bicknell, Tasha (turnerta)
**CC:** dwayneasteward@gmail.com

External Email: Use Caution

For discussion tomorrow…

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

---------- Forwarded message ---------
From: **Dennis Cauchon** <denniscauchon@gmail.com>
Date: Fri, Sep 6, 2024 at 11:53 AM
Subject: My office space
To: Dwayne Steward <dwayne@makeitbetterconsulting.com>

I intend to come into my office space but not be involved in HRO operations.

If you want me to move, there is office space available in other buildings at the River Road complex. I would be willing to move if HRO pays office and moving expenses.

My current office, which I have had for more than 20 years, contains extensive personal files related to my family and personal life. All equipment in the office — such as computer, file cabinets, desk, etc. — is owned by my personally, not HRO. To evict me from an office that contains personal and private contents would not be a neutral act. It would be a clear punitive act of retaliation done in retaliation for filing a conflict of interest disclosure to the Ohio Department of Health related to HRO's federally funded naloxone contract. Such a punitive act would violate federal law prohibiting adverse actions against those who report possible violations of federal contracting rules.

I note that HRO continues to pay monthly rent for the conflicted employee to have HRO business office space in her personal home.

Thanks.

Dennis Cauchon
935 River Road, Suite G
Granville, OH 43023
1(740) 973-3814
denniscauchon@gmail.com

**EXHIBIT A-12**