**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE STEWARD, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-0075<br><br>Judge Edmund A. Sargus<br><br>Magistrate Chelsey M. Vascura |

---

**DECLARATION OF AMANDALYNN REESE**

---

I, AmandaLynn Reese, on this 31st day of August 2026, declare upon personal knowledge and under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the current Chief Program Officer for Defendant Harm Reduction Ohio ("HRO").

2. In December 2022, I disclosed to my immediate supervisor at HRO, Mallory Bolen, the Director of Operations at HRO at that time, that I had a job opportunity to work for Velocity Biogroup in a role that did not encompass any pharmaceutical sales activities.

3. In response, Ms. Bolen encouraged me to take the job.

4. Attached hereto as Exhibit B-1 is a true and accurate copy of a text message thread by and between Ms. Bolen and myself, dated December 13, 2022.

**FURTHER, DECLARANT SAYETH NAUGHT**

*/s/ AmandaLynn Reese*______________________________
AmandaLynn Reese

**EXHIBIT B**