9:14

33

Mallory Hro

Tuesday, Dec 13, 2022 • 7:53 AM

I am unwell thinking about HRO's financial situation. You really need to take the other job to keep your life stable. We might all be out a job soon.

I am so hurt and upset that Dennis has been dwindling money away on the lawsuit and I truly believe he should pay the rest of it out of pocket since the rest of the fees will be large and will make a huge dent in the bank account. I cannot believe he is doing this to his employees.

Don't make yourself sick over it. We're going to figure something out

You know I don't know what that looks like though

Tuesday, Dec [...]22 • 10:28 AM

RCS message