**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS CAUCHON, et al.** | : | **CASE NO. 2:25-cv-00075** |
| | : | |
| **Plaintiff,** | : | **JUDGE: Edmund A. Sargus** |
| | : | **Magistrate: Chelsey M. Vascura** |
| **v.** | : | |
| | : | **ORDER GRANTING** |
| **DWAYNE STEWARD, et al.** | : | **COUNTERCLAIM DEFENDANT** |
| | : | **DENNIS CAUCHON'S MOTION FOR** |
| **Defendants.** | : | **LEAVE TO FILE EXHIBITS TO HIS** |
| | : | **MOTION FOR SUMMARY** |
| | : | **JUDGMENT UNDER SEAL** |

---

This matter is before the Court on Counterclaim Defendant Dennis Cauchon's Motion for Leave to File Exhibits to His Motion for Summary Judgment Under Seal. The Court has reviewed the Motion and the Memorandum in Support and finds that good cause exists to grant the requested relief.

The exhibits at issue are AmandaLynn Reese's employment agreements with Velocity BioGroup, Inc. ("VGB"), identified as VELOCITY_000031 through VELOCITY_000048. Those agreements contain non-public employment, compensation, and sensitive commercial information, including terms relating to VBG's work on behalf of Hikma Pharmaceuticals, that is subject to the Court's Stipulated Protective Order entered on May 1, 2025 (ECF 44). The agreements directly bear on issues raised in Mr. Cauchon's Motion for Summary Judgment (ECF 105), and their public disclosure is unnecessary to resolving that motion. The requested sealing is narrowly tailored to the employment agreements themselves and does not extend to the Motion for Summary Judgment or the remainder of the summary judgment record.

**IT IS THEREFORE ORDERED** that Counterclaim Defendant Dennis Cauchon's Motion for Leave to File Exhibits to His Motion for Summary Judgment Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that AmandaLynn Reese's employment agreements with VGB, identified as VELOCITY_000031 through VELOCITY_000048, shall be filed under seal as exhibits to Mr. Cauchon's Motion for Summary Judgment (ECF 105).

**IT IS FURTHER ORDERED** that the sealed filing shall remain under seal until further order of this Court.

**IT IS SO ORDERED** this ____ day of ____________________, 2026.

______________________________
**Edmund A. Sargus**
**United States District Judge**
**Southern District of Ohio**

**Tendered By:**
GARVEY | SHEARER | NORDSTROM, PSC

*/s/ David A. Shearer, Jr.*
David A. Shearer, Jr. (0070805)
2388 Grandview Dr.
Ft. Mitchell, KY 41017
t: 859.308.1490
f: 866.675.3676
dshearer@gsn-law.com
*Attorney for Counterclaim Defendant Dennis Cauchon*

**Copies to:**
All Counsel of Record