**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DENNIS CAUCHON,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-75**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**DWAYNE STEWARD, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Counterclaim Defendant Dennis Cauchon's Motion for Leave to File Exhibits to his Motion for Summary Judgment Under Seal ("Motion to Seal," ECF No. 109.) Therein, Mr. Cauchon represents that the exhibits comprise employment contracts containing non-public employment, compensation, and sensitive commercial information pertaining to non-party AmandaLynn Reese. (*Id.*)

Based on these representations, the undersigned concludes that Mr. Cauchon's exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 109) is **GRANTED**. Mr. Cauchon may file **UNDER SEAL** unredacted versions of the exhibits described in his Motion to Seal. Mr. Cauchon is **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making his filings under

seal, redacted versions of those sealed exhibits that redact only the confidential information described in the Motion to Seal.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE