**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

DENNIS CAUCHON,
Plaintiff,
v.
DWAYNE STEWARD, et al.,
Defendants.

Case No. 2:25-cv-00075-EAS-CMV

Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**DECLARATION OF DENNIS CAUCHON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 107)**

I, Dennis Cauchon, declare as follows:

1. I am the Plaintiff in this action. I make this Declaration pursuant to 28 U.S.C. § 1746 and Federal Rule of Civil Procedure 56(c)(4). Unless otherwise stated, the facts set forth in this Declaration are based on my personal knowledge, and I am competent to testify to them.

2. I served as President of Harm Reduction Ohio from its founding until my termination on November 4, 2024. In that role I participated in HRO's governance, attended and received the minutes of its board meetings, and sent, received and retained HRO correspondence in the ordinary course of my duties. I am familiar with HRO's corporate records through that service.

3. Each document identified below was either (a) produced by Defendants to me in discovery in this action, in the form and bearing the Bates numbers described, or (b) a document I sent, received or created and retained in the ordinary course of my duties at HRO. I have compared each exhibit against the copy as produced or as retained, and each is a true and correct copy.

4. Exhibit 65 — September 7, 2024 HRO Board Minutes, Executive Session. Exhibit 65 is a true and correct copy of the minutes of the executive session of the HRO Board of

Directors held September 7, 2024, bearing Bates numbers HRO_000102 through HRO_000105. Defendants produced this document to me in discovery in this action. One item has been redacted from the page bearing Bates number HRO_000104: a password appearing in the minutes, which I redacted before filing because it is a credential and has no bearing on any issue in this case. No other text has been removed, altered or obscured. The redaction was made by converting the page to an image, applying the redaction, and rebuilding the page, so that the redacted text is not recoverable from the filed document.

5. Exhibit 66 — September 2, 2024 email, Cauchon to Steward. Exhibit 66 is a true and correct copy of an email I sent to Dwayne Steward on September 2, 2024, and his reply of the same date, bearing Bates number CAUCHON_003019. I sent and received these messages and retained them in the ordinary course of my duties as HRO's President. I produced this document to Defendants in Bates-numbered form as a supplement under Federal Rule of Civil Procedure 26(e) on September 14, 2026. The same exchange had been produced earlier in native form in my May 2026 production.

6. Exhibit 67 — October 13, 2024 HRO Board Meeting records. Exhibit 67 is a true and correct copy of the records of the HRO Board meeting held October 13, 2024 that Defendants produced to me in discovery in this action, consisting of the regular session minutes bearing Bates numbers HRO_000108 through HRO_000109, the executive session minutes bearing Bates numbers HRO_001462 through HRO_001464, and Colleen Garlock's 7:09 p.m. transmittal of both sets of minutes to the other directors, bearing Bates number HRO_001465. As produced, the executive session minutes contain a redaction that I did not make. I do not represent that these records are a complete account of everything said at the meeting.

7. Defendants produced the October 13, 2024 executive session minutes twice. An earlier production served April 24, 2026 bears Bates numbers HRO_001424 through HRO_001426. The production served May 8, 2026 bears Bates numbers HRO_001462 through HRO_001464. The two productions are of the same document. Exhibit 67 uses the May 8, 2026 production. I note the earlier stamping because the numbers HRO_001424 through HRO_001426 were also applied to three pages of the investigative report of the Law Office of Maritza S. Nelson, LLC, and a citation to that range is therefore ambiguous on its face.

8. Exhibit 68 — September 17–20, 2024 correspondence, Nelson and Cauchon. Exhibit 68 is a true and correct copy of correspondence between Maritza S. Nelson and me, bearing Bates numbers HRO_001366 through HRO_001370, as Defendants produced it to me in discovery in this action. It consists of Ms. Nelson's email of September 17, 2024, my reply of September 18, 2024, her email of September 20, 2024 transmitting scheduling links, and the three-page letter she sent me the same day, bearing Bates numbers HRO_001368 through HRO_001370. I sent the September 18 message and received the others. The five pages are consecutive in Defendants' production and I have omitted no page within the range stated.

9. Exhibit 69 — HRO board text messages, excerpt. Exhibit 69 is a true and correct copy of an excerpt of text messages among members of the HRO Board of Directors, bearing Bates numbers HRO_001031 through HRO_001053. Defendants produced these messages to me in discovery in this action. The excerpt reproduces the pages as produced and omits no page within the range stated.

10. Exhibit 70 — December 12, 2023 financial report to the HRO Board. Exhibit 70 is a true and correct copy of the financial report I prepared and delivered to the full HRO Board of Directors on December 12, 2023, bearing Bates numbers CAUCHON_000128 through

CAUCHON_000130. I prepared this document and delivered it to the Board in the ordinary course of my duties as HRO's President, and I retained it.

11. Each exhibit identified above is preceded by a cover page bearing the case caption and identifying the exhibit number, the document and its Bates range. The cover pages are mine and are not part of the underlying documents.

12. Defendants produced the board text messages in Exhibit 69, and the two email pages of Exhibit 68 (HRO_001366–001367), as images without searchable text. In Exhibit 65, the page redacted as described in paragraph 4 lost its text when it was rebuilt as an image. To comply with S.D. Ohio Civ. R. 5.1(c), I added a searchable text layer to those pages using optical character recognition. Except for the password redaction described in paragraph 4, adding the searchable text layer did not change the visible content of the exhibit pages. The visible pages, including that redaction, control over the recognized text, which is not always exact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2026, in Granville, Ohio.

/s/ Dennis Cauchon
Dennis Cauchon
Plaintiff, pro se
327 East Broadway
Granville, Ohio 43023
(740) 973-3814
denniscauchon@gmail.com