**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff, | : | Case No. 2:25-cv-00075-EAS-CMV |
| | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| DWAYNE STEWARD, et al., | : | |
| | : | |
| Defendants. | : | |

---

**PLAINTIFF DENNIS CAUCHON'S EXHIBIT 65**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT (ECF NO. 107)**

September 7, 2024 HRO Board Minutes — Executive Session

HRO_000102–000105

*One password redacted at HRO_000104.*

*A searchable text layer has been added by optical character recognition.*
*Except for that redaction, the produced images are unaltered and control.*

**HARM REDUCTION OHIO**
**BOARD MEETING MINUTES**

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 9/7/2024 | **Start time:** | 12:30PM |
| **Location:** | Google Meet | **End time:** | 3:02 p.m. |

## Meeting Agenda

- Call to order
- Approve minutes from last meeting
- Recap this past week
- Discuss new complaints
- Debrief from Joel (IT) to join us at 1:30PM
- Discuss plans for staff this week
- Prepare for meeting with attorney on Tuesday
- Delineate ongoing duties
- Meeting Adjourned

## Attendance

| | | | Absent |
|---|---|---|---|
| Dwayne | Molly | Jamie | Dennis |
| Colleen | Anne | Billy | |
| Tasha | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwayne calls the meeting to order and reviewed using Roberts Rules of Order for meetings
- Tasha seconds
- Board unanimmously agrees to enter Executive Session at 12:35 pm
- Minutes from last meeting are approved unanimmously
- Colleen as board secretary took notes and Anne did as well.
- Billy moved to add discussing of office hours and discussion with Blyth to agenda
- The board offered support to Jamie for speaking with Dennis on the phone, and providing emotinal support
- Discussion ensued about website being down and emails bouncing when sent to current HRO staff (sent by Dwayne). Unclear as to what is happening with these issues and also what transpired with the website, that now seems to be up and running. It is agreed that this seems 'fishy' and we will speak with Joel to try to clarify these issues
- Dwayne: Everything that Dennis set up was in his personal name and his personal stuff was getting hacked- Dwayne says this is what he's been hearing but it isn't confirmed/validated
- We agree that we need to continue to work on setting up HRO as a separate entity from Dennis
- Billy says that the second most disturbing thing about our situation is that none of us are certain that Dennis isn't part of the website malfunction
- Anne says Dennis is unhinged for claiming the board members messed with the website knowing that he never gave any of us the password or any access

- Molly offers ideas about next steps: Dennis is on paid leave, if he has any personal items in his office, a time can be scheduled for him to pick them up & take them home with someone there to oversee. If he is allowed access without supervision, we may not know what records he may take that might be needed in an investigation. That's why it's necessary to have someone else present & see exactly what he may be removing. Technically nothing should be removed from HRO premises until after the investigation is complete b/c he still from HRO premises until after the investigation is complete b/c he still works for HRO unless he is dismissed. A lock can be put on his office if he is concerned about his personal property. I believe he may be concerned that someone might find evidence of wrongdoing.
- He (Dennis) is bringing up violation of federal regulations while his actions are in question of numerous federal regulations
- The office is leased by HRO & HRO is not responsible for getting him another office while he is on leave.
- Is Amanda getting a stipend to "work from home" for HRO while she is on paid leave? Neither one should be doing any work for HRO while they are under investigation & on leave. * Sitting on the steps while employees are at work is not guarding his personal property in his office. It is further intimidation & harassment which is the exact behavior he is being accused of & investigated for.
- Dennis needs to be fired from HRO immediately. An investigation is useless at this point as his behaviors have clearly shown over the last week.
- What employee is going to return to HRO if he ends up staying there or returning after the investigation? In my opinion, we will lose HRO b/c of his actions.
- To give someone on leave unrestricted access is putting the organization at risk. Things could be altered, things could disappear, accounts & sensitive information could be accessed or compromised. He is already not cooperating.
- Colleen weighs in that though she is trying to be compassionate, she is very upset over what is happening and would fire Dennis if this was up for a vote today
- Jamie shared he is feeling conflicted because of his friendship with Dennis and their relationship and how Dennis has been good to him. He is struggling with the conflict and wanting to fix this. Jamie also shared some of the conversation he had with Dennis about the website and used an example in his own life of having to 'let go of control' . Jamie told Dennis people may die without the website
- Tasha says that the whole website thing tracks with what happened with AmandaLynn- it's all emotion and he often escalates but this is a pattern. He is manipulative- he said I love you to AmandaLynn
- Tasha says that the whole website thing tracks with what happened with AmandaLynn- it's all emotion and he often escalates but this is a pattern. He is manipulative- he said I love you to AmandaLynn
- Dwayne feels like we need to terminate Dennis too- if he messed with the website, Dennis actively harmed our constituency. His intent was to handle this in a way that let Dennis leave gracefully
- Dwayne said that staff said that Dennis doesn't really know what people do. He's still acting like he's working for HRO and normalizing the fact that he's still a part of the team.
- Tasha brought up previous discussions about potentially moving HRO's office. How hard would it be to go into Granville and just move the operations somewhere else?
- Dwyane said that Dennis has lost trust of the staff

