**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff, | : | Case No. 2:25-cv-00075-EAS-CMV |
| v. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Chelsey M. Vascura |
| DWAYNE STEWARD, et al.,<br>Defendants. | : | |

---

**PLAINTIFF DENNIS CAUCHON'S EXHIBIT 66**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT (ECF NO. 107)**

September 2, 2024 Email Exchange — Cauchon and Steward

CAUCHON_003019

**From:** **Dwayne Steward** dwayne@makeitbetterconsulting.com
**Subject:** Re: Available to talk a little more abut conflicts today?
**Date:** September 2, 2024 at 10:17 AM
**To:** Dennis Cauchon dennis@harmreductionohio.org

DS

Unfortunately I can't chat today. Have you talked to Dave to get his advice on what you should or shouldn't disclose to ODH? I think his advice is crucial here. Whether you tell ODH or not is ultimately up to you as the ED. I just think it's better to tell ODH when there's a clear plan on how we're solving the issue. Right now there's more questions than answers.

Dwayne Steward, MPA
Founder and CEO
Make It Better Consulting

make it better
CONSULTING
makeitbetterconsulting.com
dwayne@makeitbetterconsulting.com
(614) 859-9627

On Mon, Sep 2, 2024 at 6:24 AM Dennis Cauchon <dennis@harmreductionohio.org> wrote:

> If not, I understand because it's Labor Day. Cecile and I have a meeting tomorrow with our ODH grant manager on another topic. I think we need to disclose what we know. The meaning of the conflict, if any, is their decision, not ours. I think we have a duty to disclose.
>
> Dennis Cauchon
> President, Harm Reduction Ohio
> 935 River Road, Suite G
> Granville, Ohio 43023
> (740) 973-3814
> dennis@HarmReductionOhio.org
> www.harmreductionohio.org/
> he/him/his
>
> *"Let's save some lives today!"*