**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff, | : | Case No. 2:25-cv-00075-EAS-CMV |
| | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| DWAYNE STEWARD, et al., | : | |
| | : | |
| Defendants. | : | |

---

**PLAINTIFF DENNIS CAUCHON'S EXHIBIT 67**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT (ECF NO. 107)**

October 13, 2024 HRO Board Meeting — Records as Produced

HRO_000108–000109 · HRO_001462–001464 · HRO_001465

*The executive-session minutes carry a redaction as produced.*

# HARM REDUCTION OHIO
# BOARD MINUTES

| | | | |
|---|---|---|---|
| **Date of Meeting:** | 10/13/2024 | **Start time:** | 3:08PM |
| **Location:** | Zoom | **End time:** | 3:10 PM |

## Meeting Agenda

- Call to order
- Approval of agenda
- Approval of minutes
- Executive Session
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne | Molly | Tasha | Dennis |
| Colleen | Billy | Jamie | Anne |
| | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwyane called to order meeting at 3:08PM
- Board unanimously approved agenda
- Tasha seconded and meeting commenced
- Board reviewed minutes of last meeting
- Dwayne moved to approve 9/15/24 meeting minutes
- Billy seconded and minutes were approved
- Executive Session commenced at 3:10PM
- Board ended Executive session at 4:06PM
- Billy entered a motion to re-instate AmandaLynn to role of Chief Program Director as of 10/16/24
- Colleen seconded
- Board members voted and unanimously agreed to re-instate AmandaLynn
- Colleen entered a motion to terminate Dennis Cauchon as Executive Director/President of Harm Reduction Ohio, based on the investigation conducted by Law Office of Maritza S. Nelson, LLC, and the final report issued to the board of HRO; the terms of dismissal are pending
- Tasha seconded
- All remaining present board members voted unanimously to terminate Dennis Cauchon
- Board adjourned meeting at 4:09PM

| Action Items | | |
|---|---|---|
| **Action** | **Responsible** | **Due Date** |
| Dwayne will work with law firm to finalize reinstatemnt of AmandaLynn and termination of Dennis through his attorney | Dwayne/Board | By 10-16-24 |
| Google meet with board and staff | Board/Staff | Weekly/As needed |

| Next Meeting | | | | | |
|---|---|---|---|---|---|
| **Date:** | TBD | **Time:** | TBD | **Location:** | TBD |

**HARM REDUCTION OHIO**
**BOARD MINUTES**
Executive Session

| **Date of Meeting:** | 10/13/2024 | **Start time:** | 3:10PM |
|---|---|---|---|
| **Location:** | Zoom | **End time:** | 4:06PM |

## Meeting Agenda

- Execution Session
- Discussion and review of investigation and report
- End Executive Session
- Adjourn meeting

## Attendance

| **Board members:** | | | **Absent** |
|---|---|---|---|
| Dwayne | Molly | Tasha | Dennis |
| Colleen | Billy | Jamie | Anne |
| | | | |

## Notes

**Topic, Discussions, Issues, Decisions**

- Dwayne called to order the executive sessioni today, 10/13/24 at 3:10PM, Colleen seconded
- Board discussed that we had all received the report from Shay with Law Office of Maritza S. Nelson, LLC
- Board discussed, led by Dwayne, Billy and Tasha the recommendation to re-instate AmandaLynn, mainly due to how Dennis Cauchon handled reporting to ODH and, there was no conflict of interest
- Board began discussion of next steps
- Billy stated that it seems OK to re-instate AmandaLynn and there was no reason to not do so quickly
- Tasha noted that AmandaLynn should have never been put on leave
- Jamie stated that the board should listen and defer to the legal council we hired and follow their recommendations and that he has no problem reinstating AmandaLynn
- Molly also agreed she has no problem re-instating AmandaLynn
- [redacted]
- Tasha shared that there should be no concern letting ODH know as we have completed our investigation and there is no conflict of interest
- Dwayne stated we will give it till Wednesday 10/16/24 to get draft sent over and obtain a response - in part due to Monday being a holiday. Dwayne then brought up the 'bigger' issue of how to handle the report's findings about Dennis
- Colleen voiced her concerns about Dennis re: possible litigation
- Tasha shared that she agrees, however her main concern is the reponisibility to HRO as an organization and to not allow Dennis to scare us from doing the right thing. She went on to add that she feels the board acted appropriately and Dennis did not listen when asked to cease and desist. He did not listen to sound advice and Dennis's behaviors showed he had no business running HRO. Tasha metioned how other staff, specifically Kelsey were treated by Dennis

