**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff, | : | Case No. 2:25-cv-00075-EAS-CMV |
| | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| DWAYNE STEWARD, et al., | : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF DENNIS CAUCHON'S EXHIBIT 68 IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 107)

September 17–20, 2024 Correspondence — Nelson and Cauchon

HRO_001366–001370

*Includes Nelson's September 20, 2024 letter, HRO_001368–001370.*

*A searchable text layer has been added by optical character recognition. The produced images are unaltered and control.*

| | |
|---|---|
| **From:** | Maritza Nelson <mnelson@msnlawoffice.com> |
| **Sent time:** | 09/20/2024 03:26:26 PM |
| **To:** | Dennis Cauchon <denniscauchon@gmail.com> |
| **Cc:** | Jim Douglas <jdouglas@msnlawoffice.com> |
| **BCc:** | board@harmreductionohio.org |
| **Subject:** | Re: Harm Reduction Ohio Employment Investigation |
| **Attachments:** | 2024-09-20 Follow Up Letter to Cauchon.pdf |

Dennis,

See the attached correspondence. In addition, the staff interviews have all been scheduled, so we can now schedule your interview. Use one of the following links to do so:

- **Zoom Interview (if you are not in the Columbus area)**
- **In Person Interview**

Maritza "Shay" Nelson
Law Office of Maritza S. Nelson, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Phone: 614.944.5171
**Scheduling**
**We're Hiring!**

***Sophisticated Legal Counsel for Serious Entrepreneurs***

This email may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone at 614.944.5171 or send an electronic mail message to the sender and delete the copy you received. Thank you.

On Wed, Sep 18, 2024 at 6:54 AM Dennis Cauchon <denniscauchon@gmail.com> wrote:

> Maritza,
>
> Thanks for your email and letter. I plan to participate in the investigation to the extent possible.
>
> First, I would like to clarify two things:
> *__Scope of investigation.__ If I understand correctly, your letter indicates your investigation will include not only hostile work environment complaints made against me but also the conflict of interest I reported to the Ohio Department of Health (ODH), efforts of specific board members to prevent disclosure of this conflict and potential retaliation against me for reporting the conflict. Is that an accurate summary of the scope of the investigation?
> * __Impartiality.__ I want to confirm that neither you nor Jim has a previous personal or business relationship with any board member or Harm Reduction Ohio employee.
>
> Thanks very much. I look forward to speaking with you at a later date.
>
> Dennis Cauchon
> President, Harm Reduction Ohio (On Administrative Leave)
> Granville, OH 43023
> 1(740) 973-3814
> denniscauchon@gmail.com
>
> > On Sep 17, 2024, at 7:04 PM, Maritza Nelson <mnelson@msnlawoffice.com> wrote:
> >
> > Dennis,
> >
> > Following up on my prior email--this firm has been engaged by the Board of Directors of Harm Reduction Ohio to conduct an internal investigation into a wide range of staff complaints, including your own. Please see the attached notice requesting your participation in this process and

instructions for maintaining and preserving all relevant documents and materials. Our plan is to schedule your interview after the other staff members have been interviewed. We will follow up with a scheduling link once those other interviews are in place. Please do not hesitate to reach out if you have any questions.

Maritza "Shay" Nelson
Law Office of Maritza S. Nelson, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Phone: 614.944.5171
**Scheduling**
**We're Hiring!**

***Sophisticated Legal Counsel for Serious Entrepreneurs***

This email may contain confidential or privileged material and is intended for use solely by the above referenced person(s)/recipient(s). Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone at 614.944.5171 or send an electronic mail message to the sender and delete the copy you received. Thank you.

<Letter to Dennis Cauchon Requesting Participation in Internal Investigation -HRO.pdf>

2024-09-20 Follow Up Letter to Cauchon.pdf

LAW OFFICE OF
MARITZA S. NELSON, LLC

Phone: 614.944.5171
4200 Regent St., Ste. 200
Columbus, OH 43219

September 20, 2024
Via Email Only

Dennis Cauchon
dennicauchon@gmail.com

*Re: Your Requests for Information from Harm Reduction Ohio's Board of Directors*

Dennis:

As you are aware, this firm has been engaged by HRO's Board of Directors to investigate various complaints raised by HRO staff members, including yourself. You are also aware that several of the staff complaints are against you, personally. As a result, it would be highly improper for the Board of Directors to respond to some of your requests for additional information. You will be given an opportunity to respond to any allegations against you and to share more information about your conflict-of-interest concerns. But repeatedly demanding access to information is inappropriate.

