**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff,<br><br>v.<br><br>DWAYNE STEWARD, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:25-cv-00075-EAS-CMV<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

---

**PLAINTIFF DENNIS CAUCHON'S EXHIBIT 69**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT (ECF NO. 107)**

HRO Board Text Messages — Excerpt

HRO_001031–001053

*Produced by Defendants as unsearchable screenshot images.*

*A searchable text layer has been added by optical character recognition. The produced images are unaltered and control.*

4:47

New Group Message Cancel

To: HRO Board

Tasha Turner-Bicknell

Maybe an email communication and cancel the standing meetings? Maybe we could have a meeting with board and staff when we have something to share?

Thu, Oct 24 at 5:56 PM

Yes. "Thank you Dennis for filing your complaint. The board with review and investigate these claims and we will be in touch regarding next ste...

Molly B. True

Oh wow. We're thanking him for his complaining? 😂 something is wrong here

Fri, Oct 25 at 3:16 PM

Colleen Garlock

Hi all
Dennis is asking me to send him an agenda for Sunday's meeting.

Also if f people plan to recuse themselves how dii or we handle

Subject

Text Message • SMS

4:47

New Group Message Cancel

To: HRO Board

an agenda for Sunday's meeting.

Also if f people plan to recuse themselves how dii or we handle that? Dennis obviously cannot vote whether he is allowed to remain in the board. It's a conflict of interests.
Any ideas on the agenda would be helpful.

I am dreading this.
Thanks 🙏

C

Molly B. True

Possibly reiterate that Dwayne was voted in as Chair on whatever date that was b/c Dennis seems to think he isn't... just a thought

Colleen Garlock

👍

The problem with that is that Dennis is accusing Dwayne of retaliation.

C

Dwayne Steward

🩷 🩷

Subject

Text Message • SMS

4:47

New Group Message Cancel

To: HRO Board

C retaliation.

Dwayne Steward

The agenda should be short and sweet.

- Call meeting to order
- Approve prior meeting minutes
- Executive Director statement and updates
- Additional comments
- Motions and votes
- Adjourn meeting

Colleen Garlock

C Perfect I'll put it together tomorrow and send out

Fri, Oct 25 at 4:36 PM

So do folks think those of us who"the three" who are being accused of retaliation should recuse ourselves from voting? Just not sure how to navigate on this

Anne tribn

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

recuse ourselves from voting? Just not sure how to navigate on this

Anne trihn

I don't think that's necessary, Billy!

Dwayne Steward

No we don't need to do that. If anything we would recuse ourselves from the "investigation"

But that has nothing to do with him being a board member

Molly B. True

Absolutely agree.

Got it. Thank you, everyone

Colleen Garlock

Good. Then does that mean **Dwayne**, you can chair the meeting?

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

C: Good. Then does that mean **Dwayne**, you can chair the meeting?

Dwayne Steward

Yes

Fri, Oct 25 at 8:17 PM

Colleen Garlock

C: Sorry to keep texting. Should I send the 'normal' meeting minutes from 9/15 along with the agenda?

Dwayne Steward

Is there any mention of Dennis in that meeting?

Colleen Garlock

The most recent were minutes from 10/15 and we reinstated AmandaLynn and voted to terminate Dennis as ED

On 9/15 we voted to make an

Subject

Text Message • SMS

4:48

New Group Message

Cancel

To: HRO Board

Colleen Garlock

The most recent were minutes from 10/15 and we reinstated AmandaLynn and voted to terminate Dennis as ED

On 9/15 we voted to make an appointment free to Blyth for interim ED but Dennis was not mentioned

C

Edited

C

So I am guessing no on both

Dwayne Steward

Hmm. I think we redact it [redacted] You need help with that? We only need to approve the 10/15 one in the meeting Sunday



Colleen Garlock

Yes I will need help
Do you want me to send the regular meeting minutes to you, **Dwayne**?

C

Subject

Text Message • SMS

4:48

New Group Message    Cancel

To: HRO Board

C: Unless it's a matter of getting rid of those items? (AL, and Dennis's termination?)

