**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DENNIS CAUCHON,<br>Plaintiff,<br><br>v.<br><br>DWAYNE STEWARD, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:25-cv-00075-EAS-CMV<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

---

**PLAINTIFF DENNIS CAUCHON'S EXHIBIT 70**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT (ECF NO. 107)**

December 12, 2023 Financial Report to the HRO Board

CAUCHON_000128–000130

**From:** **Dennis Cauchon** dennis@HarmReductionOhio.org
**Subject:** HRO budget update...board meeting reminder
**Date:** December 12, 2023 at 10:47 AM
**To:** Billy Golden bgolden@nastad.org, Dwayne Steward dwayneasteward@gmail.com, Anne C. Trinh trinh.89@osu.edu, Tasha Turner-Bicknell turnerta@ucmail.uc.edu, Colleen M. Garlock colleengarlock@gmail.com, Jamie Decker jamesdecker68@gmail.com, mollybtrue mollybtrue@yahoo.com, Dennis Cauchon dennis@harmreductionohio.org
**Cc:** Erin Pottenger erin@harmreductionohio.org

DC

REMINDER: We have an HRO board meeting on Saturday at 10 a.m., the time and date set at the last board meeting. The Zoom link is here. I will send a calendar invite with the link, too. (Colleen won't be able to attend.)

Key thing to think about: money and next year's expansion. Attached is a financial update. We currently have $20,000 in our checking account. 2024 will be a very different year.

Please take a look at the financial update when you have a chance. Thanks very much!.

Dennis Cauchon
President, Harm Reduction Ohio
935 River Road, Suite G
Granville, Ohio 43023
(740) 973-3814
dennis@HarmReductionOhio.org
www.harmreductionohio.org/
he/him/his

*"Let's save some lives today!"*

**HRO Financial Report for board 12-12-23.docx**

**Major Grants for 2024.** We have three major grants confirmed for 2024:
* ODH Contract — $650,000
* Medicaid Insurer Community Reinvestment Grant — $400,000
* Gilead/HCV Focus Grant — $244,000

Details on those grants:

**ODH Contract.** ODH reduced the total value of the contract from $750,000 to $650,000 because the contract length decreased from 13 months to 10.5 months because of the state's delay in awarding the contract. We cannot submit an invoice to get paid until the state issues a purchase order (P.O.). The purchase order currently awaits OHMAS approval. OMHAS approval is required because federal State Opioid Response grant funds flow through the agency. ODH submitted the P.O. to OMHAS two and a half weeks ago and has encouraged OMHAS to approve and send back to ODH. When we receive the P.O., we will invoice immediately. I'm told payment typically takes two weeks, but the contract allows up to 30 days. (Because this is the first payment, I expect it to take longer than usual to be processed by ODH's finance department.)

Bottom line: Our first ODH payment is now estimated for January. Estimated payment: About $70,000.

Positive news: The contract runs until 9/30/24. ODH is supportive of us getting the full $650,000 in the contract. Also, the contract is renewable for four additional years if things go well. So, this is essentially a five-year contract. The terms and amounts will vary somewhat in future years, but I see the current delay as start-up pain in what is essentially a five-year, $2 million contract.

Operational changes: The contract calls for hiring and some operational changes, such as targeting high-need demographics. None of that will occur at HRO until money starts arriving. Expect those changes to start next spring.

**Medicaid Insurer Community Reinvestment Grant.** The state Medicaid contract requires insurers to reinvest 3% of contract profits back into communities in ways that don't overlap with Medicaid reimbursement. We're in the sweet spot of this requirement, i.e., doing medical like things that don't get reimbursed. In 2023, we received a $100,000 Community Reinvestment Grant from CareSource. This year, the insurers formed a collaborative to pool their funds. As a result, in 2024, we will receive $400,000. CareSource executive Kate Tullio, who has an MPH, steered our successful effort.

The money is supposed to arrive by December 31. Last year, funds arrived December 23. It's unclear whether the collaborative will pay differently than CareSource. For example, nobody at the collaborative has asked for our bank account information. I sent it again to

Kate at CareSource to make sure she had it. Regardless, it is likely $400,000 will arrive later this month.

The grant's purpose overlaps significantly with the ODH contract: targeting harm reduction interventions to underserved populations and locations. It also supports a mobile SSP in a location at our discretion. The overlap with the ODH contract is valuable because, unlike the ODH contract, few restrictions are attached. We can pay for fentanyl strips, a harm reduction drop-in center, etc., as well as expanding the intensity of naloxone distribution to the underserved.

AmandaLynn will oversee daily operations of both the ODH contract and the Community Reinvestment Grant.

**Gilead/HCV Focus Grant.** This is largely a pass-through grant that we administer to increase HCV and other testing for people who use drugs. It will pay $244,000 through 10/31/24 and may be renewed for an additional year. The grant calls for HRO to receive about $17,000 of the $244,000 to cover our administrative costs of managing the grant.

Erin did an outstanding job preparing the grant. The grant is the brainchild of and guided by Heather Mohrman of Sanctuary Night, which helps vulnerable women at risk of sexual exploitation in Columbus. Central Outreach does most of the testing. The $17,000 for HRO will be seen as covering part of Erin's compensation.

The grant received final approval today. The first 70% — $171,000 — could arrive as early as this week.

**Also…**I have more financial information to provide but will save that for later. A few bullet points, though.

* **Budgeting.** I expect to do a detailed budget in January. It is not fruitful to do a detailed monthly budget until more certainty about the revenue stream, especially from the ODH contract, is known. That said, I think our cash flow is 2024 will be far more predictable than in previous year and budgeting more important and doable.
* **Cash reserve.** Our previous cash reserve minimum was $100,000. It's a darn good thing we had that because we blew through it waiting for the ODH contact! The goal for 2024 is to 1) restore the $100,000 reserve, 2) increase it to at least $200,000 by year-end, then 3) establish a ratio that sets what the reserve should be over the long-term.
* **Salaries.** HRO significantly underpays its staff compared to the marketplace and other harm reduction groups in Ohio and outside. The tentative plan is to increase staff salaries effective January 1, 2024, to: Dennis (president) - $75,000; Erin (operations director) - $62,250; AmandaLynn (program director) - $62,250; and Kelsey (project coordinator) - $52,000. Then, if HRO finances support it, as I suspect they will, increase staff salaries 10% on July 1, 2024.