**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DENNIS CAUCHON, *et al.*** | ) | |
| | ) | **JUDGE Edmund A. Sargus** |
| Plaintiffs, | ) | |
| | ) | **CASE NO. 2:25-cv-00075** |
| v. | ) | |
| | ) | |
| **DWAYNE STEWARD, *et al.*** | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING DEPOSITION ERRATA SHEET**

Pursuant to Loc.R. 7.2 and this Court's September 1, 2026 Agreed Order (ECF No. 108), Defendant/Counterclaim Plaintiff Harm Reduction Ohio ("HRO") files the attached errata sheet corresponding to the deposition transcript of Tasha Turner-Bicknell, as 30(b)(6) corporate representative of HRO taken on July 30, 2026, and filed with the Court on August 31, 2026 (ECF No. 103-1).

Respectfully submitted:

*/s/ Elizabeth L. Moyo*
Elizabeth L. Moyo (0081051) (Trial Attorney)
Helen Sudhoff (0101259)
Porter, Wright, Morris & Arthur LLP OH
41 South High Street
Columbus, OH 43215
614-227-2106
emoyo@porterwright.com
hsudhoff@porterwright.com
Counsel for Counterclaim Plaintiff HRO

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed on September 30, 2026, with the Clerk of the Court by using the CM/ECF System and that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dennis Cauchon
327 East Broadway
Granville, OH 43023
Email: dennis cauchon@gmail.com

*Plaintiff*

David A. Shearer, Jr.
Garvey Shearer Nordstrom, PSC
2388 Grandview Drive
Ft. Mitchell, KY 41017
Email: dshearer@gsn-law.com

*Attorney for Counterclaim Defendant, Dennis Cauchon*

Steven A. Chang
Melvin J. Davis
Mrinali Sethi
Reminger, Co., LPA
200 Civic Center Drive, 8th Floor
Columbus, OH 43215
Email: schang@reminger.com
mdavis@reminger.com
msethi@reminger.com

*Attorneys for Defendants*

*/s/ Elizabeth L. Moyo*
Elizabeth L. Moyo