Cauchon, Dennis, Et Al. v. Steward, Dwayne, Et Al.

Tasha Turner-Bicknell (#8359309)

E R R A T A S H E E T

PAGE 16 LINE 15 CHANGE "89,9" to "79,9"

REASON misspoke as to amount of salary

PAGE 31 LINE 17 CHANGE "I don't know." to "Aside from October 27, 2024 meeting, I don't know."

REASON forgot that October 27 meeting was recorded with Mr. Cauchon present

PAGE 97 LINE 20 CHANGE "$89,999" to "$79,999"

REASON misspoke as to amount of salary

PAGE______ LINE______ CHANGE___________________

REASON___________________________________

PAGE______ LINE______ CHANGE___________________

REASON___________________________________

PAGE______ LINE______ CHANGE___________________

REASON___________________________________

/s/ Tasha Turner-Bicknell September 25, 2026

Tasha Turner-Bicknell Date

Cauchon, Dennis, Et Al. v. Steward, Dwayne, Et Al.

Tasha Turner-Bicknell (#8359309)

ACKNOWLEDGEMENT OF DEPONENT

I, Tasha Turner-Bicknell, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

/s/ Tasha Turner-Bicknell      September 25, 2026

Tasha Turner-Bicknell      Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_______ DAY OF ___________________, 20____.

______________________________

NOTARY PUBLIC