- Billy talked to Blyth regarding being interim director. Blyth heard about AmandaLynn's situation. She had some hesitation about how it may affect her relationships in the harm reduction community- HRO is also serving as a passthru for a grant that HEAL Ohio, Blyth's organization, just got. She has questions about day to day tasks. She also has another contract for ~15 hours/week.
- Billy said that Blyth said that Abby Spears may be good as lead for HRO as interim. Tasha thinks Abby would do a great job but it might not be good for the rest of the team. Abby can be a good candidate for permanent director says Dwayne.
- We all want to postpone the Nov 8 conference and ask Cecile to see if we can move our deposit with Granville in to another date in the first quarter of 2025
- Tasha exited meeting at approximately 1:25PM
- Joel Greff joined the call at 1:40PM- The website is hosted by one vendor and an intern redeveloped it over the summer. Joel has logged into it maybe 6 mos ago, his recent attempt didn't work because the password wasn't working. The domain name is hosted by another vendor. There's another guy that does the website maintenance.
- Anne asked if Joel, in his professional experience, thinks the website was hacked. Joel says he doesn't know anything about the hosting vendor- to see if another one of their sites was also down. 1. Did the host site have a problem? 2. Did the wordpress site have a new patch that caused a vulnerability? There not being an error message makes Joel think that there was something bigger happening. There was no "site not found" "page not found" for a while.
- AmandaLynn's emails were going to Cecile and Dennis
- Dennis' emails will now go to Cecile
- New baord email created (by Joel) New board@hro email account will be created and emails to AmandaLynn and Dennis will be forwarded
- We changed the password to Dennis' account so we can go in and look at past emails from before when the forwarding begins[redacted]
- Colleen offered to ask her husband for possible IT/audit help with website and issues
- Board then discussed office situation and the compalints from the staff (Molly).
- Anne asked that we have a way to triage these complaints and it was recommended staff send emails to the board's new email
- Dwayne stated all complaints will go to the investigators
- We then discussed how to handle Dennis leaving.
- Anne stated that we can have security on standby duriinng this action and it was decided that a board member and staff that Dennis trusts be present. Perhaps Cecile and Patrick together
- Anne does not want to make Cecile feel uncomfortable in anyway if she is one of the staff
- Dwayne lives the closest and can be there Monday as needed
- Colleen brought up the issue of needing to know whose name is on the lease because if it is in Dennis's name we need to be cautious
- Board decided we can be closed and staff may work form home Monday and Tuesday to give us time to figure things out
- It was suggested that it may be better just to move HRO's offices instead and the staff can be asked for input on what works for them logistically

- Colleen asked for guidance on upcoming meeting that had been planned to discus syringe exchange program with her empllyer. Board members gave in put on being unable ot use ODH funds
- Dwayne said we should have interim in place by time of that planned meeting

- Anne and Dwayne provide update regarding next steps
- Dwayne adjourns the meeting at 3:02PM and board unanimously agrees to adjourn

## Action Items

| Action | Responsible | Due Date |
|---|---|---|
| Investigation sto start soon | Dwayne/Board | 9/9/24 |
| Meet with attorney | Dwayne/Board | 9/10/24 |
| Move forward with Interim ED candidate | Dwayne/Board | 9/10 – 9/13/24 |
| Take control of website | Dwayne | 9/9/24 |
| Meet with Dennis and try to get him to leave if possible | Dwayne | 9/9/24 |
| Look into new space for HRO office | Anne | 9/9/24 |

## Next Meeting

| Date: | 9/7/2024 | Time: | 12:30 pm | Location: | Google Meet |
|---|---|---|---|---|---|