- Colleen stated that if Dennis were reinstated she would resign and Molly also agrred
- Jamie stated he is not afraid of what Dennis will say, and that he has no money and if Dennis were to sue, he does not even have money for a lawyer
- Dwayne shared that after he began to hear there was no legal ground for retaliation that he felt we (as a board) did the right thing – that Dennis put $1-million at risk and lied ot ODH (about AmandaLynn). He added that suing us individually made no sense and that we s a board did not fire him individually. Dennis would have to sue HRO and his goal may be to bankrupt HRO and try to make us pay for his fees
- Tasha mentioned that Dennis told someone he would use insurance carried by HRO to pay for his legal fees
- Dwayne stated that the policy is for when HRO sues (as in the OneOhio case) and we can have Cecile look at our policy, however, we are all acting in the best interest of HRO
- Tasha shared there are clear bulleted items for why Dennis should be dismissed: 1) He was told to cease and desist, 2) He tampered with the wrbsite, 3) He threatened the board, 4) he was consistently dishonest, and 5) what the investigation turned up. Tasha added that Dennis changed his narrative as needed, and Dennis's weakest spot is human resources. What he told/how he handled what he said to people were all different things based on his own wants
- Dwayne wondered if there is anyway we might compormise with Dennis, or offer him severance
- Colleen agreed that it might be beneficial to do this to avoid litigation
- Billy stated that if we cannot give that to him, is there a way to keep Dennis involved without letting him run things – like a blog/investigative litigator/acknowledge him as the founder of HRO
- Tasha stated that she thinks we as a board all thought Dennis would have some kind of role in the future but given how he's behaved after he was put on leave that she does not feel she wants him involved and cited how he's spoken out and how inappropriate he's been
- Molly and Bill agreed with Tasha
- Jamie shared that if we – the board – did what was best that he feels he may litigate HRO out of business. Jamie asked what we could possibly offer Dennis and that he doubted Dennis would accept anything we offered. Jamie also stated that he feels Dennis has access to things the board doesn't even know about. As much as it would be nice, and Dennis has done some good work – Jamie mused perhaps this is him being 'an old white guy' himself and understanding how rough it is to speak right. Jamie added he just does not think it is possible to give Dennis anything he would accept and wondered what that would even look like (in terms of a role).
- Tasha mentioned Dennis could be a legislative advocate however, she again re-iterated how Dennis has behaved badly.
- Jamie mentioned that a lot of people Dennis used to know in this industry are going elsewhere now
- Tasha then brought up how Chris Hawkins had shared in the report/investigation how Dennis felt that AmandayLynn should have given the money she made in consulting to HRO
- Jamie stated that Dennis seems to have the need to be the biggest person in the org, and it's ridiculous to not want other employees to shine
- Tasha added that Chris Hawkins stated that the board needed called out for lack of oversight over Dennis, and that per Chris, Dennis was 'unchecked, unrestrained and narcissistic
- Colleen echoed what Jamie said and asked 'where does it end' (in appeasing Dennis)?
- Dwayne shared that he recommends letting Dennis/his attorney know members of the board and HRO staff would leave if Dennis were to return. For the sake of HRO as an agency, to offer severance and end things amicably, with no lawsuit and get an NDA from Dennis
- Tasha wants to consult with Shay before we make an offer, she feels that saying 'we're letting you go because people will leave' is not the right thin to cite, and we don't have to detail that, so we should

ask what the language needs to be. Summarize the reasons. Dennis may not accept and she feels it's not being honest. She feels the board's motives are sound

- Dwayne agreed but he wanted Dennis to understand if he comes back, it would end (because of people leaving) and he wants Dennis to sign a 'release of claim' and not get involved in litigation
- Tasha agrees and restated we need to make it about the truth and where our decision is coming from – mainly: all of Dennis's behaviors, decision making, and actions
- Jamie echoed the same and letting Dennis know 'this is your behavior and everyone will jump ship' adding that in the end, Dennis probably does not care if he burns it all to the ground, the mission won't matter. Jamie added that he (himself) signed up for the board and is going to make the right decision and see it through, despite Dennis and his ego
- Tasha wondered if we needed to address the board membership issue with Dennis and put it to rest. Point out that Dennis himself has mentioned the board is an entity onto itself and therefore if HE thinks it, we can say we decided to vote him off the board.
- Dwayne asked how we would do that. Suggested asking for clarification.
- Jamie stated just because he (Dennis) is present does not make him a board member
- Tasha shared he (Dennis) has always treated the board as separate, and stated she could say on her email signoff she is President of the US, but that does not make it so.
- Dwayne stated that he finds the fact that an attorney is taking this seriously hilarious
- Jamie suggested the attorney is humoring Dennis and taking his money
- Tasha stated HRO has no assets for Dennis to go after – it's all state funded
- Dwayne stated that once an ED/executive is dismissed that is when negotiations begin
- Tasha suggested asking for language from Shay and that less is more. We/the board do not feel, after reading the report that Dennis should be the ED of HRO and we would like to end this amicably
- Dwyane then asked we entertain a motion to dismiss based on the investigation and report

- Executive Session was ended at 4:06PM

**Action Items**

| **Action** | **Responsible** | **Due Date** |
|---|---|---|
| Dwayne will reach out to law firm for guidance on next steps | Shay/Law Firm | Ongoing |

**Next Meeting**

| **Date:** | TBD | **Time:** | TBD | **Location:** | TBD |
|---|---|---|---|---|---|

**From:** Colleen M. Garlock
**To:** Dwayne Steward; Tasha Turner-Bicknell; Billy Golden; mollybtrue; Trinh, Anne C.; Jamie Decker;
**Subject:** Meeting minutes (regular and Executive session) attached
**Attachments:** HRO Board Meeting Minutes 10-13-24.docx;HRO Board Executive Session Meeting Minutes 10-13-24.docx;
**Sent:** 10/13/2024 7:09:23 PM

---

All

I am attaching the meeting minutes from the board meeting today and the minutes from the breakout executive session.

Please let me know if you have any concerns or questions.

Have a good evening.

Colleen

--
Colleen M. Garlock, MSW, LISW
She/Her/Hers