To address some of your specific demands:

1. On September 11, you wrote in an email to the Board of Directors (and cc'ing Cecile Katz): "I am a member of the Harm Reduction Ohio Board of Directors. Do you disagree?" While we will discuss this further during your interview, it would be highly unusual if you were both a paid employee and member of the board, and it would raise a significant private inurement issue with the IRS, potentially jeopardizing HRO's tax-exempt status. Further, according to HRO's Bylaws, "The board receives no compensation other than reasonable expenses." Further, "The president of the Organization is hired by the board." It appears that you cannot be both a board member and an employee hired by that same board.

   More importantly, we explained to you in a follow up email that same day that these questions around your status are one of many things that we are currently reviewing. We reminded you then, and I will remind you again now, that our goal is to conduct a thorough and impartial investigation before making any recommendation. And, as an employee, you are expected to fully cooperate with this investigation.

2. Instead of full cooperation, on September 18, you stated that you planned to participate "to the extent possible." ***Promptly clarify what, if anything, would prevent your full participation in this investigation.***

   You went on to ask for clarity around the scope of the investigation. Again, that information was provided to you via email on September 17. Of course, the scope of the investigation may change as we learn more information.

2024-09-20 Follow Up Letter to Cauchon.pdf

LAW OFFICE OF
MARITZA S. NELSON, LLC

Phone: 614.944.5171
4200 Regent St., Ste. 200
Columbus, OH 43219

You also questioned whether anyone at this firm had any previous personal or business relationships with any board member or HRO employee. First, let me assure you that under Ohio's Rules of Professional Conduct, attorneys (and our staff for that matter) are subject to specific rules regarding conflicts of interest. Under Rule 1.7, "A lawyer's acceptance or continuation of representation of a client creates a conflict of interest if . . . there is a *substantial* risk that the lawyer's ability to consider, recommend, or carry out an appropriate course of action for that client will be materially limited by the lawyer's responsibilities to another a client, a former client, or a third person or by the lawyer's own personal interests" (emphasis in original). As such, we check for potential conflicts of interest before taking on any new engagement, and no such conflict of interest exists here.

While merely knowing an HRO board member or employee does not give rise to a conflict of interest, I will tell you that I have known Dwayne Steward for several years now from his various nonprofit positions. However, knowing Mr. Steward does not in any way risk this firm's ability to consider, recommend, or carry out an appropriate course of action for Harm Reduction Ohio. Our client is Harm Reduction Ohio, not you or Mr. Steward or any other individual director or employee of HRO. And no individual director or employee has or will be permitted to dictate the outcome of this investigation.

3. Then on September 18, you wrote again to the HRO board and Cecile Katz requesting, as a board member, documentation related to board meetings and meeting notices, minutes and agendas, actions taken, and material provided to a quorum of the board since July 15, 2024 (collectively, "Board Materials"). Again, everything we have seen thus far indicates that you are an employee, not a board member. ***If you have some lawful basis for believing that you are both an employee and member of the board, state the basis for that belief.***

   Second, there is some concern that these repeated requests are an attempt by you to harass and intimidate the board into relinquishing their lawful control over HRO. The directors have a duty to HRO to act in good faith and in a manner they reasonably believe is in or not opposed to the best interests of the organization and with the care that a reasonably prudent person in a like position would use under similar circumstances. *See* O.R.C. § 1702.30(B).

   ***Finally, state the legal basis for your request for Board Materials.*** Under Ohio law, the Board does not have to disclose Board Materials to non-board members. And even board members are only entitled to examine such materials for a "reasonable and proper purpose." *See* O.R.C. § 1702.15.

The goal of both the board and this firm is to conduct a fair and impartial investigation as quickly as possible, while looking out for the best interests of the organization and protecting the staff from harmful behavior (which may include, but is not necessarily limited to, retaliation, harassment, and defamation). While this investigation is ongoing, any attempts to impede the investigation may result in disciplinary action, up to and including termination. Making these

LAW OFFICE OF
MARITZA S. NELSON, LLC

Phone: 614.944.5171
4200 Regent St., Ste. 200
Columbus, OH 43219

unfounded demands and threatening the board with "consequences" to their "careers" is not helpful to Harm Reduction Ohio or to any efforts you might wish to make to address the hostile work environment claims that are being made against you. ***Direct any further communications regarding this investigation directly to my office and not to the board of directors.***

Best,

Maritza S. Nelson, Esq.
Counsel for Harm Reduction Ohio

cc: Harm Reduction Ohio Board of Directors