Dwayne Steward

Yes please send

Colleen Garlock

C: Ok and my apologies- the date was 10/13. Sending via email to you asap

C: Once done, if you could send back, I will send with agenda tomorrow.
Thanks!

Thank you borh

Both

Sat, Oct 26 at 5:59 PM

Subject

Text Message • SMS

4:48

New Group Message

Cancel

To: HRO Board

Sat, Oct 26 at 5:59 PM

Colleen Garlock

You guys
I am about to swear and am furious
Read Dennis's email

This is ridiculous

Where does it say Jamie is the board secretary???

Also the meeting invite I have IS a Google meet

Dwayne Steward

**Join our Cloud HD Video Meeting**
us02web.zoom.us

Send him this link: Join Zoom Meeting

Colleen Garlock

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

Colleen Garlock

If it's wrong, I can send an updated agenda and will apologize for the mistake
Let me know. I am heading out soon.
Maybe we cancel the meeting for tomorrow and reschedule to give Mr. High and Mighty time to prepare
I am at a loss for what to do now

Dwayne Steward



Ignore everything else he has to say. And simply tell him you'll see him tomorrow

Colleen Garlock

Can you email it to me, **Dwayne**
Ok I will simply email the zoom link in my response to him and apologize for confusion

Dwayne Steward

We will still meet. There have been plenty of times when we've met

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

Dwayne Steward

We will still meet. There have been plenty of times when we've met and have not received an agenda until the day of from him in the past

Colleen Garlock

No shit

I can't access the link via chat

Jamie decker

I'm not even going to answer him. He's starting to piss me off.

Colleen Garlock

He's being ridiculous
Part of me feels as if he is exhibiting the onset of dementia

Dwayne Steward

I don't see a Google meet link in the invite. But I just re-emailed the invite to everyone with the zoom

Subject

Text Message • SMS

4:48

New Group Message    Cancel

To: HRO Board

Dwayne Steward

I don't see a Google meet link in the invite. But I just re-emailed the invite to everyone with the zoom link

Colleen Garlock

It was on the agenda - I copied from what I had - which seemed to be a Google meet Again I apologize

C

So, don't answer him?

Dwayne Steward

No worries. Just reply with, "Dwayne just sent the correct link. Apologies for the confusion. We look forward to addressing all of your questions and concerns at the meeting tomorrow. See you then."

Legally he was given notice when

Subject

Text Message • SMS

4:48

New Group Message

Cancel

To: HRO Board

then.

Legally he was given notice when we sent out the meeting invite weeks ago. [redacted]

And it's unethical for him to see information in board meeting minutes that discuss an investigation that includes him.

Colleen Garlock

He's probably going to accuse us of having an 'illegal' meeting

I replied and thanks for talking me off the ledge. He is being such a pain. I get it

Dwayne Steward

What he has to say doesn't matter at this point. Shay reached out to see if his lawyer is even

Subject

Text Message • SMS

4:48

New Group Message Cancel

To: HRO Board

What he has to say doesn't matter at this point. Shay reached out to see if his lawyer is even representing him anymore

[redacted]



Colleen Garlock

I feel, [redacted] this is desperation on his part.
There's nowhere that it is stated Jamie is the board secretary
I don't even know what he is talking about.
I feel as if he is going to go on and on tomorrow
I have to be done by 1pm

C

Jamie decker

I don't think I would ever be secretary for anything. I have problems taking notes while listening to conversation. I can write notes or I can listen to

Subject

Text Message • SMS

4:48

New Group Message

Cancel

To: HRO Board

listening to conversation. I can write notes or I can listen to conversation. Broken brain. 🧠

J

Molly B. True

Is someone going to record tomorrow's meeting... asking for a friend lol

Dwayne Steward

Yes

Most definitely will be recording

Also I have to be done by 1130 so if he tries to take up a lot of time I'll cut him off at 11 and ask for a motion for dismissal

I'll call for the motion. But someone will need to bring forward the motion. "I put forward a motion for Dennis C to be

Subject

Text Message • SMS

4:49

New Group Message Cancel

To: HRO Board

I'll call for the motion. But someone will need to bring forward the motion. "I put forward a motion for Dennis C to be removed as a official member of the HRo board in order to ensure HRO is in compliance with the IRS and nonprofit best practice, which states nonprofit board members should be volunteer and unpaid." Then we'll need someone to second. After which I'll say "thank you Dennis, at this point you will continue as the ED and you are no longer an official board member. We will be in touch in the coming weeks regarding your administrative leave."

Colleen Garlock

Jamie it was not anything against you - just unsure where he got that
HE'S the one who asked me to be secretary

Subject

Text Message • SMS

4:50

New Group Message    Cancel

To: HRO Board

I'll call for the motion. But someone will need to bring forward the motion. "I put forward a motion for Dennis C to be removed as a official member of the HRo board in order to ensure HRO is in compliance with the IRS and nonprofit best practice, which states nonprofit board members should be volunteer and unpaid." Then we'll need someone to second. After which I'll say "thank you Dennis, at this point you will continue as the ED and you are no longer an official board member. We will be in touch in the coming weeks regarding your administrative leave."

Colleen Garlock

Jamie it was not anything against you - just unsure where he got that
HE'S the one who asked me to be secretary

Subject

Text Message • SMS

4:51

New Group Message

Cancel

To: HRO Board

C

Jamie it was not anything against you - just unsure where he got that
HE'S the one who asked me to be secretary

Anne trihn

A

I'll bring forward the motion!

Jamie decker

J

I didn't take offense. I just knew I would never be the secretary because I wouldn't be able to do it good.

Dwayne Steward



I'm pretty sure he's just making stuff up at this point

Hey everyone, i've been away from my phone all day, but I'm going to catch up on this thread tonight. Looks like there's more going on. Ugg

Subject

Text Message • SMS

4:51

New Group Message Cancel

To: HRO Board

Sun, Oct 27 at 9:58 AM

Dwayne Steward




Colleen Garlock

C Loved an image

Anne trihn



Subject

Text Message • SMS

4:51

New Group Message

Cancel

To: HRO Board



A

Me leaving the Zoom later

Dwayne Steward

Laughed at an image

Colleen Garlock

C

Laughed at an image

Dwayne Steward

Molly you still joining us?




Subject

Text Message • SMS

4:51

New Group Message Cancel

To: HRO Board

C: Laughed at an image

Dwayne Steward

Molly you still joining us?




What is happening right now?!?😂😵‍💫

Colleen Garlock

That was fun 🙄

Dwayne Steward

🙄

Colleen Garlock

Subject

Text Message • SMS

4:51

New Group Message    Cancel

To: HRO Board

Colleen Garlock

Dwayne is it possible to send the recording? I am sure Shay will want it

Very nice job, Dwayne.

Colleen Garlock

Thanks for keeping it together, Dwayne

Shortest meeting on record

Dwayne Steward

Most definitely

Anne trihn

I seriously thought it would be so much longer with Dennis spewing nonsense nonstop. Am I crazy to think that Dennis may finally be

Subject

Text Message • SMS

4:51

New Group Message Cancel

To: HRO Board

Most definitely

Anne trihn

I seriously thought it would be so much longer with Dennis spewing nonsense nonstop. Am I crazy to think that Dennis may finally be getting sensible??

Anne trihn

His energy was giving deflated balloon!

1 Reply

Dwayne Steward

Lol I'm not so sure about that. I think he will say that the meeting doesn't count and the vote doesn't count because of all that bs he was saying about it not being a "properly noticed" meeting.

His energy was giving deflated balloon!

Subject

Text Message • SMS

4:51

New Group Message Cancel

To: HRO Board

meeting.

A His energy was giving deflated balloon!

👍👍

Maybe because nobody gave in to debating his narrative?

Can someone explain what proper notice is supposed to mean?

Dwayne Steward

He did looked deflated. I think his lawyers have abandoned him truthfully. His claims have no basis and any good lawyer would know that

Anne trihn

A Agreed!

Colleen Garlock

C Meanwhile I am sitting here crying

Subject

Text Message • SMS